UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-cv-04214 |
|---|---|---|---|
| Whitley | | | |
| *versus* | | | |
| BP p.l.c., et al | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Marc De Leeuw<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>NY, NY 10004<br>212-558-4000<br>Admitted to NY Bar |
|---|---|
| Seeks to appear for this party: | BP p.l.c. |
| Dated: 11/04/2010 | Signed: *Marc De L* |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice.*

Dated: _____          _____
                                United States District Judge