| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-cv-04214 |
|---|---|---|---|
| | Whitley | | |
| | *versus* | | |
| | BP p.l.c., et al | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Richard C. Pepperman, II<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>NY, NY 10004<br>212-558-4000<br>Admitted to NY Bar |
|---|---|
| Seeks to appear for this party: | BP p.l.c. |
| Dated: 11/8/10 | Signed: *[signature]* |

| The state bar reports that the applicant's status is:                . |
|---|
| Dated:  |  Clerk's signature: |

| Order |  This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                                            United States District Judge