UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-cv-04214 |
|---|---|---|---|
| Whitley |||| 
| *versus* ||||
| BP p.l.c., et al ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Daryl A. Libow<br>Sullivan & Cromwell LLP<br>1701 Pennsylvania Ave, N.W.<br>Washington, D.C. 20006-5805<br>202-956-7500<br>Admitted to DC Bar and NY Bar |
| Seeks to appear for this party: | BP p.l.c. |
| Dated: 11/05/2010 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                          United States District Judge