| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-cv-04214 |
|---|---|---|---|
| Whitley ||||
| *versus* ||||
| BP p.l.c., et al ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Richard C. Pepperman, II<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>NY, NY 10004<br>212-558-4000<br>Admitted to NY Bar |
|---|---|
| Seeks to appear for this party: | BP p.l.c. |
| Dated: 11/8/10 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 11 Nov 2010 | Clerk's signature: [signature] |

Order

This lawyer is admitted *pro hac vice*.

Dated: November 10, 2010

[signature]
United States District Judge