## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| RALPH WHITLEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BP P.L.C., CARL-HENRIC SVANBERG, PAUL M. ANDERSON, ANTONY BURGMANS, CYNTHIA B. CARROLL, SIR WILLIAM M. CASTELL, GEORGE DAVID, IAN DAVIS, DOUGLAS J. FLINT, DEANNE S. JULIUS, THE SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE, RICHARD J. DORAZIL, ANTHONY HAYWARD, IAIN C. CONN, ROBERT W. DUDLEY, BRYON E. GROTE, ANDY G. INGLIS, AND JOHN DOES 1-20 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

C.A. NO. 4:10-cv-04214

## NOTICE OF APPEARANCE

Notice is hereby given that Marc De Leeuw of Sullivan & Cromwell LLP, 125 Broad Street New York, NY  10004, hereby enters his appearance in this Court as counsel of record for Defendants BP p.l.c., Carl-Henric Svanberg, Paul M. Anderson, Antony Burgmans, Cynthia B. Carroll, Sir William M. Castell, George David, Ian Davis, Douglas J. Flint, Deanne S. Julius, The Savings Plan Investment Oversight Committee, Richard J. Dorazil, Anthony Hayward, Iain C. Conn, Robert W. Dudley, Bryon E. Grote, and Andy G. Inglis in the action listed above, without waiver of any defenses, including as to personal jurisdiction.

Dated:  November 16, 2010           Respectfully submitted,

By:  *s/ Marc De Leeuw*_____
      Marc De Leeuw
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, NY  10004
      Tel:  (212) 558-4000
      Fax: (212) 558-3588

ATTORNEY FOR DEFENDANTS BP
P.L.C., CARL-HENRIC SVANBERG,
PAUL M. ANDERSON, ANTONY
BURGMANS, CYNTHIA B. CARROLL,
SIR WILLIAM M. CASTELL, GEORGE
DAVID, IAN DAVIS, DOUGLAS J.
FLINT, DEANNE S. JULIUS, THE
SAVINGS PLAN INVESTMENT
OVERSIGHT COMMITTEE, RICHARD J.
DORAZIL, ANTHONY HAYWARD, IAIN
C. CONN, ROBERT W. DUDLEY,
BRYON E. GROTE, AND ANDY G.
INGLIS

## CERTIFICATE OF SERVICE

I certify that this pleading was filed electronically with the Court, and sent via U.S. mail postage prepaid to the below-listed counsel, on November 16, 2010.

Gregory M. Egleston
Egleston Law Firm
360 Furman St
Ste 443
Brooklyn, NY 11201

Stephen J Fearon , Jr
Olga Anna Posmyk
Squitieri & Fearon LLP
32 East 57th St
12th Floor
New York, NY 10022

_s/ Marc De Leeuw_____
Marc De Leeuw