UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-CV-04214 |
|---|---|---|---|
| Whitley ||||
| *versus* ||||
| BP p.l.c., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Joseph Goljan<br>Squitieri & Fearon LLP<br>32 E. 57th St. 12th Fl.<br>New York, New York 10022<br>212-421-6492<br>New York #4822201<br>SDNY; EDNY; 2d Cir.; JG5515 |
|---|---|
| Seeks to appear for this party: | Ralph Whitley |
| Dated: 11/16/2010 | Signed: *[signature]* |

The state bar reports that the applicant's status is: _____.

| Dated: | Clerk's signature: |
|---|---|

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____

United States District Judge