| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-cv-04214 |
|---|---|---|---|
| Whitely | | | |
| *versus* | | | |
| BP p.l.c, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Gregory M. Egleston<br>Egleston Law Firm<br>360 Furman Street, Suite 443<br>Brooklyn, NY  11201<br>646-227-1700<br>Admitted SDNY; EDNY; NY Bar; and CT Bar |
|---|---|
| Seeks to appear for this party: | Ralph Whitely |
| Dated:     11/16/2010 | Signed: |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                          United States District Judge