UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-cv-04214 |
|---|---|---|---|
| Ralph Whitley ||||
| *versus* ||||
| BP p.l.c., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Olga Anna Posmyk<br>Squitieri & Fearon, LLP<br>32 East 57th Street, 12th Floor<br>New York, NY 10022<br>(212) 421-6492<br>New York Bar # 4696647<br>SDNY and EDNY Bar # OP 8509 |
|---|---|
| Seeks to appear for this party: | Ralph Whitley |
| Dated: 11/16/2010 | Signed: *[signature]* |
| The state bar reports that the applicant's status is: | Active |
| Dated: | Clerk's signature: *[signature]* |

Order

This lawyer is admitted *pro hac vice*.

Dated: 17 Nov. 2010

*[signature]*
United States District Judge