| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-4214 |
|---|---|---|---|
| In re BP ERISA Litigation ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul J. Ondrasik, Jr.<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC  20036<br>202-429-8088<br>District of Columbia - 261388<br>US Dist. Ct for the District of Columbia |
|---|---|
| Seeks to appear for this party: | BP, plc.; BP Corporation North America, Inc.; BP America, Inc. |
| Dated: 1/7/2011 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                                        United States District Judge