| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:10-cv-4214 |
|---|---|---|---|
| In re BP ERISA Litigation | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul J. Ondrasik, Jr.<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC  20036<br>202-429-8088<br>District of Columbia - 261388<br>US Dist. Ct for the District of Columbia |
|---|---|
| Seeks to appear for this party: | BP, plc.; BP Corporation North America, Inc.; BP America, Inc. |
| Dated:   1/ 7/ 2011 | Signed: |

| The state bar reports that the applicant's status is: | *Active* |
|---|---|
| Dated: 10 January 2011 | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice.*

Dated: 10 January 2011

_____
United States District Judge