IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: BP P.L.C. SECURITIES LITIGATION | ) ) ) ) ) ) | MDL No. 2185  <br><br>Civil Action No. 4:10-md-02185  <br><br>Hon. Keith P. Ellison |
| In Re: BP ERISA LITIGATION | ) ) ) ) ) | Civil Action No. 4:10-cv-04214  <br><br>Hon. Keith P. Ellison |

[PROPOSED] ORDER CONTINUING HEARING
AND SETTING REPORTING DATE

On this day the Court considered the Plaintiffs' Joint Motion to Continue Hearing and Set Reporting Date. The Court is of the opinion that the motion should be granted.

It is therefore ORDERED that the hearing currently set for January 25, 2011, is adjourned pending further order of this Court. It is further ordered that no later than February 3, 2011, the counsel seeking appointment as interim co-lead counsel and liaison counsel file a report indicating whether Plaintiffs are able to present a proposed organizational structure for the Court's consideration. It is further ordered that the information set out in the Court's order of January 11, 2011 need not be filed until further order of this Court.

Signed on January 19, 2011.

Judge Keith P. Ellison