## International Equity Index Fund – Pacific

| INVESTMENT CATEGORY | International |
|---|---|
| INVESTMENT OBJECTIVE | Seeks to provide investment returns of a diversified portfolio of stocks from developed Pacific Basin markets. |
| INVESTMENT STRATEGY | Attempts to match the performance of the Morgan Stanley Capital International (MSCI) Pacific Index. |
| INVESTMENT MANAGER | State Street Global Advisors (SSgA) |
| ESTIMATED FEES | 8 basis points (0.08%) per annum. |
| SHORT-TERM TRADING FEES | 2.00% of an investment exchanged out within any consecutive 30 calendar-day period. |

### OTHER INFORMATION

The International Equity Index Fund – Pacific is an institutional commingled fund, not a mutual fund, and it is not available to the general public. It was formerly called the International Equity Index Fund – Far East.

The International Equity Index Fund – Pacific seeks to match the performance of the MSCI Pacific Index. There is no assurance, however, that it will achieve this objective. The past performance of this option cannot necessarily be used to gauge future performance. It is possible to lose money by investing in this option.

The *MSCI Pacific Index* is a broadly diversified index of over 400 stocks across developed markets located in Asia. The markets currently include Australia, Hong Kong, Japan, New Zealand and Singapore. The index captures about 85% of the available market capitalization in each country.
☛ *'Description of indices,' page 79*

The International Equity Index Fund – Pacific is invested primarily in two regional funds: SSgA Daily MSCI Japan Index Fund and the SSgA Daily MSCI Pacific Basin ex-Japan Index Fund (collectively, the 'Fund'), but may also contain other financial instruments. SSgA uses a replication approach to track the returns of the index. The investment manager may change the index tracking methodology of the Fund from time to time. The Fund attempts to hold each security in its approximate capitalization weight. To provide 100% equity exposure, the Fund maintains a small (generally less than 5%) position in unleveraged stock futures contracts. Futures enable better tracking of the index returns and allow for greater liquidity.
☛ *'Methods employed by the investment manager in attempting to match the performance of the index,' page 72*

### Fund risks

Foreign investments may involve additional risks including political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations.

Stock markets are generally more volatile than bonds, and can decline significantly in response to adverse political, regulatory, market or economic developments.

The investment manager, in its discretion, may lend assets of this fund.
☛ *'Securities lending,' page 73*

| TOP 10 HOLDINGS AS OF APRIL 30, 2008 | % |
|---|---|
| Toyota Motor Corp. | 3.24 |
| BHP Billiton Ltd. | 3.20 |
| Mitsubishi UFJ Financial Group | 2.25 |
| Commonwealth Bank of Australia | 1.37 |
| Sumitomo Mitsui Financial Group | 1.33 |
| Nintendo Co. Ltd. | 1.28 |
| Canon Inc. | 1.26 |
| Honda Motor Co. Ltd. | 1.17 |
| Mizuho Financial Group, Inc. | 1.12 |
| National Australia Bank Ltd. | 1.11 |

34

BPGOM ERISA 0002959

| BP Stock Fund | |
|---|---|
| **INVESTMENT CATEGORY** | Company Stock |
| **INVESTMENT OBJECTIVE** | Seeks to track the investment returns of BP ADSs, while providing daily liquidity. |
| **INVESTMENT STRATEGY** | The BP Stock Fund is a unitized fund investing primarily in BP ADSs. |
| **INVESTMENT MANAGER** | State Street Bank and Trust Company. |
| **ESTIMATED FEES** | 2 basis points (0.02%) or less, per annum. |

**OTHER INFORMATION**

The Fund is a commingled fund, not a mutual fund, and it is not available to the general public.

The BP Stock Fund (the 'Fund') seeks to match the investment return of BP American Depositary Shares (ADSs) while providing daily liquidity. Investment return includes unit price appreciation and depreciation. Dividend income is reinvested in the Fund through the purchase of additional units.* A portion of the Fund (generally less than 5%; was 1% on average for 2007) consists of cash and short-term investments. There is no assurance that the Fund will achieve its objective. Also, the past performance of this option cannot necessarily be used to gauge future performance. It is possible to lose money by investing in this option.

*\* See 'Accounting for cash dividends' section on page 36 for a description of how the payment of cash dividends is handled for participant accounts.*

*BP ADSs*

A BP ADS is a security created to allow easier holding and trading of equity interests in BP p.l.c. in the United States. BP p.l.c. is an English public limited company and issues 'ordinary shares,' which are the U.K. parallel to common stock issued by U.S. companies. Currently, each BP ADS represents six BP p.l.c. ordinary shares. BP p.l.c. ordinary shares are traded on the London Stock Exchange and quoted in pounds sterling. BP ADSs are traded on the New York and Toronto Stock Exchanges and quoted in U.S. dollars. Dividends on BP ADSs are paid in U.S. dollars. Note: ADSs may be evidenced as a book-entry in a shareholder account or as an American Depositary Receipt (ADR), which is a paper stock certificate.

*Fund description*

The trustee, as directed by the investment manager:

• invests primarily in BP ADSs and short-term investments, and
• purchases and sells securities, as required, on the open market or other transactions.

*Liquidity*

To provide liquidity to handle participant transactions on a daily basis (as stock trades generally require three days for settlement), the Fund holds some cash and short-term investments and may hold other public and private debt and equity derivatives, such as options and futures contracts. The amount of assets in the Fund which are not BP ADSs is usually less than 5% (was 1% on average for 2007), but may be more depending upon participant transactions, market conditions and other factors.

Backup sources of liquidity may be accessed as required in times of high participant trading activity in the Fund. This may include short-term borrowings from one or more financial institutions, or from BP Corporation North America Inc. or an affiliate. Except with respect to loans from BP Corporation North America Inc. or an affiliate, the assets of the Fund may be used as security for such loans, and the Fund may bear the fees and expenses, including interest on these borrowings where permitted by law.

*Tracking*

Since the Fund holds investments other than BP ADSs, its performance will not match that of BP ADSs. For any given period, the Fund may perform better or worse than BP ADSs. In general:

• the Fund underperforms BP ADSs during periods when the price of BP ADSs is rising; and
• outperforms BP ADSs during periods where the price of BP ADSs is falling.

Depending on the volatility of the market price of BP ADSs, the Fund's ability to track the total return of BP ADSs could be significantly affected. The investment manager determines the appropriate level of liquidity for the BP Stock Fund while attempting to meet the Fund's investment objective. *Under limited circumstances and in accordance with ERISA, the investment manager may attempt to liquidate all the BP ADSs in the BP Stock Fund should the investment manager or BP determine such an investment is no longer prudent.*

BPGOM ERISA 0002960

*Unitized fund*

The BP Stock Fund is unitized in order to facilitate daily transactions. BP ADSs and other assets held by the Fund as well as certain distributions on BP ADSs are not specifically allocated to participants' accounts. Instead, each participant's investment in the Fund is measured in units (shares of the Fund). These shares of the Fund represent the portion of the Fund owned by a participant. Except for cash dividends, any income generated from the BP ADSs is reinvested into the Fund, with no allocation of additional units to participants' accounts. Cash dividends are allocated to participants' accounts through the issuance of additional units as next described.

*Accounting for cash dividends*

Participants with a balance in the BP Stock Fund on the business day prior to the ex-dividend date receive an allocation of additional units in the BP Stock Fund based on the total amount of dividends to be paid to the BP Stock Fund on the dividend payment date. Additional units are allocated to participants' accounts based on each participant's pro rata share of the BP Stock Fund as of the business day immediately prior to the ex-dividend date. Below is an example of the allocation of additional units for a dividend:

| February 17 | Units in participant's account | 5,000 |
| | Total units in BP Stock Fund | 280,000,000 |
| | 5,000 units/280,000,000 units = .00001786 pro rata share | |
| February 18 | **Ex-dividend Date** | |
| March 15 | **Dividend payment date** | |
| | **Payment Calculation:** | |
| | Total quarterly dividend contribution to BP Stock Fund | $28,000,000.00 |
| | Unit price on dividend payment date | $10.53 |
| | .00001786 x $28,000,000 = $500.08 pro rata share of dividend payable | |
| | ***$500.08/$10.53 = 47.4910 additional units allocated to participant's account*** | |

*Splits and other distributions*

<u>*Share or ADS split*</u>

In the event of an ordinary share or ADS split, the Fund does not issue additional units to participants. The Fund would simply own a different number of BP ADSs, or the ADSs in the Fund would represent a different number of BP p.l.c. ordinary shares.

<u>*Other rights*</u>

Options, rights or warrants may also be held by the Fund if permitted by applicable law. If options, rights or warrants are granted with respect to BP ADSs, and these assets may be separated from the ADSs, they may be sold or exercised as directed by the investment manager based upon amended investment guidelines. The proceeds will be reinvested in the Fund. Cash, securities and other property, which the trustee may receive, will be added to the assets of the Fund. The trustee, as directed by the investment manager, may also sell other securities and property with the proceeds added to the Fund.

*Voting*

The plan trustee, State Street Bank and Trust Company, is the holder of record of the BP ADSs in the Fund. Participants who are invested in the Fund on the proxy record date may direct the trustee how to vote their share in the Fund (or tender, if applicable). For voting purposes, each participant's share of the BP ADSs in the Fund is determined as of the proxy record date (based on the amount of units allocated to the participant's account) and the participant's voting instructions are solicited. The trustee then appoints the Depositary, JPMorgan Chase Bank, as its proxy to vote (or tender, if applicable) the BP ADSs or the underlying ordinary shares in the Fund according to these participant instructions to the extent these instructions are not inconsistent with ERISA.

The trustee, in its discretion, may direct the Depositary to vote (or tender, if applicable) the securities for which it does not receive direction from participants.

*Fund risks*

The return of an individual security, or a single stock fund such as the BP Stock Fund, may be more volatile than the market as a whole and may perform differently than the market as a whole. **You should be aware that there is a risk to holding substantial portions of your assets in securities of any one company (e.g., the BP Stock Fund), as individual securities tend to have wider price swings, up and down, in short periods of time, than investments in funds holding multiple securities.**

BPGOM ERISA 0002961

# Mutual Fund Window

The Mutual Fund Window (MFW) investment options allow you, as a participant, access to more options for customizing your plan portfolio and its related risk and reward characteristics. The following pages show the options that are available. The information presented on the following pages is not intended nor should it be considered a replacement or a substitute for any mutual fund's prospectus. *You should obtain and read a copy of the prospectus before investing in any mutual fund.*

The MFW is made up of approximately 180 actively-managed mutual funds that provide opportunities to invest in most categories available. However, it is your responsibility to determine if investing in the MFW makes sense for you and if so, for selecting the appropriate mutual funds in which to invest and continuing to monitor them over time.

Mutual fund research companies such as Morningstar and Lipper Analytics have classified mutual funds into various widely used categories. The MFW includes funds from most of these categories. Funds may be added or removed from the MFW at any time for any reason.

### ✔ *Limited information*

*The following pages contain only limited information on the funds in the MFW. Important information, such as restrictions on trading, special fees and charges and other matters that could affect return and investment, is not included in the charts attached. Read the prospectus for a description of any mutual fund.*

Before you invest in any mutual fund, you should thoroughly research that fund by obtaining and reading as much information as possible on the provider of the mutual fund and the mutual fund itself. Information available for most mutual funds includes:

- Prospectus.
- Statement of Additional Information.
- Semi-annual reports.

Contact the provider of the mutual fund in which you are interested in investing to obtain available information.

In addition, you are encouraged to seek advice from your own investment consultant before investing in any mutual fund.

Many of the prospectuses for the mutual funds are available for printing from http://netbenefits.fidelity.com under plan literature.

## Data source

Morningstar, Inc. is a Chicago-based company that provides information on mutual funds. In business since 1984, Morningstar is regarded as the leading provider of mutual fund information in the United States.

The following statements apply to all categories of funds on the following pages:

- Source: Morningstar, Inc.
- Data accuracy as of April 30, 2008. The dates of the most recent data available from the mutual fund managers and provided to Morningstar are described in the body of the matrices.
- Although gathered from reliable sources, data accuracy and completeness cannot be guaranteed. 'NA' indicates that sufficient data was not available to provide this information.
- Expense ratio represents the costs that are incurred in the operation of the fund.

### ✔ *Historical information*

*See the latest QIPS for performance information.*

- Certain funds are subject to Fidelity's Frequent Trading Policy and/or may have redemption fees as noted on the respective matrices. However, funds may adopt the policy or add redemption fees at any time.

☞ *'BP Retirement Services at Fidelity,' page 3*

37

BPGOM ERISA 0002962

# Mutual Fund Window matrix by asset class and style

The funds are grouped by style within asset class as determined by Morningstar. Within each style, the funds are listed in alphabetical order. Also, there is a complete list of funds in alphabetical order on the following two pages. A sample matrix on page 41 is provided as a User's Guide to help you make the fullest use of the matrices. After that, the order of appearance is as follows:

| Investment Category | Page |
|---|---|
| Short-Term Funds | 42 |
| U.S. Bond Funds | |
| Short-Term Bond | 43 |
| Intermediate-Term Bond | 44 |
| Long-Term Bond | 45 |
| High-Yield Bond | 46 |
| Hybrid Funds | 47 |
| U.S. Stock Funds | |
| Large Capitalization Value | 48 |
| Large Capitalization Blend | 49 |
| Large Capitalization Growth | 51 |
| Medium Capitalization Value | 53 |
| Medium Capitalization Blend | 54 |
| Medium Capitalization Growth | 55 |
| Small Capitalization Value | 56 |
| Small Capitalization Blend | 57 |
| Small Capitalization Growth | 58 |
| Specialty | 59 |
| International Funds | |
| World | 60 |
| Foreign | 61 |
| Europe | 63 |
| Latin America | 64 |
| Pacific | 65 |
| Japan | 66 |

The following matrices should be read in conjunction with the most recent QIPS, which contains historical and other information. The most current QIPS is available online and is mailed to plan participants.

BPGOM ERISA 0002963

# Alphabetical Mutual Fund Window listing

| Fund Name | Page |
|---|---|
| AIM Asia Pacific Growth | 65 |
| AIM Dynamics | 55 |
| AIM European Growth | 63 |
| AIM Global Growth | 60 |
| AIM High Yield | 46 |
| AIM Income | 44 |
| AIM Large Cap Basic Value | 49 |
| AIM Large Cap Growth | 51 |
| AIM Utilities | 59 |
| Alger Capital Appreciation | 51 |
| Alger MidCap Growth | 55 |
| Alger Small Cap Institutional | 58 |
| Allianz CCM Emerging Companies | 58 |
| Allianz NFJ Small-Cap Value | 56 |
| American Century Equity Growth | 49 |
| American Century Equity Income | 48 |
| American Century Income & Growth | 48 |
| American Century International Growth | 61 |
| American Century Value | 48 |
| American Funds® American Mutual | 48 |
| American Funds® Capital World Growth and Income | 60 |
| American Funds® Fundamental Investors | 49 |
| American Funds® Investment Company of America® | 48 |
| American Funds® New Perspective | 60 |
| American Funds® Washington Mutual Investors | 48 |
| Ariel Appreciation | 54 |
| Baron Asset | 55 |
| Baron Growth | 58 |
| BlackRock EuroFund | 63 |
| BlackRock Fundamental Growth | 51 |
| BlackRock Pacific | 65 |
| CALAMOS Convertible | 47 |
| Calvert Social Investment Fund Balanced Portfolio | 47 |
| Clipper Fund | 49 |
| Cohen & Steers Realty Shares | 59 |
| Columbia Acorn | 55 |
| Columbia Balanced | 47 |
| Credit Suisse International Focus | 61 |
| Credit Suisse Large Cap Growth | 51 |
| Credit Suisse Large Cap Value | 48 |
| Credit Suisse Mid-Cap Core | 54 |
| Credit Suisse Small Cap Core | 57 |
| Delaware Trend | 55 |
| Dodge & Cox Income | 44 |
| Domini Social Equity | 49 |
| Dreyfus Appreciation | 49 |
| Dreyfus Disciplined Stock | 49 |
| Dreyfus Founders Discovery | 58 |
| Dreyfus Founders Equity Growth | 51 |
| Dreyfus Premier Balanced | 47 |
| Dreyfus Premier Strategic Value | 48 |
| Dreyfus Premier Third Century | 51 |
| Dreyfus Premier Worldwide Growth | 60 |

| Fund Name | Page |
|---|---|
| DWS International | 61 |
| DWS Large Company Growth | 51 |
| DWS Latin America Equity | 64 |
| Fidelity Aggressive Growth | 55 |
| Fidelity Aggressive International | 61 |
| Fidelity Balanced | 47 |
| Fidelity Blue Chip Growth | 51 |
| Fidelity Capital & Income | 46 |
| Fidelity Capital Appreciation | 51 |
| Fidelity Convertible Securities | 47 |
| Fidelity Disciplined Equity | 49 |
| Fidelity Diversified International | 61 |
| Fidelity Dividend Growth | 49 |
| Fidelity Emerging Markets | 61 |
| Fidelity Equity-Income | 48 |
| Fidelity Equity-Income II | 48 |
| Fidelity Europe | 63 |
| Fidelity Europe Capital Appreciation | 63 |
| Fidelity Export and Multinational | 51 |
| Fidelity Fifty® | 51 |
| Fidelity Focused Stock | 49 |
| Fidelity Fund | 49 |
| Fidelity Global Balanced | 61 |
| Fidelity Government Income | 44 |
| Fidelity Growth Company | 51 |
| Fidelity High Income | 46 |
| Fidelity Independence | 51 |
| Fidelity Institutional Money Market | 42 |
| Fidelity Institutional Short-Intermediate Government | 43 |
| Fidelity International Discovery | 61 |
| Fidelity Investment Grade Bond | 44 |
| Fidelity Japan | 66 |
| Fidelity Large Cap Stock | 51 |
| Fidelity Latin America | 64 |
| Fidelity Mid-Cap Stock | 55 |
| Fidelity New Markets Income | 61 |
| Fidelity OTC Portfolio | 51 |
| Fidelity Overseas | 61 |
| Fidelity Pacific Basin | 65 |
| Fidelity Puritan® | 47 |
| Fidelity Real Estate Investment Portfolio | 59 |
| Fidelity Small Cap Independence | 58 |
| Fidelity Southeast Asia | 65 |
| Fidelity Trend | 51 |
| Fidelity U.S. Treasury Money Market | 42 |
| Fidelity Utilities | 59 |
| Fidelity Value | 53 |
| Franklin Balance Sheet Investment | 53 |
| Franklin Small-Mid Cap Growth | 55 |
| Harbor Bond | 44 |
| Harbor Capital Appreciation | 51 |
| Harbor Short Duration | 43 |
| Janus Balanced | 47 |

*(continued)*

BPGOM ERISA 0002964

| Fund Name | Page |
|---|---|
| Janus Flexible Bond | 44 |
| Janus Fund | 52 |
| Janus Growth and Income | 52 |
| Janus Twenty | 52 |
| Janus Worldwide | 60 |
| JPMorgan Fleming International Value | 61 |
| Lazard Emerging Markets Portfolio | 61 |
| Lazard International Equity Portfolio | 62 |
| Legg Mason Special Investment Trust | 54 |
| Legg Mason Value Trust | 49 |
| Managers International Equity | 62 |
| Managers Special Equity | 57 |
| Morgan Stanley Institutional Fund Balanced Portfolio | 47 |
| Morgan Stanley Institutional Fund Capital Growth Fund | 52 |
| Morgan Stanley Institutional Fund Core Plus Fixed Income Portfolio | 44 |
| Morgan Stanley Institutional Fund High Yield | 46 |
| Morgan Stanley Institutional Fund Mid Cap Growth | 55 |
| Morgan Stanley Institutional Fund Small Company Growth Portfolio | 58 |
| Morgan Stanley Institutional Fund U.S. Small Cap Value Portfolio | 56 |
| Munder Internet | 59 |
| Mutual Discovery | 60 |
| Neuberger Berman Genesis | 57 |
| Neuberger Berman Socially Responsive | 49 |
| Old Mutual Columbus Circle Technology & Communications | 59 |
| Payden & Rygel Global Fixed Income | 62 |
| PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) | 62 |
| PIMCO High Yield | 46 |
| PIMCO Long-Term U.S. Government | 45 |
| PIMCO Low Duration | 43 |
| PIMCO StocksPLUS | 49 |
| PIMCO Total Return | 44 |
| PIMCO Total Return III | 44 |
| Pioneer Growth Leaders | 52 |
| Putnam Europe Equity | 63 |
| Putnam Global Equity | 60 |
| Putnam International Equity | 62 |
| Putnam Investors | 50 |
| T. Rowe Price Blue Chip Growth | 52 |
| T. Rowe Price Dividend Growth | 50 |
| T. Rowe Price Equity Income | 48 |
| T. Rowe Price European Stock | 63 |
| T. Rowe Price Growth Stock | 52 |
| T. Rowe Price Health Sciences | 59 |
| T. Rowe Price Latin America | 64 |
| T. Rowe Price Mid Cap Growth | 55 |
| T. Rowe Price New Era | 59 |
| T. Rowe Price Small Cap Stock | 57 |
| T. Rowe Price Spectrum Income | 44 |
| T. Rowe Price U.S. Treasury Intermediate Bond | 44 |
| T. Rowe Price Value | 48 |
| Templeton Foreign | 62 |
| Templeton Growth | 60 |
| Templeton Institutional Funds, Inc. – Emerging Markets Series | 62 |
| Templeton World | 60 |
| The Japan Fund, Inc. | 66 |
| USAA GNMA Trust | 44 |
| USAA Growth | 52 |
| USAA Income | 44 |
| Vanguard Asset Allocation | 47 |
| Vanguard Equity Income | 48 |
| Vanguard Growth and Income | 50 |
| Vanguard PRIMECAP | 52 |
| Vanguard U.S. Growth | 52 |
| Vanguard Wellesley Income | 47 |
| Vanguard Wellington | 47 |
| Vanguard Windsor | 48 |
| Vanguard Windsor II | 48 |
| Wells Fargo Advantage Government Securities | 44 |
| Wells Fargo Advantage Growth | 52 |
| Wells Fargo Advantage Large Cap Growth | 52 |
| Wells Fargo Advantage Opportunity | 54 |

*Funds no longer available as of publication date:*

- *Dreyfus Founders Balanced.*
- *Dreyfus Premier Core Bond.*
- *DWS Pacific Opportunities Equity.*
- *Fidelity Freedom 2000 Fund.*
- *Fidelity Freedom 2010 Fund.*
- *Fidelity Freedom 2020 Fund.*
- *Fidelity Freedom 2030 Fund.*
- *Fidelity Freedom Income Fund.*
- *Templeton Developing Markets Trust Fund.*

BPGOM ERISA 0002965

# Matrix user's guide

This section describes the basic characteristics of the funds listed on the page. It includes the characteristics used to classify the funds into their respective categories. Keep in mind that funds can change their investment objectives. Be sure to read the prospectus.

The funds listed (alphabetically) below invest pri... the 250 companies in the United States that the manager deems to have growth potential.

Morningstar classification system,

| Fund Name | Portfolio Composition (%) | | | | | | As of | Price-to-Earnings Ratio | Price-to-Book Ratio | Median Market Capitalization ($ mil) | Short-Term Trading Fee (% / Days) | Fidelity's Frequent Trading Policy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| Fund A | 3/31/2008 | 1.3 | 94.7 | 2.7 | 0.0 | 1.2 | 3/31/2008 | 23.2 | 3.9 | 28,760 | 2.00/60 | Yes |
| Fund B | 3/31/2008 | 20.1 | 76.6 | 1.5 | 1.8 | 0.0 | 3/31/2008 | 24.5 | 3.2 | 18,452 | No | Yes |
| Fund C | | | | | | | | | | | | Yes |
| Fund D | | | | | | | | | | | | Yes |
| Fund E | | | | | | | | | | | | Yes |
| Fund F | | | | | | | | | | | | Yes |
| Fund G | 3/31/2008 | 3.7 | 93.9 | 1.5 | 0.0 | 0.9 | | | | | | Yes |
| Fund H | 3/31/2008 | 2.7 | 88.1 | 8.4 | 0.0 | 0.8 | | | | | | Yes |
| Fund I | 3/31/2008 | 1.1 | 90.5 | 5.1 | 1.0 | 2.3 | | | | | | Yes |
| Fund J | 3/31/2008 | 6.8 | 85.4 | 0.3 | 1.0 | 6.4 | | | | | | Yes |
| Fund K | 3/31/2008 | 3.9 | 83.5 | 4.3 | 7.4 | 1.0 | | | | | | Yes |
| Fund L | 3/31/2008 | 4.8 | 89.4 | 5.9 | 0.0 | 0.0 | | | | | | Yes |
| Fund M | 3/31/2008 | 2.0 | 91.4 | 4.8 | 1.3 | 0.5 | 3/31/2008 | 26.3 | 4.7 | 23,245 | | Yes |
| Fund N | 3/31/2008 | 4.6 | 92.1 | 2.8 | 0.0 | 0.3 | 3/31/2008 | 26.7 | 3.9 | 18,788 | No | Yes |

This column contains the names and stock symbols of the funds in this category alphabetically by name. The names include the share class, if applicable. Names can change over time, so be sure to look for name changes in the Quarterly Investment Performance Statement.

These columns show the percentage of the portfolio invested in the various asset classes. A number of 63.7 means that 63.7% of the portfolio is invested in that asset class as of the date shown in the 'As of' column.

This section reflects a variety of information. It shows some differences in the securities in which the fund invests. Depending on the type of fund, different information is shown. Domestic equity funds show such things as size (median market capitalization) and style (growth or value as measured by price-to-earnings ratio and price-to-book ratio) while international funds show exposure to different parts of the world. Bond funds show credit quality and duration. The information in this section is as of the date shown in the 'As of' column.

This column shows the short-term trading fees incurred if an investment is held for a shorter period than specified by the fund.

This column shows if the fund subscribes to Fidelity's frequent trading policy, which addresses excessive trading in mutual funds.

## Footnotes

This section has supplementary information regarding the data, including definitions, sources, dates and other important information.

See the most recent QIPS for historical performance and other information regarding the investment options.

41

# Short-term funds

The funds listed (alphabetically) below invest in short-term money-market securities. Some of the differences between these funds may include, but are not limited to, the size of the companies that issue the securities, number of securities in the portfolio, industry allocation, quality and maturity. Also, these funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | Duration[1] | | Average Quality[2] | | Short-Term Trading Fee (% / Days)[3] | Fidelity's Frequent Trading Policy[3] |
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | Years | As of | Average | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fidelity Institutional Money Market Fund (FMPXX) | 3/31/2008 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | — | 0.0 | — | NA | No | No |
| Fidelity U.S. Treasury Money Market Fund (FDLXX) | — | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | — | 0.0 | — | NA | No | No |

[1] Duration is a measure of the fund's sensitivity to interest rates. The larger the number, the greater the sensitivity.
[2] Quality ranges from U.S. Government securities (the highest quality) followed by AAA, AA, A, BBB, BB, B, and below B.
[3] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

42

# Short-term bond funds

The funds listed (alphabetically) below invest primarily in bonds that on average will mature shortly. They may also invest in cash and other types of securities. Some of the differences among these funds may include, but are not limited to, the quality, maturity and number of securities in which the funds are invested. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | Portfolio Composition (%) As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | Duration[1] As of | Years | Average Quality[2] As of | Average | Fidelity Short-Term Trading Fee (# Days)[3] | Fidelity Frequent Trading Policy[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fidelity Institutional Short-Intermediate Government Fund (FFXSX) | 4/30/2008 | 24.0 | 0.0 | 0.0 | 76.0 | 0.1 | 4/30/2008 | 0.0 | 4/30/2008 | Not Rated | No | Yes |
| Harbor Short Duration Fund (HASDX) | 3/31/2008 | 1.1 | 0.0 | 0.0 | 98.9 | 0.0 | 3/31/2008 | 1.3 | 3/31/2008 | AAA | No | No |
| PIMCO Low Duration Fund — Institutional Class (PTLDX) | 3/31/2008 | 43.6 | 0.0 | 0.0 | 50.2 | 6.2 | 3/31/2008 | 1.7 | 3/31/2008 | AA | No | Yes |

[1] Duration is a measure of the fund's sensitivity to interest rates. The larger the number, the greater the sensitivity.

[2] Quality ranges from U.S. Government securities (the highest quality) followed by AAA, AA, A, BBB, BB, B, and below B.

[3] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

43

BPGOM ERISA 0002968

# Intermediate-term bond funds

The funds listed (alphabetically) below invest primarily in bonds that on average have an intermediate maturity. These funds may invest a portion of their portfolio in cash and other asset classes. Some of the differences among these funds may include, but are not limited to, the quality, maturity and number of securities in which the funds are invested. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | Duration[1] | | Average Quality[2] | | Short-Term Trading Fee (% Days)[3] | Fidelity Frequent Trading Policy[3] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | Years | As of | Average | | |
| AIM Income Fund — Institutional Class (AIIRX) | 3/31/2008 | 13.6 | 0.1 | 0.0 | 78.4 | 8.0 | 3/31/2008 | 5.0 | 3/31/2008 | A | No | Yes |
| Dodge & Cox Income Fund (DODIX) | 3/31/2008 | 13.2 | 0.0 | 0.0 | 86.7 | 0.1 | 3/31/2008 | 4.1 | 3/31/2008 | AA | No | Yes |
| Fidelity Government Income Fund (FGOVX) | 4/30/2008 | 24.7 | 0.0 | 0.0 | 75.2 | 0.0 | 4/30/2008 | 0.0 | 4/30/2008 | Not Rated | No | Yes |
| Fidelity Investment Grade Bond Fund (FBNDX) | 4/30/2008 | 13.7 | 0.0 | 0.0 | 84.8 | 1.5 | 4/30/2008 | 0.0 | 4/30/2008 | Not Rated | No | Yes |
| Harbor Bond Fund (HABDX) | 3/31/2008 | 54.9 | 0.0 | 0.0 | 44.3 | 0.8 | 3/31/2008 | 5.3 | 3/31/2008 | AA | No | Yes |
| Janus Flexible Bond Fund (JAFIX) | 3/31/2008 | 3.6 | 0.1 | 0.0 | 93.8 | 2.4 | 3/31/2008 | 4.5 | 3/31/2008 | AA | No | Yes |
| Morgan Stanley Institutional Fund Core Plus Fixed Income Portfolio — Class I (MPFIX) | 3/31/2008 | 8.5 | 0.0 | 0.0 | 89.3 | 2.3 | 3/31/2008 | 0.0 | 3/31/2008 | Not Rated | 2.00 / 7 | Yes |
| PIMCO Total Return Fund — Institutional Class (PTTRX) | 3/31/2008 | 25.9 | 0.0 | 0.0 | 70.6 | 3.5 | 3/31/2008 | 4.3 | 3/31/2008 | AA | No | Yes |
| PIMCO Total Return Fund III — Institutional Class (PTSAX) | 3/31/2008 | 9.7 | 0.0 | 0.0 | 83.2 | 7.1 | 3/31/2008 | 4.7 | 3/31/2008 | AA | No | Yes |
| T. Rowe Price Spectrum Income Fund (RPSIX) | 3/31/2008 | 7.1 | 14.2 | 0.6 | 76.2 | 1.9 | 3/31/2008 | 4.9 | 3/31/2008 | A | No | Yes |
| T. Rowe Price U.S. Treasury Intermediate Bond Fund (PRTIX) | 3/31/2008 | 3.3 | 0.0 | 0.0 | 96.7 | 0.0 | 3/31/2008 | 5.7 | 3/31/2008 | AAA | No | Yes |
| USAA GNMA Trust (USGNX) | 2/29/2008 | 4.8 | 0.0 | 0.0 | 95.2 | 0.0 | 2/29/2008 | 3.4 | 2/29/2008 | AAA | No | Yes |
| USAA Income Fund (USAIX) | 1/31/2008 | 2.0 | 0.0 | 0.0 | 91.5 | 6.5 | 1/31/2008 | 5.4 | 1/31/2008 | AA | No | Yes |
| Wells Fargo Advantage Government Securities Fund — Institutional Class (SGVIX) | 2/29/2008 | 10.5 | 0.0 | 0.0 | 89.5 | 0.0 | 2/29/2008 | 4.0 | 2/29/2008 | AAA | No | Yes |

[1] Duration is a measure of the fund's sensitivity to interest rates. The larger the number, the greater the sensitivity.

[2] Quality ranges from U.S. Government securities (the highest quality) followed by AAA, AA, A, BBB, BB, B, and below B.

[3] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

44

BPGOM ERISA 0002969

# Long-term bond funds

The fund listed below invests primarily in bonds that on average have a long maturity. This fund may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | Portfolio Composition (%) | | | | | | Duration¹ | | Average Quality² | | Short-Term Trading Fee³ | Fidelity's Frequent Trading Policy³ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | Years | As of | Average | (% / Days) | |
| PIMCO Long-Term U.S. Government Fund — Institutional Class (PGOVX) | 3/31/2008 | -14.9 | 0.0 | 0.0 | 112.2 | 2.7 | 3/31/2008 | 11.0 | 3/31/2008 | AAA | 2.00 / 30 | Yes |

¹ Duration is a measure of the fund's sensitivity to interest rates. The larger the number, the greater the sensitivity.

² Quality ranges from U.S. Government securities (the highest quality) followed by AAA, AA, A, BBB, BB, B, and below B.

³ Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

45

BPGOM ERISA 0002970

# High-yield bond funds

The funds listed (alphabetically) below invest primarily in bonds that on average have a lower credit quality. These funds may invest a portion of their portfolio in cash and other asset classes. Some of the differences among these funds may include, but are not limited to, the quality, maturity and number of securities in which the funds are invested. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Cash | Portfolio Composition (%) | | | | Duration As of | Years | Average Quality As of | Average | Short-Term Trading Fee (% / Days) | Fidelity's Frequent Trading Policy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| AIM High Yield Fund — Institutional Class (AHYIX) | 3/31/2008 | 0.4 | 1.4 | 0.0 | 96.2 | 2.0 | 3/31/2008 | 4.4 | 3/31/2008 | B | 2.00 / 31 | Yes |
| Fidelity Capital & Income Fund (FAGIX) | 1/31/2008 | 15.3 | 14.2 | 0.3 | 61.5 | 8.7 | 1/31/2008 | 0.0 | 1/31/2008 | B | 1.00 / 90 | Yes |
| Fidelity High Income Fund (SPHIX) | 1/31/2008 | 9.5 | 0.3 | 0.2 | 84.5 | 5.5 | 1/31/2008 | 0.0 | 1/31/2008 | B | 1.00 / 90 | Yes |
| Morgan Stanley Institutional Fund High Yield Portfolio — Class I (MPHYX) | 3/31/2008 | -34.3 | 0.0 | 0.0 | 112.2 | 22.1 | 3/31/2008 | 0.0 | 3/31/2008 | Not Rated | 2.00 / 30 | Yes |
| PIMCO High Yield Fund — Institutional Class (PHIYX) | 3/31/2008 | 9.7 | 0.1 | 0.0 | 78.9 | 11.4 | 3/31/2008 | 4.7 | 3/31/2008 | BB | 2.00 / 30 | Yes |

1 Duration is a measure of the fund's sensitivity to interest rates. The larger the number, the greater the sensitivity.

2 Quality ranges from U.S. Government securities (the highest quality) followed by AAA, AA, A, BBB, BB, B, and below B.

3 Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

46

BPGOM ERISA 0002971

# Hybrid funds

The funds listed (alphabetically) below invest in a variety of asset classes including stocks, bonds and cash. These funds may invest a portion of their portfolio in non-U.S. securities. There may be differences in the securities in which the funds are invested. The differences can include but are not limited to the size of the stocks in which the funds invest as well as the quality of the bonds. Also, these funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | Short-Term Trading Fee (% / Days)† | Fidelity's Frequent Trading Policy† |
|---|---|---|---|---|---|---|---|---|
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | |
| CALAMOS Convertible Fund — Class A* (CCVIX) | 3/31/2008 | 3.6 | 16.5 | 1.3 | 39.6 | 39.0 | No | Yes |
| Calvert Social Investment Fund Balanced Portfolio — Class A (CSIFX) | 2/29/2008 | 12.3 | 55.2 | 1.5 | 27.1 | 4.0 | No | Yes |
| Columbia Balanced Fund — Class Z (CBALX) | 4/30/2008 | 1.9 | 55.5 | 4.5 | 37.7 | 0.4 | No | Yes |
| Dreyfus Premier Balanced Fund — Class R (PDBLX) | 4/30/2008 | -2.3 | 60.1 | 0.3 | 41.4 | 0.5 | No | Yes |
| Fidelity Balanced Fund (FBALX) | 4/30/2008 | 6.4 | 54.5 | 5.7 | 28.5 | 5.0 | No | Yes |
| Fidelity Convertible Securities Fund (FCVSX) | 4/30/2008 | 4.5 | 9.0 | 2.6 | 22.9 | 61.0 | No | Yes |
| Fidelity Puritan* Fund (FPURX) | 4/30/2008 | 5.1 | 55.8 | 4.9 | 24.2 | 9.9 | No | Yes |
| Janus Balanced Fund (JABAX) | 3/31/2008 | 6.4 | 29.9 | 22.5 | 40.2 | 0.9 | No | Yes |
| Morgan Stanley Institutional Fund Balanced Portfolio — Class I (MPBAX) | 3/31/2008 | 26.3 | 39.7 | 8.2 | 22.7 | 3.1 | 2.00 / 7 | Yes |
| Vanguard Asset Allocation Fund (VAAPX) | 3/31/2008 | 23.0 | 76.3 | 0.0 | 0.0 | 0.7 | No | Yes |
| Vanguard Wellesley Income Fund — Admiral Class (VWIAX) | 3/31/2008 | 5.2 | 31.5 | 5.9 | 57.3 | 0.1 | No | Yes |
| Vanguard Wellington Fund — Admiral Class (VWENX) | 3/31/2008 | 2.6 | 52.0 | 12.8 | 32.5 | 0.2 | No | Yes |

* Closed to new investments.

† Short-Term Trading Fee and Fidelity Frequent Trading Policy Information is as of April 30, 2008.

47

BPGOM ERISA 0002972

# Large Capitalization value funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with large market capitalizations (Morningstar measures this using the market capitalization of the 250 largest companies in the United States) that the manager deems to be undervalued. Some of the differences among these funds may be, but are not limited to, the size of the companies in which they invest as well as the extent of undervaluation. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than Large Capitalization value stocks. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | Portfolio Composition (%) | | | | | | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| American Century Equity Income Fund — Institutional Class (ACIIX) | 3/31/2008 | 1.3 | 73.6 | 7.1 | 1.1 | 16.9 | 3/31/2008 | 14.3 | 2.3 | 39,010 | No | Yes |
| American Century Income & Growth Fund — Institutional Class (AMGIX) | 3/31/2008 | 0.2 | 96.1 | 3.8 | 0.0 | 0.0 | 3/31/2008 | 12.6 | 2.1 | 40,177 | No | Yes |
| American Century Value Fund — Institutional Class (AVLIX) | 3/31/2008 | 1.1 | 92.7 | 6.2 | 0.0 | 0.0 | 3/31/2008 | 14.4 | 1.8 | 29,152 | No | Yes |
| American Funds' American Mutual Fund — Class R5 (RMFFX) | 3/31/2008 | 9.7 | 85.1 | 1.5 | 3.0 | 0.6 | 3/31/2008 | 15.7 | 2.4 | 39,539 | No | Yes |
| American Funds' Investment Company of America™ — Class R5 (RICFX) | 3/31/2008 | 9.9 | 74.5 | 10.0 | 5.3 | 0.3 | 3/31/2008 | 14.1 | 2.3 | 65,838 | No | Yes |
| American Funds' Washington Mutual Investors Fund™ — Class R5 (RWMFX) | 3/31/2008 | 1.7 | 96.6 | 0.8 | 0.9 | 0.0 | 4/30/2008 | 15.7 | 2.4 | 68,412 | No | Yes |
| Credit Suisse Large Cap Value Fund — Class A (WFGIX) | 4/30/2008 | 0.2 | 98.8 | 0.0 | 0.0 | 0.0 | 4/30/2008 | 13.4 | 2.0 | 40,746 | No | Yes |
| Dreyfus Premier Strategic Value Fund — Class A (DAGVX) | 4/30/2008 | 0.8 | 98.3 | 0.9 | 0.0 | 0.0 | 4/30/2008 | 16.0 | 2.2 | 34,729 | No | Yes |
| Fidelity Equity-Income Fund (FEQIX) | 4/30/2008 | 1.9 | 85.1 | 5.5 | 0.6 | 2.9 | 4/30/2008 | 14.3 | 2.0 | 48,310 | No | Yes |
| Fidelity Equity-Income II Fund (FEQTX) | 4/30/2008 | 0.8 | 98.5 | 0.3 | 0.0 | 0.4 | 4/30/2008 | 15.5 | 2.3 | 48,663 | No | Yes |
| T. Rowe Price Equity Income Fund (PRFDX) | 3/31/2008 | 4.0 | 91.0 | 3.7 | 0.1 | 1.1 | 3/31/2008 | 13.7 | 2.0 | 34,488 | No | Yes |
| T. Rowe Price Value (TRVLX) | 3/31/2008 | 2.5 | 89.2 | 6.9 | 0.1 | 1.2 | 3/31/2008 | 15.0 | 2.1 | 29,333 | No | Yes |
| Vanguard Equity Income Fund — Admiral Class (VEIRX) | 3/31/2008 | 2.3 | 90.5 | 7.0 | 0.2 | 0.0 | 3/31/2008 | 13.4 | 2.1 | 52,218 | No | Yes |
| Vanguard Windsor Fund — Admiral Class (VWNEX) | 3/31/2008 | 3.1 | 78.4 | 18.3 | 0.3 | 0.0 | 3/31/2008 | 10.6 | 1.6 | 38,617 | No | Yes |
| Vanguard Windsor II Fund — Admiral Class (VWNAX) | 3/31/2008 | 3.4 | 89.2 | 7.3 | 0.1 | 0.0 | 3/31/2008 | 13.9 | 2.0 | 43,400 | No | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

BPGOM ERISA 0002973

## Large Capitalization blend funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with large market capitalizations (Morningstar measures this using the market capitalization of the 250 largest companies in the United States) that have some growth characteristics as well as undervalued characteristics. Some of the differences among these funds may be, but are not limited to, the size of the companies in which they invest as well as the extent of undervaluation or growth prospects. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than Large Capitalization value or growth stocks. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | Portfolio Composition (%) | | | | | | As of | Price-to-Earnings Ratio | Price-to-Book Ratio | Median Market Capitalization ($ mil) | Short-Term Trading Fee (% / Days) | Fidelity's Frequent Trading Policy |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| AIM Large Cap Basic Value Fund — Institutional Class (LCBIX) | 3/31/2008 | 2.0 | 91.0 | 7.0 | 0.0 | 0.0 | 3/31/2008 | 15.0 | 1.9 | 27,352 | No | Yes |
| American Century Equity Growth Fund — Institutional Class (AMEIX) | 3/31/2008 | 0.0 | 97.7 | 2.3 | 0.0 | 0.0 | 3/31/2008 | 14.6 | 2.7 | 41,363 | No | Yes |
| American Funds Fundamental Investors Fund — Class R5 (RFNPX) | 3/31/2008 | 7.6 | 61.0 | 28.9 | 2.4 | 0.0 | 3/31/2008 | 15.7 | 2.9 | 38,240 | No | Yes |
| Clipper Fund (CFIMX) | 3/31/2008 | 1.6 | 88.0 | 10.4 | 0.0 | 0.0 | 3/31/2008 | 15.1 | 1.8 | 44,330 | No | Yes |
| Domini Social Equity Fund — Class R (DSFRX) | 3/31/2008 | 1.3 | 92.9 | 5.8 | 0.0 | 0.0 | 3/31/2008 | 14.5 | 2.3 | 31,812 | 2.00 / 30 | Yes |
| Dreyfus Appreciation Fund (DGAGX) | 4/30/2008 | 0.4 | 86.6 | 13.0 | 0.0 | 0.0 | 4/30/2008 | 15.0 | 3.0 | 106,577 | No | Yes |
| Dreyfus Disciplined Stock Fund — Class R (DDSTX) | 4/30/2008 | 0.2 | 98.3 | 1.5 | 0.0 | 0.0 | 4/30/2008 | 15.3 | 2.4 | 45,156 | No | Yes |
| Fidelity Disciplined Equity Fund (FDEQX) | 4/30/2008 | 1.3 | 96.7 | 1.7 | 0.0 | 0.3 | 4/30/2008 | 14.6 | 2.3 | 36,668 | No | Yes |
| Fidelity Dividend Growth Fund (FDGFX) | 4/30/2008 | 4.6 | 94.1 | 0.7 | 0.1 | 0.4 | 4/30/2008 | 14.1 | 2.1 | 49,505 | No | Yes |
| Fidelity Focused Stock Fund (FTQGX) | 4/30/2008 | 1.3 | 95.1 | 3.5 | 0.0 | 0.0 | 4/30/2008 | 20.6 | 2.8 | 23,014 | No | Yes |
| Fidelity Fund (FFIDX) | 4/30/2008 | 1.9 | 87.8 | 9.7 | 0.0 | 0.6 | 4/30/2008 | 17.8 | 2.8 | 41,848 | No | Yes |
| Legg Mason Value Trust Inc. — Institutional Class (LMNVX) | 3/31/2008 | 2.5 | 97.5 | 0.0 | 0.0 | 0.0 | 3/31/2008 | 14.1 | 1.8 | 32,821 | No | Yes |
| Neuberger Berman Socially Responsive Fund — Investor Class (NBSRX) | 4/30/2008 | 2.9 | 78.1 | 19.0 | 0.0 | 0.0 | 4/30/2008 | 16.8 | 2.7 | 15,906 | No | Yes |
| PIMCO StocksPLUS Fund — Institutional Class (PSTKX) | 3/31/2008 | 65.8 | 20.4 | 0.0 | 11.8 | 1.9 | 3/31/2008 | 0.0 | 0.0 | 0 | 2.00 / 7 | Yes |

(continued)

BPGOM ERISA 0002974

# Large Capitalization blend funds (continued)

| Fund Name | Portfolio Composition (%) | | | | | | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | | | | |
| Putnam Investors Fund — Class Y (PNVYX) | 3/31/2008 | 0.0 | 97.1 | 3.0 | 0.0 | 0.0 | 3/31/2008 | 15.2 | 2.4 | 35,303 | 1.00 / 7 | Yes |
| T. Rowe Price Dividend Growth Fund (PRDGX) | 3/31/2008 | 2.5 | 89.0 | 8.1 | 0.0 | 0.5 | 3/31/2008 | 15.9 | 2.7 | 34,693 | No | Yes |
| Vanguard Growth and Income Fund — Admiral Class (VGIAX) | 3/31/2008 | 1.3 | 98.7 | 0.0 | 0.0 | 0.0 | 3/31/2008 | 14.4 | 2.3 | 46,476 | No | Yes |

[1]  Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2]  Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3]  Median market capitalization is a measure of the size of companies in which the fund invests.  Half of the companies in the fund are larger and half are smaller than the number shown.

[4]  Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

50

BPGOM ERISA 0002975