# Large Capitalization growth funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with large market capitalizations (Morningstar measures this using the market capitalization of the 250 largest companies in the United States) that the manager deems to have growth prospects. Some of the differences among these funds may be, but are not limited to, the size of the companies in which they invest as well as their growth prospects. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than Large Capitalization growth stocks. These funds may use derivatives to achieve the desired characteristics. As always, be sure to read the prospectus to find out more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| AIM Large Cap Growth Fund — Institutional Class (LCIGX) | 3/31/2008 | 1.6 | 79.4 | 19.0 | 0.0 | 0.0 | 3/31/2008 | 16.9 | 3.9 | 40,475 | No | Yes |
| Alger Capital Appreciation Institutional Fund — Institutional Shares (ALARX) | 3/31/2008 | 9.5 | 76.5 | 13.8 | 0.0 | 0.2 | 3/31/2008 | 18.5 | 3.2 | 12,953 | No | Yes |
| BlackRock Fundamental Growth Fund, Inc. (MAFGX) | 2/29/2008 | 2.5 | 90.2 | 7.3 | 0.0 | 0.0 | 2/29/2008 | 21.7 | 4.1 | 49,126 | No | No |
| Credit Suisse Large Cap Growth Fund — Common Class (CUCAX) | 4/30/2008 | 3.0 | 97.0 | 0.0 | 0.0 | 0.0 | 4/30/2008 | 16.9 | 3.3 | 38,250 | No | Yes |
| Dreyfus Founders Equity Growth Fund — Class R (FRMRX) | 4/30/2008 | 2.5 | 97.1 | 0.4 | 0.0 | 0.0 | 4/30/2008 | 19.3 | 3.5 | 33,828 | No | Yes |
| Dreyfus Premier Third Century Fund, Inc. — Class Z (DRTHX) | 4/30/2008 | 0.7 | 95.3 | 4.0 | 0.0 | 0.0 | 4/30/2008 | 16.3 | 3.5 | 40,228 | No | Yes |
| DWS Large Company Growth Fund — Institutional Class (SGGIX) | 4/30/2008 | 2.9 | 91.9 | 5.2 | 0.0 | 0.0 | 4/30/2008 | 20.1 | 4.1 | 40,971 | 2.00 / 15 | No |
| Fidelity Blue Chip Growth Fund (FBGRX) | 4/30/2008 | 0.2 | 88.1 | 11.7 | 0.0 | 0.0 | 4/30/2008 | 19.9 | 3.5 | 39,072 | No | Yes |
| Fidelity Capital Appreciation Fund (FDCAX) | 4/30/2008 | 5.7 | 73.1 | 21.1 | 0.0 | 0.2 | 4/30/2008 | 17.3 | 3.1 | 15,696 | No | Yes |
| Fidelity Export and Multinational Fund (FEXPX) | 4/30/2008 | 3.8 | 74.2 | 17.7 | 0.2 | 4.2 | 4/30/2008 | 19.5 | 3.5 | 31,205 | 0.75 / 30 | Yes |
| Fidelity Fifty (FFTYX) | 4/30/2008 | 0.7 | 77.3 | 21.6 | 0.0 | 0.4 | 4/30/2008 | 20.7 | 3.5 | 14,938 | No | Yes |
| Fidelity Growth Company Fund (FDGRX) | 4/30/2008 | 0.2 | 82.9 | 16.2 | 0.0 | 0.7 | 4/30/2008 | 21.8 | 4.1 | 23,015 | No | Yes |
| Fidelity Independence Fund (FDFFX) | 4/30/2008 | 1.1 | 75.7 | 22.0 | 0.0 | 1.2 | 4/30/2008 | 21.8 | 4.2 | 25,278 | No | Yes |
| Fidelity Large Cap Stock Fund (FLCSX) | 4/30/2008 | 0.0 | 81.6 | 16.7 | 0.0 | 1.7 | 4/30/2008 | 18.0 | 2.3 | 26,872 | No | Yes |
| Fidelity OTC Portfolio (FOCPX) | 4/30/2008 | 0.3 | 78.5 | 19.5 | 0.0 | 1.7 | 4/30/2008 | 27.3 | 4.8 | 22,591 | No | Yes |
| Fidelity Trend Fund (FTRNX) | 4/30/2008 | 0.3 | 85.1 | 14.4 | 0.0 | 0.3 | 4/30/2008 | 19.9 | 3.3 | 26,307 | No | Yes |
| Harbor Capital Appreciation Fund (HACAX) | 3/31/2008 | 2.5 | 85.5 | 12.0 | 0.0 | 0.0 | 3/31/2008 | 21.1 | 4.1 | 51,443 | No | Yes |

(continued)

BPGOM ERISA 0002976

## Large Capitalization growth funds (continued)

| Fund Name | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (%/Days)[4] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Janus Fund (JANSX) | 3/31/2008 | 1.9 | 71.9 | 25.3 | 0.3 | 0.6 | 3/31/2008 | 17.9 | 3.2 | 41,976 | No | Yes |
| Janus Growth and Income Fund (JAGIX) | 3/31/2008 | 5.2 | 61.7 | 29.6 | 1.6 | 1.9 | 3/31/2008 | 16.5 | 3.2 | 43,341 | No | No |
| Janus Twenty Fund (JAVLX) | 3/31/2008 | 3.4 | 58.7 | 37.9 | 0.0 | 0.0 | 3/31/2008 | 23.2 | 4.3 | 53,774 | No | Yes |
| Morgan Stanley Institutional Fund Capital Growth Fund — Class I (MSEQX) | 3/31/2008 | 0.1 | 77.1 | 22.8 | 0.0 | 0.0 | 3/31/2008 | 26.1 | 4.8 | 26,435 | 2.00 / 7 | Yes |
| Pioneer Growth Leaders Fund — Class A (LRPSX) | 4/30/2008 | 0.9 | 96.0 | 3.1 | 0.0 | 0.0 | 4/30/2008 | 19.2 | 4.1 | 33,874 | No | No |
| T. Rowe Price Blue Chip Growth Fund (TRBCX) | 3/31/2008 | 0.2 | 93.4 | 6.4 | 0.0 | 0.0 | 3/31/2008 | 20.1 | 3.7 | 40,204 | No | Yes |
| T. Rowe Price Growth Stock Fund (PRGFX) | 3/31/2008 | 0.9 | 81.7 | 17.4 | 0.0 | 0.0 | 3/31/2008 | 19.8 | 3.9 | 35,754 | No | Yes |
| USAA Growth Fund (USAAX) | 1/31/2008 | 2.1 | 97.9 | 0.0 | 0.0 | 0.0 | 1/31/2008 | 20.9 | 4.4 | 35,852 | No | Yes |
| Vanguard PRIMECAP Fund — Admiral Class (VPMAX) | 3/31/2008 | 4.5 | 82.0 | 13.6 | 0.0 | 0.0 | 3/31/2008 | 18.8 | 2.8 | 34,351 | 1.00 / 364 | Yes |
| Vanguard U.S. Growth Fund — Admiral Class (VWUAX) | 3/31/2008 | 5.1 | 86.6 | 7.9 | 0.4 | 0.0 | 3/31/2008 | 22.1 | 4.1 | 38,096 | No | Yes |
| Wells Fargo Advantage Growth Fund — Institutional Class (SGRNX) | 1/31/2008 | 0.9 | 88.2 | 10.8 | 0.0 | 0.0 | 1/31/2008 | 27.3 | 4.6 | 11,330 | No | Yes |
| Wells Fargo Advantage Large Cap Growth Fund — Investor Class (STRFX) | 1/31/2008 | 3.3 | 85.5 | 11.2 | 0.0 | 0.0 | 1/31/2008 | 24.5 | 4.6 | 39,704 | No | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

52

BPGOM ERISA 0002977

# Medium Capitalization value funds

The fund listed below invests primarily in the stocks of companies with medium market capitalizations (Morningstar measures this using the market capitalization of the 750 companies after the 250 largest companies in the United States) that the manager deems to be undervalued. As reflected in the summary below, the fund may invest some portion of its assets in assets other than medium capitalization value stocks. This fund may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[3] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| Fidelity Value Fund (FDVLX) | 4/30/2008 | 1.1 | 92.7 | 5.1 | 0.0 | 1.1 | 4/30/2008 | 16.1 | 1.9 | 7,365 | No | Yes |
| Franklin Balance Sheet Investment Fund — Advisor Class (FBSAX) | 3/31/2008 | 5.5 | 86.2 | 7.6 | 0.1 | 0.5 | 3/31/2008 | 13.2 | 1.2 | 3,102 | 2.00 / 7 | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.
[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.
[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.
[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

53

BPGOM ERISA 0002978

# Medium Capitalization blend funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with medium market capitalizations (Morningstar measures this using the market capitalization of the 750 companies after the 250 largest companies in the United States) that the manager deems to have growth characteristics as well as undervalued characteristics. Some of the differences among the funds may be, but are not limited to, the size of the companies in which they invest as well as the extent of undervaluation or growth prospects. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than medium capitalization value or growth stocks. These funds may use derivatives to achieve the desired characteristics.

As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| Ariel Appreciation Fund (CAAPX) | 3/31/2008 | 0.3 | 99.7 | 0.0 | 0.0 | 0.0 | 3/31/2008 | 13.9 | 2.2 | 7,487 | No | Yes |
| Credit Suisse Mid-Cap Core Fund — Common Shares (CUEGX) | 4/30/2008 | -0.1 | 100.1 | 0.0 | 0.0 | 0.0 | 4/30/2008 | 17.4 | 2.4 | 4,731 | No | Yes |
| Legg Mason Special Investment Trust — Institutional Class (LMNSX) | 3/31/2008 | 0.3 | 92.8 | 6.5 | 0.0 | 0.4 | 3/31/2008 | 13.3 | 1.6 | 3,732 | No | Yes |
| Wells Fargo Advantage Opportunity Fund — Administrator Class (WOFDX) | 1/31/2008 | 11.9 | 73.1 | 5.3 | 0.0 | 9.7 | 1/31/2008 | 16.7 | 2.4 | 9,183 | No | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

64

BPGOM ERISA 0002979

# Medium Capitalization growth funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with medium market capitalizations (Morningstar measures this using the market capitalization of the 750 companies after the 250 largest companies in the United States) that the manager deems to have growth prospects. Some of the differences among these funds may be, but are not limited to, the size of the companies in which they invest as well as the extent of growth prospects. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than medium capitalization growth stocks. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (%/Days)[4] | Fidelity's Frequent Trading Policy[4] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| AIM Dynamics Fund – Institutional Class (IDICX) | 3/31/2008 | 1.2 | 95.3 | 3.5 | 0.0 | 0.0 | 3/31/2008 | 20.3 | 3.5 | 5,278 | No | Yes |
| Alger MidCap Growth Institutional Fund – Institutional Class (ALMRX) | 3/31/2008 | 1.7 | 78.2 | 19.9 | 0.0 | 0.3 | 3/31/2008 | 24.9 | 4.1 | 6,532 | No | Yes |
| Baron Asset Fund (BARAX) | 3/31/2008 | 5.0 | 89.0 | 4.1 | 0.0 | 1.9 | 3/31/2008 | 20.7 | 3.3 | 5,276 | No | Yes |
| Columbia Acorn Fund – Class Z (ACRNX) | 4/30/2008 | 3.6 | 85.8 | 10.2 | 0.0 | 0.3 | 4/30/2008 | 20.0 | 2.7 | 2,816 | No | No |
| Delaware Trend Fund – Institutional Class (DGTIX) | 12/31/2007 | 2.4 | 95.6 | 1.3 | 0.0 | 0.7 | 12/31/2007 | 25.7 | 3.7 | 1,717 | No | Yes |
| Fidelity Aggressive Growth Fund (FDEGX) | 4/30/2008 | 4.6 | 80.7 | 14.6 | 0.0 | 0.0 | 4/30/2008 | 26.6 | 4.5 | 3,927 | 1.50 / 90 | Yes |
| Fidelity Mid-Cap Stock Fund (FMCSX) | 4/30/2008 | 1.8 | 82.9 | 14.5 | 0.0 | 0.8 | 4/30/2008 | 17.5 | 2.8 | 7,080 | 0.75 / 30 | Yes |
| Franklin Small-Mid Cap Growth Fund – Advisor Class (FSGAX) | 3/31/2008 | 6.3 | 89.9 | 3.5 | 0.0 | 0.3 | 3/31/2008 | 20.3 | 3.3 | 4,354 | 2.00 / 7 | Yes |
| Morgan Stanley Institutional Fund Mid Cap Growth Portfolio – Class I (MPEGX) | 3/31/2008 | 0.7 | 77.6 | 21.7 | 0.0 | 0.0 | 3/31/2008 | 27.8 | 4.4 | 6,028 | 2.00 / 7 | Yes |
| T. Rowe Price Mid Cap Growth Fund (RPMGX) | 3/31/2008 | 4.0 | 90.9 | 5.1 | 0.0 | 0.1 | 3/31/2008 | 19.4 | 3.1 | 5,553 | No | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

55

## Small Capitalization value funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with small market capitalizations (Morningstar measures this using the market capitalization of the companies after the 1,000 largest companies in the United States) that the manager deems to be undervalued. Some of the differences among these funds may be, but are not limited to, the size of the companies in which they invest as well as the extent of undervaluation. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than Small Capitalization value stocks. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | Portfolio Composition (%) | | | | | | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | | | | |
| Allianz NFJ Small-Cap Value Fund – Institutional Class (PSVIX) | 4/30/2008 | 5.4 | 91.5 | 3.1 | 0.0 | 0.0 | 4/30/2008 | 14.2 | 1.8 | 1,890 | No | Yes |
| Morgan Stanley Institutional Fund U.S. Small Cap Value Portfolio – Class I (MPSCX) | 3/31/2008 | 4.8 | 92.2 | 3.0 | 0.0 | 0.0 | 3/31/2008 | 16.0 | 1.7 | 1,079 | 2.00 / 30 | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

56

## Small Capitalization blend funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with small market capitalizations (Morningstar measures this using the market capitalization of the companies after the 1,000 largest companies in the United States) that the manager deems to have growth characteristics as well as undervalued characteristics. Some of the differences among these funds may be, but are not limited to, the size of the companies in which they invest as well as the extent of undervaluation or growth prospects. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than Small Capitalization value or growth stocks. These funds may use derivatives to achieve the desired characteristics.

As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | | | | | | |
| Credit Suisse Small Cap Core Fund — Common Shares (CSWCX) | 4/30/2008 | 3.1 | 96.0 | 0.9 | 0.0 | 0.0 | 4/30/2008 | 16.3 | 2.2 | 1,736 | 2.00 / 30 | Yes |
| Managers Special Equity Fund — Institutional Class (MSEIX) | 4/30/2008 | 6.8 | 83.1 | 10.2 | 0.0 | 0.0 | 4/30/2008 | 17.8 | 1.7 | 1,438 | No | Yes |
| Neuberger Berman Genesis Fund — Institutional Class (NBGIX) | 3/31/2008 | 5.8 | 88.8 | 5.4 | 0.0 | 0.0 | 3/31/2008 | 22.3 | 3.3 | 2,130 | No | Yes |
| T. Rowe Price Small Cap Stock Fund (OTCFX) | 3/31/2008 | 6.3 | 91.8 | 1.9 | 0.0 | 0.0 | 3/31/2008 | 18.0 | 1.9 | 1,141 | No | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

57

# Small Capitalization growth funds

The funds listed (alphabetically) below invest primarily in the stocks of companies with small market capitalizations (Morningstar measures this using the market capitalization of the companies after the 1,000 largest companies in the United States) that the manager deems to have growth prospects. Some of the differences among these funds may be, but are not limited to, the size of the companies in which they invest as well as the extent of growth prospects. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than Small Capitalization growth stocks. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alger Small Cap Institutional Fund – Institutional Class (ALSRX) | 3/31/2008 | 7.0 | 87.0 | 6.0 | 0.0 | 0.0 | 3/31/2008 | 22.0 | 2.7 | 1,504 | No | Yes |
| Allianz CCM Emerging Companies Fund – Institutional Class (PMCIX) | 4/30/2008 | 5.5 | 93.8 | 0.7 | 0.0 | 0.0 | 4/30/2008 | 20.0 | 2.6 | 809 | No | Yes |
| Baron Growth Fund (BGRFX) | 3/31/2008 | 5.1 | 92.5 | 2.4 | 0.0 | 0.1 | 3/31/2008 | 20.2 | 2.7 | 2,102 | No | Yes |
| Dreyfus Founders Discovery Fund — Class F (FDISX) | 4/30/2008 | 2.6 | 91.9 | 4.9 | 0.0 | 0.6 | 4/30/2008 | 20.7 | 2.8 | 1,475 | No | Yes |
| Fidelity Small Cap Independence Fund (FDSCX) | 1/31/2008 | 2.8 | 75.4 | 21.8 | 0.0 | 0.0 | 1/31/2008 | 17.7 | 2.7 | 1,311 | 1.50 / 90 | Yes |
| Morgan Stanley Institutional Fund Small Company Growth Portfolio — Class I (MSSGX) | 3/31/2008 | 2.5 | 82.2 | 13.6 | 0.0 | 1.7 | 3/31/2008 | 24.5 | 3.7 | 1,270 | 2.00 / 30 | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

BPGOM ERISA 0002983

## Specialty funds

The funds listed below invest primarily in the stocks of companies with the specialization shown. The specializations listed are broad and may include a variety of industries within the specialization. For example, the "Health" specialization may include pharmaceutical companies, health-care services as well as medical device companies. As reflected in the summary below, some of these funds may invest some portion of their assets in assets other than their specialty. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | Specialization | Portfolio Composition (%) | | | | | | Price-to-Earnings Ratio[1] | Price-to-Book Ratio[2] | Median Market Capitalization ($ mil)[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | As of | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | As of | | | | |
| AIM Utilities Fund — Institutional Class (FSIUX) | Utilities | 3/31/2008 | 2.3 | 89.5 | 8.2 | 0.0 | 0.0 | 3/31/2008 | 14.7 | 2.2 | 17,253 | No | Yes |
| Cohen & Steers Realty Shares (CSRSX) | Real Estate | 3/31/2008 | 2.5 | 96.7 | 0.8 | 0.0 | 0.0 | 3/31/2008 | 30.3 | 2.5 | 5,597 | No | No |
| Fidelity Real Estate Investment Portfolio (FRESX) | Real Estate | 4/30/2008 | 2.9 | 94.1 | 3.1 | 0.0 | 0.0 | 4/30/2008 | 30.9 | 2.8 | 6,979 | 0.75 / 90 | Yes |
| Fidelity Utilities Fund (FIUIX) | Utilities | 4/30/2008 | 0.7 | 98.9 | 0.4 | 0.0 | 0.0 | 4/30/2008 | 18.2 | 2.4 | 44,592 | No | Yes |
| Munder Internet Fund — Class Y (MNNYX) | Technology | 4/30/2008 | 0.5 | 81.6 | 17.8 | 0.0 | 0.1 | 4/30/2008 | 26.9 | 3.5 | 8,134 | 2.00 / 30 | No |
| Old Mutual Columbus Circle Technology & Communications Fund — Class Z (OBTCX) | Technology | 3/31/2008 | 2.3 | 91.7 | 7.4 | 0.0 | -1.4 | 3/31/2008 | 21.8 | 3.9 | 28,368 | 2.00 / 10 | Yes |
| T. Rowe Price Health Sciences Fund (PRHSX) | Health | 3/31/2008 | 2.4 | 81.8 | 15.0 | 0.0 | 0.7 | 3/31/2008 | 21.8 | 3.7 | 7,285 | No | Yes |
| T. Rowe Price New Era Fund (PRNEX) | National Resources | 3/31/2008 | 4.5 | 64.1 | 31.4 | 0.0 | 0.0 | 3/31/2008 | 16.4 | 3.3 | 24,246 | No | Yes |

[1] Price-to-Earnings ratio is the average of the price-to-earnings ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[2] Price-to-Book ratio is the average of the price-to-book ratios of the stocks in the portfolio and represents a fund's style orientation. The lower the number, the more value the orientation. The larger the number, the more growth the orientation.

[3] Median market capitalization is a measure of the size of companies in which the fund invests. Half of the companies in the fund are larger and half are smaller than the number shown.

[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

BPGOM ERISA 0002984

# World funds

The funds listed (alphabetically) below may invest in the stocks of companies throughout the world. Some of the differences among these funds may include but are not limited to the size of the stocks, number of securities in the portfolio, industries, country, regional and currency exposure. They may invest in developed or emerging markets. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%)[1] | | | | Regional Exposure (%)[1] | | | | | | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | U.S. & Canada | Central & Latin America | Greater Europe | Japan | Asia x Japan | Developed Mkts[2] | Emerging Mkts[3] | | |
| AIM Global Growth Fund — Class A (AGGAX) | 3/31/2008 | 1.8 | 24.1 | 74.1 | 0.0 | 0.0 | 26.7 | 1.8 | 59.5 | 5.3 | 6.7 | 96.2 | 3.8 | 2.00 / 31 | Yes |
| American Funds' Capital World Growth and Income Fund[5] — Class R5 (RWIFX) | 3/31/2008 | 7.1 | 18.9 | 71.8 | 1.9 | 0.3 | 21.9 | 3.7 | 55.1 | 3.0 | 16.2 | 90.1 | 9.9 | No | Yes |
| American Funds' New Perspective Fund[5] — Class R5 (RNPFX) | 3/31/2008 | 10.4 | 29.0 | 58.0 | 2.6 | 0.0 | 37.8 | 3.3 | 41.3 | 7.1 | 10.5 | 92.6 | 7.4 | No | Yes |
| Dreyfus Premier Worldwide Growth Fund — Class R (DPWRX) | 4/30/2008 | 0.0 | 50.9 | 49.1 | 0.0 | 0.0 | 50.9 | 0.3 | 48.8 | 0.0 | 0.0 | 100.0 | 0.0 | No | Yes |
| Janus Worldwide Fund (JAWWX) | 3/31/2008 | 1.1 | 56.0 | 41.7 | 0.0 | 1.2 | 58.3 | 0.0 | 23.9 | 9.4 | 8.4 | 98.2 | 1.8 | 2.00 / 90 | Yes |
| Mutual Discovery Fund — Class Z (MDISX) | 3/31/2008 | 15.6 | 12.9 | 58.4 | 9.4 | 3.6 | 19.6 | 1.5 | 62.1 | 3.3 | 13.5 | 98.3 | 1.7 | 2.00 / 7 | Yes |
| Putnam Global Equity Fund — Class Y (PEQYX) | 3/31/2008 | 2.7 | 45.2 | 52.5 | 0.0 | -0.4 | 47.7 | 0.0 | 32.8 | 13.0 | 6.5 | 99.0 | 1.0 | 1.00 / 90 | Yes |
| Templeton Growth Fund — Advisor Class (TGADX) | 12/31/2007 | 1.7 | 38.4 | 59.4 | 0.4 | 0.0 | 39.7 | 0.5 | 47.5 | 5.3 | 7.0 | 99.2 | 0.8 | 2.00 / 7 | Yes |
| Templeton World Fund — Advisor Class (TWDAX) | 12/31/2007 | 1.4 | 36.2 | 60.9 | 1.4 | 0.2 | 37.3 | 2.3 | 36.4 | 5.0 | 19.0 | 94.5 | 5.5 | 2.00 / 7 | Yes |

[1] Portfolio Composition, Regional Exposure, Developed Markets and Emerging Markets data is as of the date shown in the 'As of' column of this chart.
[2] Developed Mkts is the percentage of the portfolio invested in developed countries such as the United States, western Europe, Japan and Australia.
[3] Emerging Mkts is the percentage of the portfolio invested in emerging markets such as Latin America, Russia, eastern Europe and southeast Asia.
[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

BPGOM ERISA 0002985

# Foreign funds

The funds listed (alphabetically) below may invest in the stocks of companies in any country outside the United States throughout the world. Some of the differences among these funds may include, but are not limited to, the size of the stocks, number of securities in the portfolio, industries, country, regional and currency exposure. They may invest in developed or emerging markets. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | | Regional Exposure (%) | | | | | | Short-Term Trading Fee (%/Days) | Fidelity's Frequent Trading Policy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | U.S. & Canada | Central & Latin America | Greater Europe | Japan | Asia Ex-Japan | Developed Mkts | Emerging Mkts | |
| American Century International Growth Fund — Institutional Class (TGRIX) | 3/31/2008 | 0.1 | 0.0 | 99.9 | 0.0 | 0.0 | 4.0 | 1.8 | 67.2 | 13.5 | 13.6 | 90.9 | 9.1 | 2.00 / 60 | Yes |
| Credit Suisse International Focus Fund — Common Class (WPMFX) | 4/30/2008 | 1.5 | 0.0 | 98.5 | 0.0 | 0.1 | 0.0 | 3.8 | 74.0 | 15.0 | 7.2 | 92.2 | 7.8 | 2.00 / 30 | Yes |
| DWS International Fund — Institutional Class (SUIIX) | 4/30/2008 | 2.1 | 0.0 | 96.6 | 0.0 | 1.3 | 1.2 | 5.7 | 66.7 | 13.2 | 13.2 | 88.2 | 11.8 | 2.00 / 15 | No |
| Fidelity Aggressive International Fund (FIVFX) | 4/30/2008 | 1.7 | 0.5 | 90.9 | 0.6 | 6.2 | 10.0 | 4.6 | 56.8 | 11.3 | 17.3 | 76.3 | 23.7 | 1.00 / 30 | Yes |
| Fidelity Diversified International Fund (FDIVX) | 4/30/2008 | 8.2 | 5.2 | 82.7 | 0.4 | 3.5 | 14.4 | 3.6 | 58.5 | 10.8 | 12.8 | 91.7 | 8.3 | 1.00 / 30 | Yes |
| Fidelity Emerging Markets Fund (FEMKX) | 4/30/2008 | 1.1 | 1.0 | 91.1 | 0.5 | 6.4 | 2.0 | 18.2 | 31.7 | 0.0 | 48.1 | 35.2 | 64.9 | 1.50 / 90 | Yes |
| Fidelity Global Balanced Fund (FGBLX) | 4/30/2008 | 6.8 | 28.2 | 27.1 | 28.0 | 9.9 | 55.5 | 0.1 | 27.1 | 7.5 | 9.8 | 98.0 | 2.0 | 1.00 / 30 | Yes |
| Fidelity International Discovery Fund (FIGRX) | 4/30/2008 | 7.9 | 0.6 | 87.1 | 0.5 | 3.9 | 4.1 | 2.2 | 61.5 | 14.9 | 17.3 | 92.2 | 7.8 | 1.00 / 30 | Yes |
| Fidelity New Markets Income Fund (FNMIX) | 4/30/2008 | 6.2 | 0.0 | 6.5 | 77.4 | 9.9 | 0.4 | 29.6 | 30.0 | 0.0 | 40.0 | 26.9 | 73.1 | 1.00 / 90 | Yes |
| Fidelity Overseas Fund (FOSFX) | 4/30/2008 | 7.7 | 4.4 | 87.4 | 0.0 | 0.5 | 6.6 | 3.9 | 62.9 | 12.1 | 14.6 | 80.8 | 19.2 | 1.00 / 30 | Yes |
| JPMorgan Fleming International Value Fund — Institutional Class (JNUSX) | 4/30/2008 | 2.9 | 0.0 | 97.1 | 0.0 | 0.0 | 0.0 | 0.0 | 71.8 | 20.4 | 7.8 | 100.0 | 0.0 | No | Yes |
| Lazard Emerging Markets Portfolio — Institutional Class (LZEMX) | 3/31/2008 | 3.0 | 0.0 | 95.0 | 0.0 | 2.0 | 0.0 | 24.0 | 36.2 | 0.0 | 39.9 | 36.9 | 63.1 | 1.00 / 30 | Yes |

*(continued)*

BPGOM ERISA 0002986

## Foreign funds (continued)

| Fund Name | As of | Portfolio Composition (%)[1] | | | | Regional Exposure (%)[1] | | | | | | Short-Term Trading Fee (%/Days)[4] | Fidelity's Frequent Trading Policy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cash | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | U.S. & Canada | Central & Latin America | Greater Europe | Japan | Asia & Japan | Developed Mkts[2] | Emerging Mkts[3] | |
| Lazard International Equity Portfolio — Institutional Class (LZIEX) | 3/31/2008 | 1.4 | 0.0 | 98.6 | 0.0 | 0.0 | 1.9 | 0.0 | 80.3 | 13.2 | 4.6 | 97.9 | 2.1 | 1.00 / 30 | Yes |
| Managers International Equity Fund (MGITX) | 4/30/2008 | 2.5 | 0.3 | 96.4 | 0.0 | 0.8 | 6.6 | 1.9 | 61.1 | 17.3 | 13.1 | 92.3 | 7.7 | 2.00 / 60 | Yes |
| Payden & Rygel Global Fixed Income Fund — Class R (PYGFX) | 4/30/2008 | 0.2 | 0.0 | 0.0 | 97.6 | 2.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | No | No |
| PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) — Institutional Class (PFORX) | 3/31/2008 | 43.4 | 0.1 | 0.0 | 46.7 | 9.8 | 99.1 | 0.0 | 0.9 | 0.0 | 0.0 | 100.0 | 0.0 | 2.00 / 30 | Yes |
| Putnam International Equity Fund — Class Y (POVYX) | 3/31/2008 | 0.8 | 0.0 | 99.6 | 0.0 | -0.4 | 0.6 | 0.3 | 71.1 | 18.3 | 9.7 | 97.4 | 2.6 | 1.00 / 90 | Yes |
| Templeton Foreign Fund — Advisor Class (TFFAX) | 12/31/2007 | 2.1 | 1.5 | 96.0 | 0.4 | 0.0 | 1.6 | 3.8 | 55.5 | 8.6 | 30.5 | 88.5 | 11.5 | 2.00 / 7 | Yes |
| Templeton Institutional Funds, Inc. — Emerging Markets Series — Institutional Class (TEEMX) | 12/31/2007 | 0.7 | 0.0 | 99.1 | 0.0 | 0.1 | 0.0 | 21.4 | 35.0 | 0.0 | 43.6 | 20.6 | 79.4 | 2.00 / 7 | Yes |

[1] Portfolio Composition, Regional Exposure, Developed Markets and Emerging Markets data is as of the date shown in the 'As of' column of this chart.
[2] Developed Mkts is the percentage of the portfolio invested in developed countries such as the United States, western Europe, Japan and Australia.
[3] Emerging Mkts is the percentage of the portfolio invested in emerging markets such as Latin America, Russia, eastern Europe and southeast Asia.
[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

62

BPGOM ERISA 0002987

# Europe funds

The funds listed (alphabetically) below invest in the stocks of companies in all countries in Europe including the U.K. and the Scandinavian countries. Some of the differences among these funds may include, but are not limited to, the size of the stocks, number of securities in the portfolio, industries, country and currency exposure. They may invest in developed or emerging markets. These funds may use derivatives to achieve the desired characteristics.

As always, read the prospectus for more information.

| Fund Name | As of | Cash | Portfolio Composition (%)[1] | | | | Regional Exposure (%)[1] | | | | | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy |
| | | | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | U.S. & Canada | Central & Latin America | Greater Europe | Japan | Asia x-Japan | Developed Mkts[2] | Emerging Mkts[3] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIM European Growth Fund — Investor Class (EGINX) | 3/31/2008 | 7.7 | 0.0 | 92.3 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 94.3 | 5.7 | 2.00 / 31 | Yes |
| BlackRock EuroFund — Class I (MAEFX) | 4/30/2008 | 3.0 | 0.0 | 97.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 100.0 | 0.0 | No | No |
| Fidelity Europe Fund (FIEUX) | 4/30/2008 | 2.1 | 0.0 | 93.9 | 0.0 | 3.9 | 0.0 | 4.1 | 95.9 | 0.0 | 0.0 | 95.8 | 4.2 | 1.00 / 30 | Yes |
| Fidelity Europe Capital Appreciation Fund (FECAX) | 4/30/2008 | 3.1 | 0.9 | 91.5 | 0.0 | 4.5 | 2.2 | 0.3 | 94.6 | 0.0 | 2.9 | 99.7 | 0.3 | 1.00 / 30 | Yes |
| Putnam Europe Equity Fund — Class Y (N/A) | 3/31/2008 | 1.0 | 0.0 | 99.6 | 0.0 | -0.6 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 99.0 | 1.0 | 1.00 / 90 | Yes |
| T. Rowe Price European Stock Fund (PRESX) | 3/31/2008 | 0.4 | 0.9 | 97.2 | 0.0 | 1.5 | 0.9 | 0.0 | 99.1 | 0.0 | 0.0 | 96.4 | 3.6 | 2.00 / 90 | Yes |

[1] Portfolio Composition, Regional Exposure, Developed Markets and Emerging Markets data is as of the date shown in the 'As of' column of this chart.
[2] Developed Mkts is the percentage of the portfolio invested in developed countries such as the United States, western Europe, Japan and Australia.
[3] Emerging Mkts is the percentage of the portfolio invested in emerging markets such as Latin America, Russia, eastern Europe and southeast Asia.
[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

63

BPGOM ERISA 0002988

## Latin America stock funds

The funds listed (alphabetically) below invest in the stocks of companies in all countries in North and South America with some small exposure to the U.S. and Canada. Some of the differences among these funds may include, but are not limited to, the size of the stocks, number of securities in the portfolio, industries, country and currency exposure. They may invest in developed or emerging markets. These funds may use derivatives to achieve the desired characteristics.

As always, read the prospectus for more information.

| Fund Name | As of | Cash | Portfolio Composition (%) | | | | Regional Exposure (%) | | | | Developed Mkts[2] | Emerging Mkts[3] | Short-Term Trading Fee (% / Days)[4] | Fidelity's Frequent Trading Policy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | U.S. & Canada | Central & Latin America | Greater Europe | Japan | Asia ex-Japan | | | |
| DWS Latin America Equity Fund — Class S (SLAFX) | 4/30/2008 | 2.0 | 1.3 | 96.6 | 0.0 | 0.0 | 2.2 | 94.5 | 3.3 | 0.0 | 0.0 | 4.2 | 95.8 | 2.00 / 15 | No |
| Fidelity Latin America Fund (FLATX) | 4/30/2008 | 4.0 | 0.9 | 92.8 | 0.0 | 2.2 | 1.0 | 96.3 | 2.7 | 0.0 | 0.0 | 1.8 | 98.2 | 1.50 / 90 | Yes |
| T. Rowe Price Latin America Fund (PRLAX) | 3/31/2008 | 1.2 | 1.1 | 97.7 | 0.0 | 0.0 | 1.1 | 98.2 | 0.7 | 0.0 | 0.0 | 2.3 | 97.7 | 2.00 / 90 | Yes |

[1] Portfolio Composition, Regional Exposure, Developed Markets and Emerging Markets data is as of the date shown in the 'As of' column of this chart.
[2] Developed Mkts is the percentage of the portfolio invested in developed countries such as the United States, western Europe, Japan and Australia.
[3] Emerging Mkts is the percentage of the portfolio invested in emerging markets such as Latin America, Russia, eastern Europe and southeast Asia.
[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

64

BPGOM ERISA 0002989

# Pacific funds

The funds listed (alphabetically) below invest in the stocks of companies in any country in the Pacific including all countries in Asia, as well as Australia and New Zealand. Some of these funds may invest in Japan while others are not permitted to invest in Japan. Some of the differences among these funds may include, but are not limited to, the size of the stocks, number of securities in the portfolio, industries, country and currency exposure. They may invest in developed or emerging markets. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Cash | Portfolio Composition (%) | | | | Regional Exposure (%) | | | | | | Short-term Trading Fee (%/Days)[4] | Fidelity's Frequent Trading Policy |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | U.S. Stocks | Non-U.S. Stocks | Bonds | Other | U.S. & Canada | Central & Latin America | Greater Europe | Japan | Asia x-Japan | Developed Mkts[2] | Emerging Mkts[3] | | |
| AIM Asia Pacific Growth Fund — Class A (ASIAX) | 3/31/2008 | 3.9 | 0.0 | 96.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 61.9 | 38.1 | 2.00 / 31 | Yes |
| BlackRock Pacific Fund — Class I (MAPCX) | 3/31/2008 | 2.3 | 0.0 | 96.5 | 0.0 | 1.2 | 0.0 | 0.0 | 4.6 | 60.0 | 35.4 | 85.1 | 14.9 | No | No |
| Fidelity Pacific Basin Fund (FPBFX) | 4/30/2008 | 0.0 | 0.4 | 89.9 | 1.5 | 8.2 | 0.4 | 0.9 | 0.0 | 22.4 | 76.3 | 71.0 | 29.0 | 1.50 / 90 | Yes |
| Fidelity Southeast Asia Fund (FSEAX) | 4/30/2008 | 4.1 | 0.0 | 85.5 | 2.0 | 8.3 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 57.2 | 42.8 | 1.50 / 90 | Yes |

[1] Portfolio Composition, Regional Exposure, Developed Markets and Emerging Markets data is as of the date shown in the 'As of' column of this chart.
[2] Developed Mkts is the percentage of the portfolio invested in developed countries such as the United States, western Europe, Japan and Australia.
[3] Emerging Mkts is the percentage of the portfolio invested in emerging markets such as Latin America, Russia, eastern Europe and southeast Asia.
[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

BPGOM ERISA 0002990

## Japan funds

The funds listed (alphabetically) below invest in the stocks of companies domiciled in Japan. Some of the differences among these funds may include, but are not limited to, the size of the stocks, number of securities in the portfolio, industries and currency exposure. They may invest in developed or emerging markets. These funds may use derivatives to achieve the desired characteristics. As always, read the prospectus for more information.

| Fund Name | As of | Portfolio Composition (%) | | | | Regional Exposure (%)[1] | | | | | | Short-Term Trading Fee (%/Days)[4] | Fidelity's Frequent Trading Policy |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cash | U.S. Stocks | Non U.S. Stocks | Bonds | Other | U.S. & Canada | Central & Latin America | Greater Europe | Japan | Asia x-Japan | Developed Mkts[2] | Emerging Mkts[3] | | |
| Fidelity Japan Fund (FJPNX) | 4/30/2008 | 5.2 | 0.0 | 91.5 | 0.0 | 3.4 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 100.0 | 0.0 | 1.50 / 90 | Yes |
| The Japan Fund, Inc. — Class S (SJPNX) | 12/31/2007 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 100.0 | 0.0 | No | No |

[1] Portfolio Composition, Regional Exposure, Developed Markets and Emerging Markets data is as of the date shown in the 'As of' column of this chart.
[2] Developed Mkts is the percentage of the portfolio invested in developed countries such as the United States, western Europe, Japan and Australia.
[3] Emerging Mkts is the percentage of the portfolio invested in emerging markets such as Latin America, Russia, eastern Europe and southeast Asia.
[4] Short-Term Trading Fee and Fidelity Frequent Trading Policy information is as of April 30, 2008.

BPGOM ERISA 0002991

# Other information

## Restrictions and limitations

In certain circumstances, your investment direction, exchange or other plan transaction request may not be followed, or the processing of plan transactions may be delayed. The daily volume of purchases or sales of securities may be limited or other transfer restrictions may be imposed in any of the investment options by the plan trustee if, for example:

- There is a major market disruption.
- Trading is halted in a security that is significant to an investment option (for example BP p.l.c. ADSs within the BP Stock Fund).
- There is insufficient liquidity (cash) within an investment option to process transactions.
- There are circumstances that disrupt the administration of the plans or the markets.
- It is required by Fidelity's Frequent Trading Policy.
  ☛ 'Fidelity's Frequent Trading Policy,' *page 68*
- Any of the transfer restrictions on the Income Fund are in effect.
  ☛ 'Fund transfer restrictions,' *page 21*

If a transaction is delayed, it will be valued based on the closing unit price on the date the transaction is completed. **The closing unit price of the investment option on the date the transaction is completed will likely be different than the closing unit price on the date the transaction request is placed. You may not cancel or alter a transaction request after market close on the date submitted.**
  ☛ 'Pricing of investment options,' *page 70*

Changes to investment options may cause your investment direction, exchange request or other plan transaction to not be followed under certain circumstances. Depending upon the cause, predetermined guidelines are generally followed. Below is a description of how certain circumstances are generally handled:

- If the investment option is closed to new investments or no longer offered, your **investment direction** in the closed option will be designated to a default investment option — either a Target Date Fund, or another more suitable default investment option(s), as determined by BP.
- If an investment option merges into a different option, your **investment direction** will automatically be changed to a designated default option.
- If the investment option is renamed, your **investment direction** will be applied to the renamed option.
- If you request an **exchange-in** to a closed or terminated investment option, it will not be processed.

Be sure to read all the Updates and other communications to obtain complete information on how a particular situation will be handled.

### ☑ Questions?

*If you have any questions, please call BP Retirement Services at Fidelity at 1-877-272-3334 on any business day (excluding New York Stock Exchange holidays) between 8:30 a.m. and midnight Eastern time to speak to a participant service representative.*
  ☛ 'BP Retirement Services at Fidelity,' *page 3*

BPGOM ERISA 0002992