16.9 <u>No Agency</u>. Each fiduciary or Named Fiduciary performs (or fails to perform) its responsibilities and duties or discretionary authority with respect to the Plan and Trust as an independent contractor and not as an agent of the Plan, any Employer, the Trust, or Investment Committee.  No agency is intended to be created nor is the Investment Committee empowered to create an agency relationship with a fiduciary or Named Fiduciary.

16.10 <u>Allocation to Named Fiduciary</u>. The Appointing Officer, acting on behalf of the Company or as a Named Fiduciary, as applicable, may identify another Named Fiduciary, or allocate to another Named Fiduciary, fiduciary responsibilities in accordance with the procedures in the Plan; provided, such identification or allocation is not binding on the Trustee unless the Trustee is given written notification of such identification or allocation in accordance with the terms of this Trust.

16.11 <u>Delegation to Fiduciary</u>. The Investment Committee, acting as a Named Fiduciary, or another Named Fiduciary, may delegate fiduciary responsibilities to a fiduciary in accordance with the procedures in the Plan and, if applicable, other provisions of this Trust; provided, such delegation is not binding on the Trustee unless the Trustee is given written notification of such delegation in accordance with the terms of this Trust.

16.12 The provisions of this Article 16 replace or supersede any provisions dealing with Trust governance contained herein or the power and authority of the Company or its Designated Officers or Committees with respect to the Trust."

11. Effective January 1, 2005, by substituting the following for Exhibit A of the Trust:

"EXHIBIT A

The Plans participating in the Trust as of January 1, 2005:

BP Employee Savings Plan<br>
BP Partnership Savings Plan<br>
BP DirectSave Plan<br>
BP Capital Accumulation Plan<br>
BP Employee Savings Plan of Puerto Rico"

12. Effective September 30, 2004, by substituting the following for Exhibit B of the Trust:

"EXHIBIT B

9

Investment Funds

## CORE INVESTMENT OPTIONS

Short-Term

Short-Term Investments Fund

Bond

Bond Index Fund
Bond Index Fund - Long Duration
Bond Index Fund - Short Duration
Income Fund (frozen – closed to new investments)

Hybrid

Balanced Index Fund – Aggressive
Balanced Index Fund – Conservative
Balanced Index Fund – Moderate

Large Cap

Equity Index Fund
Equity Index Fund – Growth
Equity Index Fund – Value

Mid Cap

Mid-Cap Equity Index Fund

Small Cap

Small-Cap Equity Index Fund
Small-Cap Equity Index Fund – Growth
Small-Cap Equity Index Fund – Value

International

International Equity Index Fund
International Equity Index Fund – Europe
International Equity Index Fund – Pacific

Company Stock

BP Stock Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

Short-Term

Fidelity Retirement Money Market Portfolio
Spartan U.S. Treasury Money Market Fund

<u>Bond Funds</u>

    Intermediate-Term Government
        Fidelity Government Income Fund
        Strong Government Securities Fund
        T. Rowe Price U.S. Treasury Intermediate Bond Fund
        USAA GNMA Trust

    Long-Term Government
        PIMCO Long-Term U.S. Government Fund Institutional Class

    Short-Term Bond
        Harbor Short Duration Fund
        Fidelity Institutional Short-Intermediate Government Fund
        PIMCO Low Duration Fund Institutional Class

    Intermediate-Term Bond
        Dodge & Cox Income Fund
        Dreyfus Premier Core Bond Fund – Class A
        Fidelity Investment Grade Bond Fund
        Harbor Bond Fund
        INVESCO Select Income Fund – Investor Class
        Janus Flexible Income Fund
        MSIF Trust Core Plus Fixed Income Portfolio Institutional Class
        PIMCO Total Return Fund Institutional Class
        PIMCO Total Return Fund III Institutional Class
        T. Rowe Price Spectrum Income Fund
        USAA Income Fund

    High Yield Bond
        Fidelity Capital & Income Fund
        Fidelity High Income Fund
        INVESCO High Yield Fund – Investor Class
        MSIF Trust High Yield Portfolio Institutional Class
        PIMCO High Yield Fund Institutional Class

    Convertible Bond
        Fidelity Convertible Securities Fund
        Calamos Convertible Fund – Class A (closed to new investments 4/30/03)

    Emerging Markets Bond
        Fidelity New Markets Income Fund

    International Bond
        Payden & Rygel Global Fixed Income Fund – Class R

PIMCO Foreign Bond Fund Institutional Class

<u>Hybrid Funds</u>
    Domestic Hybrid
        Calvert Social Investment Fund Balanced Portfolio – Class A
        Columbia Balanced Fund – Class Z
        Dreyfus Founders Balanced Fund Class F
        Dreyfus Premier Balanced Fund Class R
        Fidelity Balanced Fund
        Fidelity Puritan[30] Fund
        INVESCO Total Return Fund – Investor Class
        Janus Balanced Fund
        MSIF Trust Balanced Portfolio Advisor Class
        Vanguard Asset Allocation Fund
        Vanguard Wellesley Income Fund – Admiral Class
        Vanguard Wellington Fund – Admiral Class

<u>Large Cap U.S. Stock Funds</u>
    Large Cap Value
        American Century Income & Growth Fund – Investor Class
        American Fundamental Investors Fund – Class A
        American Investment Company of America – Class A
        American Mutual Fund – Class A
        American Washington Mutual Investors Fund – Class A
        Clipper Fund
        Credit Suisse Large Cap Value Fund – Class A
        Dreyfus Premier Strategic Value Fund – Class A
        Fidelity Equity-Income Fund
        Fidelity Equity-Income II Fund
        INVESCO Value Equity Fund – Investor Class
        T. Rowe Price Dividend Growth Fund
        T. Rowe Price Equity Income Fund, Inc.
        T. Rowe Price Value Fund
        Vanguard Equity Income Fund – Admiral Class
        Vanguard Windsor Fund – Admiral Class
        Vanguard Windsor II Fund – Admiral Class

    Large Cap Blend
        American Century Equity Growth Fund
        Domini Social Equity Fund
        Dreyfus Appreciation Fund, Inc.
        Dreyfus Disciplined Stock Fund – Class R
        Fidelity Disciplined Equity Fund
        Fidelity Dividend Growth Fund

Fidelity Export and Multinational Fund
Fidelity Fifty<sup>sm</sup>
Fidelity Fund
Fidelity Trend Fund
INVESCO Core Equity Income Fund – Investor Class
Legg Mason Value Trust, Inc. Institutional Class
MSIF Trust Equity Portfolio Institutional Class
Neuberger Berman Socially Responsive Trust Class
PIMCO StocksPLUS Fund Class A
Putnam Investors Fund Class A
Vanguard Growth and Income Fund – Admiral Class
Vanguard PRIMECAP Fund – Admiral Class

Large Cap Growth
AIM Blue Chip Fund Class A
Alger Capital Appreciation Institutional Portfolio – Institutional Class
Columbia Growth Fund – Class Z
Credit Suisse Capital Appreciation Fund – Common Shares
Dreyfus Founders Growth Fund – Class F
Dreyfus Premier Third Century Fund, Inc. Class Z
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Focused Stock Fund
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
INVESCO Growth Fund – Investor Class
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Merrill Lynch Fundamental Growth Fund, Inc. Class I
Morgan Stanley Institutional Fund, Inc. –
Equity Growth Portfolio - Class A
Papp America – Abroad Fund
Scudder Large Company Growth Fund – Class S
Strong Growth Fund – Investor Class
Strong Large Cap Growth Fund – Investor Class
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard U.S. Growth Fund – Admiral Class

<u>Medium Cap U.S. Stock Funds</u>

Medium Cap Value

American Century Equity Income Fund Investor Class
American Century Value Fund Investor Class
Fidelity Value Fund
Strong Multi-Cap Value Fund – Investor Class

Medium Cap Blend

Ariel Appreciation Fund
Legg Mason Special Investment Trust, Inc. Primary Class
Strong Opportunity Fund – Investor Class

Medium Cap Growth

Alger MidCap Growth Institutional Portfolio – Institutional Class
Baron Asset Fund
Credit Suisse Emerging Growth Fund – Common Shares
Delaware Trend Fund Institutional Class
Fidelity Aggressive Growth Fund
Fidelity Mid-Cap Stock Fund
Franklin Small-Mid Cap Growth Fund I – Class A
INVESCO Dynamics Fund – Investor Class
MSIF Trust Mid Cap Growth Institutional Class
T. Rowe Price Mid-Cap Growth Fund

<u>Small Cap U.S. Stock Funds</u>

Small Cap Value

Franklin Balance Sheet Investment Fund Class A
PIMCO NFJ Small-Cap Value Fund Institutional Class

Small Cap Blend

Credit Suisse Small Cap Value Fund - Common
MSIF Trust U.S. Small Cap Core Portfolio Institutional Class
Neuberger Berman Genesis Trust Class
T. Rowe Price Small-Cap Stock Fund

Small Cap Growth

Alger Small Cap Institutional Portfolio
Baron Growth Fund
Dreyfus Founders Discovery Fund F
Fidelity Small Cap Independence
INVESCO Small Company Growth Fund – Investor Class
Liberty Acorn Fund – Class Z
Managers Special Equity Fund
Morgan Stanley Institutional Fund, Inc. –

Small Company Growth-Portfolio Class B
PIMCO Emerging Companies Fund Institutional Class

Specialty U.S. Stock Funds
Specialty-Health Care
INVESCO Health Sciences Fund – Investor Class
T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
T. Rowe Price New Era Fund

Specialty-Real Estate
Cohen & Steers Realty Shares
Fidelity Real Estate Investment Portfolio

Specialty Technology
Morgan Stanley Institutional Fund, Inc. –
Technology Portfolio Class A
Munder NetNet Class A
PBGH Technology & Communications Fund
PIMCO PEA Innovation Institutional Fund I

Specialty-Utilities
Fidelity Utilities Fund
INVESCO Utilities Fund – Investor Class

International Stock Funds
Foreign Stock
American Century International Growth Fund Investor Class
Credit Suisse International Focus Fund – Common Shares
Fidelity Aggressive International Fund
Fidelity Diversified International Fund
Fidelity Emerging Markets Fund
Fidelity Global Balanced Fund
Fidelity International Growth & Income Fund
Fidelity Overseas Fund
GAM International Fund Class A
J.P. Morgan Fleming International Value Fund, Institutional Class
Lazard Emerging Markets Portfolio Institutional Class
Lazard International Equity Portfolio Institutional Class
Managers International Equity Fund
Putnam International Equity Fund Class A
Scudder International Equity Fund – Investment Class
Templeton Developing Markets Trust Class A

Templeton Foreign Fund Class A

Templeton Institutional Funds, Inc. – Emerging Markets Series –
Institutional Class

Europe Stock

Fidelity Europe Capital Appreciation Fund

Fidelity Europe Fund

INVESCO European Fund – Class A

Merrill Lynch EuroFund Class I

Putnam Europe Equity Fund Class A

T. Rowe Price European Stock Fund

Latin America Stock

Fidelity Latin America Fund

Scudder Latin America Fund – Class S

T. Rowe Price Latin America Fund

Diversified Pacific Asia Stock

Fidelity Pacific Basin Fund

Fidelity Southeast Asia Fund

Merrill Lynch Pacific Fund, Inc. Class I

Pacific/Asia Ex Japan Stock

AIM Asian Pacific Growth Fund – Class A

Scudder Pacific Opportunities Fund – Class S

Japan Stock

Fidelity Japan Fund

The Japan Fund, Inc. - Class S

World Stock

AIM Global Growth A Fund

American Funds Capital World Growth and Income Fund – Class A

American Funds New Perspective Fund – Class A

Dreyfus Premier Worldwide Growth Fund, Inc. Class R

Janus Worldwide Fund

Montgomery Global Focus Fund – Class R

Mutual Discovery Fund – Class A

Putnam Global Equity Fund – Class A

Templeton Growth Fund, Inc. A

Templeton World Fund – Class A

Hybrid Asset Allocation Funds

Fidelity Freedom Income[39] Fund

Fidelity Freedom 2000[40] Fund

Fidelity Freedom 2010® Fund
Fidelity Freedom 2020® Fund
Fidelity Freedom 2030® Fund"

\*     \*     \*     \*     \*

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 30th day of December, 2004.

BP CORPORATION NORTH AMERICA INC.

By: _____

Title:   Assistant General Counsel, LEEB _____

STATE STREET BANK AND TRUST COMPANY

By: _____

Title:   Vice President _____

# TENTH AMENDMENT

## OF

## BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS

### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS, BP Corporation North America Inc. (the "Company") maintains several tax-qualified savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on December 30, 2004 and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS, pursuant to Section 15 of the Trust, a Designated Officer of the Company or his delegate has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust, in the following particulars:

1. Effective September 30, 2005, by substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

## CORE INVESTMENT OPTIONS

<u>Short-Term</u>
    Short-Term Investments Fund

<u>Bond</u>
    Bond Index Fund
    Bond Index Fund - Long Duration
    Bond Index Fund - Short Duration
    Income Fund (frozen - closed to new investments; fund will be open to new
            investments as of January 3, 2006)

<u>Hybrid</u>
    Balanced Index Fund – Aggressive
    Balanced Index Fund – Conservative
    Balanced Index Fund – Moderate

<u>Large Cap</u>
    Equity Index Fund
    Equity Index Fund – Growth
    Equity Index'Fund – Value

<u>Mid Cap</u>
    Mid-Cap Equity Index Fund

<u>Small Cap</u>
    Small-Cap Equity Index Fund
    Small-Cap Equity Index Fund – Growth
    Small-Cap Equity Index Fund – Value

<u>International</u>
    International Equity Index Fund
    International Equity Index Fund – Europe
    International Equity Index Fund – Pacific

<u>Company Stock</u>
    BP Stock Fund

## **MUTUAL FUND WINDOW INVESTMENT OPTIONS**

<u>Short-Term</u>
    Fidelity Retirement Money Market Portfolio
    U.S. Treasury Money Market Fund

<u>Bond Funds</u>

2

Long-Term Government
>PIMCO Long-Term U.S. Government Fund Institutional Class

Short-Term Bond
>Fidelity Institutional Short-Intermediate Government Fund
>Harbor Short Duration Fund
>PIMCO Low Duration Fund Institutional Class

Intermediate-Term Bond
>AIM Income Fund-Investor Class
>Dodge & Cox Income Fund
>Dreyfus Premier Core Bond Fund – Class A
>Fidelity Government Income Fund
>Fidelity Investment Grade Bond Fund
>Harbor Bond Fund
>Janus Flexible Bond Fund
>MSIF Trust Core Plus Fixed Income Portfolio Institutional Class
>PIMCO Total Return Fund Institutional Class
>PIMCO Total Return Fund III Institutional Class
>T. Rowe Price Spectrum Income Fund
>T. Rowe Price U.S. Treasury Intermediate Bond Fund
>USAA GNMA Trust
>USAA Income Fund
>Wells Fargo Advantage Government Securities Fund- Investor Class

High Yield Bond
>AIM High Yield Fund-Investor Class
>Fidelity Capital & Income Fund
>Fidelity High Income Fund
>MSIF Trust High Yield Institutional Class
>PIMCO High Yield Fund Institutional Class

Convertible Bond
>Fidelity Convertible Securities Fund
>Calamos Convertible Fund – Class A (closed to new investments
>4/30/03)

Emerging Markets Bond
>Fidelity New Markets Income Fund

International Bond
>Payden & Rygel Global Fixed Income Fund – Class R
>PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) Institutional Class

Hybrid Funds
    Domestic Hybrid
        Calvert Social Investment Fund Balanced Portfolio Class A
        Columbia Balanced Fund – Class Z
        Dreyfus Founders Balanced Fund Class F
        Dreyfus Premier Balanced Fund Class R
        Fidelity Balanced Fund
        Fidelity Puritan® Fund
        Janus Balanced Fund
        MSIF Trust Balanced Portfolio Advisor Class
        Vanguard Asset Allocation Fund
        Vanguard Wellesley Income Fund – Admiral Class
        Vanguard Wellington Fund – Admiral Class

Large Cap U.S. Stock Funds
    Large Cap Value
        AIM Large Cap Basic Value Fund-Investor Class
        American Century Equity Income Fund Investor Class
        American Century Income & Growth Fund Investor Class
        American Century Value Fund Investor Class
        American Fundamental Investors Fund – Class A
        American Investment Company of America – Class A
        American Mutual Fund – Class A
        American Washington Mutual Investors Fund – Class A
        Clipper Fund
        Credit Suisse Large Cap Value Fund – Class A
        Dreyfus Premier Strategic Value Fund – Class A
        Fidelity Equity-Income Fund
        Fidelity Equity-Income II Fund
        T. Rowe Price Dividend Growth Fund
        T. Rowe Price Equity Income Fund, Inc.
        T. Rowe Price Value Fund
        Vanguard Equity Income Fund – Admiral Class
        Vanguard Windsor Fund – Admiral Class
        Vanguard Windsor II Fund – Admiral Class

    Large Cap Blend
        American Century Equity Growth Fund Investor Class
        Domini Social Equity Fund
        Dreyfus Appreciation Fund, Inc.
        Dreyfus Disciplined Stock Fund – Class R
        Fidelity Disciplined Equity Fund
        Fidelity Dividend Growth Fund
        Fidelity Export and Multinational Fund

Fidelity Fifty<sup>sm</sup>
Fidelity Fund
Fidelity Trend Fund
Legg Mason Value Trust, Inc. Institutional Class
MSIF Trust Equity Portfolio Institutional Class
Neuberger Berman Socially Responsive Trust Class
PIMCO StocksPLUS Fund Institutional Class
Putnam Investors Fund Class A
Vanguard Growth and Income Fund – Admiral Class
Vanguard PRIMECAP Fund – Admiral Class

Large Cap Growth
AIM Blue Chip Fund Class A
AIM Large Cap Growth Fund-Investor Class
Alger Capital Appreciation Institutional Portfolio – Institutional Class
Credit Suisse Capital Appreciation Fund – Common Shares
Dreyfus Founders Growth Fund – Class F
Dreyfus Premier Third Century Fund, Inc. Class Z
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Focused Stock Fund
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Merrill Lynch Fundamental Growth Fund, Inc. Class I
Morgan Stanley Institutional Fund, Inc. –
         Equity Growth Portfolio - Class A
Pioneer Growth Leader Fund Class A
Scudder Large Company Growth Fund – Class S
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard U.S. Growth Fund – Admiral Class
Wells Fargo Advantage Growth Fund – Investor Class
Wells Fargo Advantage Large Cap Growth Fund – Investor Class

Medium Cap U.S. Stock Funds
Medium Cap Value
Fidelity Value Fund

Medium Cap Blend
    Ariel Appreciation Fund
    Legg Mason Special Investment Trust, Inc. Primary Class
    Wells Fargo Advantage Opportunity Fund

Medium Cap Growth
    AIM Dynamics Fund – Investor Class
    Alger MidCap Growth Institutional Portfolio – Institutional Class
    Baron Asset Fund
    Credit Suisse Mid Cap Growth Fund
    Delaware Trend Fund Institutional Class
    Fidelity Aggressive Growth Fund
    Fidelity Mid-Cap Stock Fund
    Franklin Small-Mid Cap Growth Fund  – Class A
    MSIF Trust Mid Cap Growth Institutional Class
    T. Rowe Price Mid-Cap Growth Fund

Small Cap U.S. Stock Funds
    Small Cap Value
        Allianz NFJ Small Cap Value - Institutional Class
        Franklin Balance Sheet Investment Fund Class A

Small Cap Blend
    Credit Suisse Small Cap Value Fund Common
    MSIF Trust U.S. Small Cap Value Portfolio Institutional Class
    Neuberger Berman Genesis Fund Trust Class
    T. Rowe Price Small-Cap Stock Fund

Small Cap Growth
    AIM Small Company Growth Fund – Investor Class
    Alger Small Cap Institutional Portfolio
    Allianz CCM Emerging Companies- Institutional Class
    Baron Growth Fund
    Columbia Acorn Fund-Class Z
    Dreyfus Founders Discovery Fund Class F
    Fidelity Small Cap Independence
    Managers Special Equity Fund
    Morgan Stanley Institutional Fund, Inc. –
        Small Company Growth Portfolio Class B

Specialty U.S. Stock Funds
    Specialty-Health Care

T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
    T. Rowe Price New Era Fund

Specialty-Real Estate
    Cohen & Steers Realty Shares
    Fidelity Real Estate Investment Portfolio

Specialty Technology
    Munder Internet Fund Class A
    PBHG Technology & Communications Fund

Specialty-Utilities
    AIM Utilities Fund-Investor Class
    Fidelity Utilities Fund

International Stock Funds
  Foreign Stock
    American Century International Growth Fund Investor Class
    Credit Suisse International Focus Fund – Common Shares
    Fidelity Aggressive International Fund
    Fidelity Diversified International Fund
    Fidelity Emerging Markets Fund
    Fidelity Global Balanced Fund
    Fidelity International Discovery Fund
    Fidelity Overseas Fund
    GAM International Equity Fund Class A
    J.P. Morgan International Value Fund, Institutional Class
    Lazard Emerging Markets Portfolio Institutional Class
    Lazard International Equity Portfolio Institutional Class
    Managers International Equity Fund
    Putnam International Equity Fund Class A
    Scudder International Equity Fund – Investment Class
    Templeton Developing Markets Trust Class A
    Templeton Foreign Fund Class A
    Templeton Institutional Funds, Inc. – Emerging Markets Series –
        Institutional Class

  Europe Stock
    AIM European Growth Fund
    Fidelity Europe Capital Appreciation Fund
    Fidelity Europe Fund
    Merrill Lynch EuroFund Class I

Putnam Europe Equity Fund Class A
T. Rowe Price European Stock Fund

Latin America Stock
Fidelity Latin America Fund
Scudder Latin America Fund – Class S
T. Rowe Price Latin America Fund

Diversified Pacific Asia Stock
AIM Asian Pacific Growth Fund – Class A
Fidelity Pacific Basin Fund
Fidelity Southeast Asia Fund
Merrill Lynch Pacific Fund, Inc. Class I
Scudder Pacific Opportunities Fund – Class S

Japan Stock
Fidelity Japan Fund
The Japan Fund, Inc. - Class S

World Stock
AIM Global Growth Fund Class A
American Funds Capital World Growth and Income Fund – Class A
American Funds New Perspective Fund – Class A
Dreyfus Premier Worldwide Growth Fund, Inc. Class R
Janus Worldwide Fund
Mutual Discovery Fund Class A
Putnam Global Equity Fund – Class A
Templeton Growth Fund, Inc. A
Templeton World Fund Class A

Hybrid Asset Allocation Funds
Fidelity Freedom Income® Fund
Fidelity Freedom 2000® Fund
Fidelity Freedom 2010® Fund
Fidelity Freedom 2020® Fund
Fidelity Freedom 2030® Fund"

2. Effective January 3, 2006, by deleting the phrase "(frozen – closed to new investments)" after the phrase "Income Fund" in the fifth investment option listed in Exhibit B of the Trust.

\*      \*      \*      \*      \*

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 29th day of December, 2005.

BP CORPORATION NORTH AMERICA INC.

By: _____

Title:   Assistant General Counsel, LEEB

STATE STREET BANK AND TRUST COMPANY

By: _____

Title:   Vice President

9

**ELEVENTH AMENDMENT**

**OF**

**BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS**

**(As Amended and Restated Effective as of April 6, 2000)**

WHEREAS,  BP Corporation North America Inc. (the "Company") maintains several tax-qualified  savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on December 29, 2005 and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS,  pursuant to Section 15 of the Trust, a Designated Officer of the Company, or his delegate, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust, in the following particulars:

1.  Effective September 30, 2006, by substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

**CORE INVESTMENT OPTIONS**

Short-Term
    Short-Term Investments Fund

<u>Bond</u>
>Bond Index Fund
>Bond Index Fund - Long Duration
>Bond Index Fund - Short Duration

<u>Hybrid</u>
>Balanced Index Fund – Aggressive
>Balanced Index Fund – Conservative
>Balanced Index Fund – Moderate

<u>Large Cap</u>
>Equity Index Fund
>Equity Index Fund – Growth
>Equity Index Fund – Value

<u>Mid Cap</u>
>Mid-Cap Equity Index Fund

<u>Small Cap</u>
>Small-Cap Equity Index Fund
>Small-Cap Equity Index Fund – Growth
>Small-Cap Equity Index Fund – Value

<u>International</u>
>International Equity Index Fund
>International Equity Index Fund – Europe
>International Equity Index Fund – Pacific

<u>Company Stock</u>
>BP Stock Fund

<u>Stable Value</u>
>Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

<u>Short-Term</u>
>Fidelity Retirement Money Market Portfolio
>Fidelity U.S. Treasury Money Market Fund

<u>Bond Funds</u>
>Short-Term Bond
>>Fidelity Institutional Short-Intermediate Government Fund

        Harbor Short Duration Fund
        PIMCO Low Duration Fund-Institutional Class

Intermediate-Term Bond
        AIM Income Fund-Investor Class
        Dodge & Cox Income Fund
        Dreyfus Premier Core Bond Fund-Class A
        Fidelity Government Income Fund
        Fidelity Investment Grade Bond Fund
        Harbor Bond Fund
        Janus Flexible Bond Fund
        Morgan Stanley Institutional Fund Trust Core Plus
                Fixed Income Portfolio- Institutional Class
        PIMCO Total Return Fund-Institutional Class
        PIMCO Total Return Fund III-Institutional Class
        T. Rowe Price Spectrum Income Fund
        T. Rowe Price U.S. Treasury Intermediate Bond Fund
        USAA GNMA Trust
        USAA Income Fund
        Wells Fargo Advantage Government Securities Fund- Investor Class

Long-Term Government
        PIMCO Long-Term U.S. Government Fund-Institutional Class

High Yield Bond
        AIM High Yield Fund-Investor Class
        Fidelity Capital & Income Fund
        Fidelity High Income Fund
        Morgan Stanley Institutional Fund Trust
                High Yield Portfolio-Institutional Class
        PIMCO High Yield Fund-Institutional Class

Hybrid Funds
        Domestic Hybrid
                Calamos Convertible Fund-ClassA (closed to new investments 4/30/03)
                Calvert Social Investment Fund Balanced Portfolio-Class A
                Columbia Balanced Fund-Class Z
                Dreyfus Founders Balanced Fund-Class F
                Dreyfus Premier Balanced Fund-Class R
                Fidelity Balanced Fund
                Fidelity Convertible Securities Fund
                Fidelity Puritan® Fund
                Janus Balanced Fund
                Morgan Stanley Institutional Fund Trust

                    Balanced Portfolio-Advisor Class
             Vanguard Asset Allocation Fund
             Vanguard Wellesley Income Fund-Admiral Class
             Vanguard Wellington Fund-Admiral Class

Hybrid Asset Allocation Funds
             Fidelity Freedom Income Fund[®]
             Fidelity Freedom 2000 Fund[®]
             Fidelity Freedom 2010 Fund[®]
             Fidelity Freedom 2020 Fund[®]
             Fidelity Freedom 2030 Fund[®]

<u>Large Cap U.S. Stock Funds</u>
      Large Cap Value
             American Century Equity Income Fund-Investor Class
             American Century Income & Growth Fund-Investor Class
             American Century Value Fund-Investor Class
             American Funds[®] American Mutual Fund[®]-Class A
             American Funds[®] Fundamental Investors Fund-Class A
             American Funds[®] Investment Company of America-Class A
             American Funds[®] Washington Mutual Investors Fund-Class A
             Clipper Fund
             Credit Suisse Large Cap Value Fund-Class A
             Dreyfus Premier Strategic Value Fund-Class A
             Fidelity Equity-Income Fund
             Fidelity Equity-Income II Fund
             T. Rowe Price Equity Income Fund
             T. Rowe Price Value Fund
             Vanguard Equity Income Fund-Admiral Class
             Vanguard Windsor Fund-Admiral Class
             Vanguard Windsor II Fund-Admiral Class

      Large Cap Blend
             AIM Large Cap Basic Value Fund-Investor Class
             American Century Equity Growth Fund-Investor Class
             Domini Social Equity Fund-Investor Shares
             Dreyfus Appreciation Fund
             Dreyfus Disciplined Stock Fund-Class R
             Fidelity Disciplined Equity Fund
             Fidelity Dividend Growth Fund
             Fidelity Export and Multinational Fund
             Fidelity Focused Stock Fund
             Fidelity Fund
             Fidelity Trend Fund

Legg Mason Value Trust, Inc.-Institutional Class
Neuberger Berman Socially Responsive Fund-Trust Class
PIMCO StocksPLUS Fund-Institutional Class
Putnam Investors Fund-Class A
T. Rowe Price Dividend Growth Fund
Vanguard Growth and Income Fund-Admiral Class
Vanguard PRIMECAP Fund-Admiral Class

Large Cap Growth
AIM Large Cap Growth Fund-Investor Class
Alger Capital Appreciation Institutional Fund-Institutional Shares
BlackRock Fundamental Growth Fund, Inc.
Credit Suisse Capital Appreciation Fund-Common Class
Dreyfus Founders Growth Fund-Class F
Dreyfus Premier Third Century Fund, Inc.-Class Z
DWS Large Company Growth Fund-Class S
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Fifty®
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Morgan Stanley Institutional Fund
U.S. Large Cap Growth Portfolio-Class A
Pioneer Growth Leader Fund-Class A
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard U.S. Growth Fund-Admiral Class
Wells Fargo Advantage Growth Fund-Investor Class
Wells Fargo Advantage Large Cap Growth Fund-Investor Class

Medium Cap U.S. Stock Funds
Medium Cap Value
Fidelity Value Fund
Franklin Balance Sheet Investment Fund-Class A

Medium Cap Blend
Ariel Appreciation Fund

Legg Mason Special Investment Trust-F1 Class
Wells Fargo Advantage Opportunity Fund-Investor Class

Medium Cap Growth
AIM Dynamics Fund-Investor Class
Alger MidCap Growth Institutional Fund-Institutional Class
Baron Asset Fund
Columbia Acorn Fund-Class Z
Credit Suisse Mid-Cap Growth Fund-Common Shares
Delaware Trend Fund-Institutional Class
Fidelity Aggressive Growth Fund
Fidelity Mid-Cap Stock Fund
Franklin Small-Mid Cap Growth Fund-Class A
Morgan Stanley Institutional Fund Trust
Mid Cap Growth Portfolio-Institutional Class
T. Rowe Price Mid Cap Growth Fund

Small Cap U.S. Stock Funds
Small Cap Value
Allianz NFJ Small Cap Value Fund-Institutional Class
Credit Suisse Small Cap Value Fund-Common Shares

Small Cap Blend
Morgan Stanley Institutional Fund Trust
U.S. Small Cap Value Portfolio-Institutional Class
Neuberger Berman Genesis Fund-Trust Class
T. Rowe Price Small-Cap Stock Fund

Small Cap Growth
Alger Small Cap Institutional Fund-Institutional Class
Allianz CCM Emerging Companies Fund-Institutional Class
Baron Growth Fund
Dreyfus Founders Discovery Fund-Class F
Fidelity Small Cap Independence Fund
Managers Special Equity Fund
Morgan Stanley Institutional Fund
Small Company Growth Portfolio-Class B

Specialty U.S. Stock Funds
Specialty-Health Care
T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
T. Rowe Price New Era Fund

Specialty-Real Estate
    Cohen & Steers Realty Shares
    Fidelity Real Estate Investment Portfolio

Specialty-Technology
    Munder Internet Fund-Class A
    Old Mutual Technology & Communications Fund-Class Z

Specialty-Utilities
    AIM Utilities Fund-Investor-Class
    Fidelity Utilities Fund

International Stock Funds
    World Stock
        AIM Global Growth Fund-Class A
        American Funds® Capital World Growth and Income Fund®-Class A
        American Funds® New Perspective Fund®-Class A
        Dreyfus Premier Worldwide Growth Fund-Class R
        Janus Worldwide Fund
        Mutual Discovery Fund-Class A
        Putnam Global Equity Fund-Class A
        Templeton Growth Fund-Class A
        Templeton World Fund-Class A

    Foreign Stock
        American Century International Growth Fund-Investor Class
        Credit Suisse International Focus Fund-Common Class
        DWS International Equity Fund-Investor Class
        Fidelity Aggressive International Fund
        Fidelity Diversified International Fund
        Fidelity Emerging Markets Fund
        Fidelity Global Balanced Fund
        Fidelity International Discovery Fund
        Fidelity New Markets Income Fund
        Fidelity Overseas Fund
        J.P. Morgan Fleming International Value Fund-Institutional Class
        Lazard Emerging Markets Portfolio-Institutional Class
        Lazard International Equity Portfolio-Institutional Class
        Managers International Equity Fund
        Payden & Rygel Global Fixed Income Fund-Class R
        PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class
        Putnam International Equity Fund-Class A
        Templeton Developing Markets Trust-Class A

Templeton Foreign Fund-Class A
Templeton Institutional Funds-Emerging Markets Series-Institutional Class

Europe Stock
AIM European Growth Fund-Investor Class
BlackRock EuroFund-Class I
Fidelity Europe Capital Appreciation Fund
Fidelity Europe Fund
Putnam Europe Equity Fund-Class A
T. Rowe Price European Stock Fund

Latin America Stock
DWS Latin America Fund-Class S
Fidelity Latin America Fund
T. Rowe Price Latin America Fund

Pacific Stock
AIM Asian Pacific Growth Fund-Class A
DWS Pacific Opportunities Equity Fund-Class S
Fidelity Pacific Basin Fund
Fidelity Southeast Asia Fund
Merrill Lynch Pacific Fund-Class I

Japan Stock
Fidelity Japan Fund
The Japan Fund, Inc.-Class S

\*       \*       \*       \*       \*

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 28th day of December, 2006.

BP CORPORATION NORTH AMERICA INC.

By: _____

Title:  Assistant General Counsel, LEEB

8

STATE STREET BANK AND TRUST COMPANY

By: *Rosemary McDonald*

Title:  Vice President

# TWELFTH AMENDMENT

## OF

### BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS

#### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS,  BP Corporation North America Inc. (the "Company") maintains several tax-qualified  savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on December 28, 2006 and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS,  pursuant to Section 15 of the Trust, a Designated Officer of the Company, or his delegate, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust, effective June 1, 2007, by substituting the following for Exhibit C of the Trust:

"EXHIBIT C

Trustee Fees effective June 1, 2007:

### I.  Trustee/ Custodian Charges:

.10 Basis Points on the month end Net Asset Value of the Trust.

## II. Portfolio Administration, Custody/Accounting:

| | |
|---|---|
| Core Investment Option Portfolios: | $7,500 per portfolio/ year |

| | |
|---|---|
| AE02 -- Short Term Investment Fund | AE20 – Small Cap Equity Index Value |
| AE10 – Equity Index Fund | AE21 -- Small Cap Equity Index Growth |
| AE11 – Bond Index Fund | AE22 – International Equity Index Europe |
| AE12 -- Balanced Index Moderate | AE23 – International Equity Index Pacific |
| AE13 – Mid Cap Equity Index | AE24 – Bond Index Short Duration |
| AE14 – International Equity Index | AE25 – Bond Index Long Duration |
| AE16 -- Small Cap Equity Index | AE26 – Balanced Index Conservative |
| AE18 – Equity Index Growth | AE27 – Balanced Index Aggressive |
| AE19 -- Equity Index Value | |

| | |
|---|---|
| Core Income Fund Portfolio: | $7,500 per portfolio/ year |

AE28 – Income Fund

| | |
|---|---|
| Company Stock Fund: | $7,500 per portfolio/ year |

AE01 – BP Stock Fund

| | |
|---|---|
| Participant Directed Window Portfolios: | $5,000 per portfolio/ year |

| | |
|---|---|
| AE33 -- BP Employee Savings Plan | AE35 – BP Direct Savings Plan |
| AE34 -- BP Partnership Plan | AE43 – BP CAP |

| | |
|---|---|
| Stable Value Fund Portfolios: | $5,000 per portfolio/ year |

AE30 – Loomis

| | |
|---|---|
| Loan Fund: | $5,000 per portfolio/ year |

AE17 – Loan Fund

| | |
|---|---|
| Cash Funds: | $5,000 per portfolio/ year |

AE36 -- Fidelity Clearing
AE46 -- Operating

## III. Portfolio Activity:

$6.00 per Depository Trade (DTC, FED, PTC)

## IV. Other Fees:

Short Term Investments Fund:
An administrative/management fee of 9 basis points for that portion of the Short Term Investments Fund (AE02) invested in the State Street Bank and Trust Company Investment Funds for Tax Exempt Retirement Plans - Short-term Investment Fund ("STIF") will be netted out of the yield. For all other accounts that invest in STIF, an administrative/management fee of 18 basis points will be netted out of the yield.

Plan Accounting:
$250.00 per plan annually for each investment option.

Out of Pocket Expenses
Expenses such as courier, postage, transfer fees and other applicable miscellaneous charges paid by the Trustee to a third party are borne by the client.

Changes to Trust Structure
This fee agreement will be effective June 1, 2007 and will remain in effect for 5 years unless mutually agreed to extend or change. Significant changes to the portfolio structure or the administrative functions will require a revision to the fee agreement to be agreed upon by the Trustee and the Company (examples of significant changes include: adding separately managed funds)."

*    *    *    *    *

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 16th day of August, 2007.

BP CORPORATION NORTH AMERICA INC.

By: _____

Title:   Assistant General Counsel, LEEB _____

STATE STREET BANK AND TRUST COMPANY

By: _____

Title: _____

3

## THIRTEENTH AMENDMENT
### OF
### BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS
#### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS, BP Corporation North America Inc. (the "Company") maintains several tax-qualified savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on August 16, 2007 and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS, pursuant to Section 15 of the Trust, a Designated Officer of the Company, or her delegate, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects the Trust, as amended, will continue in full force and effect;

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust in the following particulars:

1. Effective as of the close of business on March 30, 2007, by substituting the following for Exhibit B of the Trust:

### "EXHIBIT B

Investment Funds

### CORE INVESTMENT OPTIONS

Short-Term
        Short-Term Investments Fund

Bond
        Bond Index Fund

> Bond Index Fund - Long Duration
> Bond Index Fund - Short Duration

Hybrid
> Balanced Index Fund – Aggressive
> Balanced Index Fund – Conservative
> Balanced Index Fund – Moderate

Large Cap
> Equity Index Fund
> Equity Index Fund – Growth
> Equity Index Fund – Value

Mid Cap
> Mid-Cap Equity Index Fund

Small Cap
> Small-Cap Equity Index Fund
> Small-Cap Equity Index Fund – Growth
> Small-Cap Equity Index Fund – Value

International
> International Equity Index Fund
> International Equity Index Fund – Europe
> International Equity Index Fund – Pacific

Company Stock
> BP Stock Fund

Stable Value
> Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

Short-Term
> Fidelity Retirement Money Market Portfolio
> Fidelity U.S. Treasury Money Market Fund

Bond Funds
> Short-Term Bond
> > Fidelity Institutional Short-Intermediate Government Fund
> > Harbor Short Duration Fund
> > PIMCO Low Duration Fund-Institutional Class

> Intermediate-Term Bond
> > AIM Income Fund-Investor Class
> > Dodge & Cox Income Fund

Dreyfus Premier Core Bond Fund-Class A
Fidelity Government Income Fund
Fidelity Investment Grade Bond Fund
Harbor Bond Fund
Janus Flexible Bond Fund
Morgan Stanley Institutional Fund Trust Core Plus
     Fixed Income Portfolio- Institutional Class
PIMCO Total Return Fund-Institutional Class
PIMCO Total Return Fund III-Institutional Class
T. Rowe Price Spectrum Income Fund
T. Rowe Price U.S. Treasury Intermediate Bond Fund
USAA GNMA Trust
USAA Income Fund
Wells Fargo Advantage Government Securities Fund-
Institutional Class

Long-Term Government
    PIMCO Long-Term U.S. Government Fund-Institutional Class

High Yield Bond
    AIM High Yield Fund-Investor Class
    Fidelity Capital & Income Fund
    Fidelity High Income Fund
    Morgan Stanley Institutional Fund Trust
       High Yield Portfolio-Institutional Class
    PIMCO High Yield Fund-Institutional Class

Hybrid Funds
    Domestic Hybrid
       Calamos Convertible Fund-Class A (closed to new investments 4/30/03)
       Calvert Social Investment Fund Balanced Portfolio-Class A
       Columbia Balanced Fund-Class Z
       Dreyfus Founders Balanced Fund-Class F
       Dreyfus Premier Balanced Fund-Class R
       Fidelity Balanced Fund
       Fidelity Convertible Securities Fund
       Fidelity Puritan® Fund
       Janus Balanced Fund
       Morgan Stanley Institutional Fund Trust
         Balanced Portfolio-Institutional Class
       Vanguard Asset Allocation Fund
       Vanguard Wellesley Income Fund-Admiral Class
       Vanguard Wellington Fund-Admiral Class

Hybrid Asset Allocation Funds
    Fidelity Freedom Income Fund®
    Fidelity Freedom 2000 Fund®

Fidelity Freedom 2010 Fund®
Fidelity Freedom 2020 Fund®
Fidelity Freedom 2030 Fund®

Large Cap U.S. Stock Funds
    Large Cap Value
        American Century Equity Income Fund-Institutional Class
        American Century Income & Growth Fund-Institutional Class
        American Century Value Fund-Institutional Class
        American Funds® American Mutual Fund®-Class R5
        American Funds® Fundamental Investors Fund-Class R5
        American Funds® Investment Company of America-Class R5
        American Funds® Washington Mutual Investors Fund-Class R5
        Clipper Fund
        Credit Suisse Large Cap Value Fund-Class A
        Dreyfus Premier Strategic Value Fund-Class A
        Fidelity Equity-Income Fund
        Fidelity Equity-Income II Fund
        T. Rowe Price Equity Income Fund
        T. Rowe Price Value Fund
        Vanguard Equity Income Fund-Admiral Class
        Vanguard Windsor Fund-Admiral Class
        Vanguard Windsor II Fund-Admiral Class

    Large Cap Blend
        AIM Large Cap Basic Value Fund-Investor Class
        American Century Equity Growth Fund-Institutional Class
        Domini Social Equity Fund-Class R
        Dreyfus Appreciation Fund
        Dreyfus Disciplined Stock Fund-Class R
        Fidelity Disciplined Equity Fund
        Fidelity Dividend Growth Fund
        Fidelity Export and Multinational Fund
        Fidelity Focused Stock Fund
        Fidelity Fund
        Fidelity Trend Fund
        Legg Mason Value Trust, Inc.-Institutional Class
        Neuberger Berman Socially Responsive Fund-Investor Class
        PIMCO StocksPLUS Fund-Institutional Class
        Putnam Investors Fund-Class A
        T. Rowe Price Dividend Growth Fund
        Vanguard Growth and Income Fund-Admiral Class
        Vanguard PRIMECAP Fund-Admiral Class

    Large Cap Growth
        AIM Large Cap Growth Fund-Investor Class
        Alger Capital Appreciation Institutional Fund-Institutional Shares

BlackRock Fundamental Growth Fund, Inc.
Credit Suisse Capital Appreciation Fund-Common Class
Dreyfus Founders Growth Fund-Class F
Dreyfus Premier Third Century Fund, Inc.-Class Z
DWS Large Company Growth Fund-Class S
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Fifty$^{®}$
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Morgan Stanley Institutional Fund
       U.S. Large Cap Growth Portfolio-Class A
Pioneer Growth Leader Fund-Class A
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard U.S. Growth Fund-Admiral Class
Wells Fargo Advantage Growth Fund-Institutional Class
Wells Fargo Advantage Large Cap Growth Fund-Investor Class

Medium Cap U.S. Stock Funds
    Medium Cap Value
        Fidelity Value Fund
        Franklin Balance Sheet Investment Fund-Class A

    Medium Cap Blend
        Ariel Appreciation Fund
        Legg Mason Special Investment Trust-Institutional Class
        Wells Fargo Advantage Opportunity Fund-Administrator Class

    Medium Cap Growth
        AIM Dynamics Fund-Institutional Class
        Alger MidCap Growth Institutional Fund-Institutional Class
        Baron Asset Fund
        Columbia Acorn Fund-Class Z
        Credit Suisse Mid-Cap Growth Fund-Common Shares
        Delaware Trend Fund-Institutional Class
        Fidelity Aggressive Growth Fund
        Fidelity Mid-Cap Stock Fund
        Franklin Small-Mid Cap Growth Fund-Advisor Class
        Morgan Stanley Institutional Fund Trust

Mid Cap Growth Portfolio-Institutional Class
T. Rowe Price Mid Cap Growth Fund

Small Cap U.S. Stock Funds
    Small Cap Value
        Allianz NFJ Small Cap Value Fund-Institutional Class
        Credit Suisse Small Cap Value Fund-Common Shares

    Small Cap Blend
        Morgan Stanley Institutional Fund Trust
            U.S. Small Cap Value Portfolio-Institutional Class
        Neuberger Berman Genesis Fund-Institutional Class
        T. Rowe Price Small-Cap Stock Fund

    Small Cap Growth
        Alger Small Cap Institutional Fund-Institutional Class
        Allianz CCM Emerging Companies Fund-Institutional Class
        Baron Growth Fund
        Dreyfus Founders Discovery Fund-Class F
        Fidelity Small Cap Independence Fund
        Managers Special Equity Fund-Institutional Class
        Morgan Stanley Institutional Fund
            Small Company Growth Portfolio-Class A

Specialty U.S. Stock Funds
    Specialty-Health Care
        T. Rowe Price Health Sciences Fund

    Specialty-Natural Resources
        T. Rowe Price New Era Fund

    Specialty-Real Estate
        Cohen & Steers Realty Shares
        Fidelity Real Estate Investment Portfolio

    Specialty-Technology
        Munder Internet Fund-Class A
        Old Mutual Technology & Communications Fund-Class Z

    Specialty-Utilities
        AIM Utilities Fund-Investor Class
        Fidelity Utilities Fund

International Stock Funds
    World Stock
        AIM Global Growth Fund-Class A
        American Funds® Capital World Growth and Income Fund®-Class R5

American Funds® New Perspective Fund® -Class R5
Dreyfus Premier Worldwide Growth Fund-Class R
Janus Worldwide Fund
Mutual Discovery Fund-Class Z
Putnam Global Equity Fund-Class A
Templeton Growth Fund-Advisor Class
Templeton World Fund-Class A

Foreign Stock
American Century International Growth Fund-Institutional Class
Credit Suisse International Focus Fund-Common Class
DWS International Equity Fund-Investor Class
Fidelity Aggressive International Fund
Fidelity Diversified International Fund
Fidelity Emerging Markets Fund
Fidelity Global Balanced Fund
Fidelity International Discovery Fund
Fidelity New Markets Income Fund
Fidelity Overseas Fund
J.P. Morgan Fleming International Value Fund-Institutional Class
Lazard Emerging Markets Portfolio-Institutional Class
Lazard International Equity Portfolio-Institutional Class
Managers International Equity Fund
Payden & Rygel Global Fixed Income Fund-Class R
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class
Putnam International Equity Fund-Class Y
Templeton Developing Markets Trust-Advisor Class
Templeton Foreign Fund-Advisor Class
Templeton Institutional Funds-Emerging Markets Series-Institutional Class

Europe Stock
AIM European Growth Fund-Investor Class
BlackRock EuroFund-Class I
Fidelity Europe Capital Appreciation Fund
Fidelity Europe Fund
Putnam Europe Equity Fund-Class A
T. Rowe Price European Stock Fund

Latin America Stock
DWS Latin America Fund-Class S
Fidelity Latin America Fund
T. Rowe Price Latin America Fund

Pacific Stock
AIM Asian Pacific Growth Fund-Class A
DWS Pacific Opportunities Equity Fund-Class S
Fidelity Pacific Basin Fund

Fidelity Southeast Asia Fund
Merrill Lynch Pacific Fund-Class I

Japan Stock
Fidelity Japan Fund
The Japan Fund, Inc.-Class S"

2. Effective as of the close of business on July 31, 2007, by substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

## CORE INVESTMENT OPTIONS

Short-Term
Short-Term Investments Fund

Bond
Bond Index Fund
Bond Index Fund - Long Duration
Bond Index Fund - Short Duration

Hybrid
Balanced Index Fund – Aggressive
Balanced Index Fund – Conservative
Balanced Index Fund – Moderate

Large Cap
Equity Index Fund
Equity Index Fund – Growth
Equity Index Fund – Value

Mid Cap
Mid-Cap Equity Index Fund

Small Cap
Small-Cap Equity Index Fund
Small-Cap Equity Index Fund – Growth
Small-Cap Equity Index Fund – Value

International
International Equity Index Fund
International Equity Index Fund – Europe
International Equity Index Fund – Pacific

Company Stock
>BP Stock Fund

Stable Value
>Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

Short-Term
>Fidelity Retirement Money Market Portfolio
>Fidelity U.S. Treasury Money Market Fund

Bond Funds
>Short-Term Bond
>>Fidelity Institutional Short-Intermediate Government Fund
>>Harbor Short Duration Fund
>>PIMCO Low Duration Fund-Institutional Class

>Intermediate-Term Bond
>>AIM Income Fund-Institutional Class
>>Dodge & Cox Income Fund
>>Dreyfus Premier Core Bond Fund-Class A
>>Fidelity Government Income Fund
>>Fidelity Investment Grade Bond Fund
>>Harbor Bond Fund
>>Janus Flexible Bond Fund
>>Morgan Stanley Institutional Fund Trust Core Plus
>>>Fixed Income Portfolio- Institutional Class
>>PIMCO Total Return Fund-Institutional Class
>>PIMCO Total Return Fund III-Institutional Class
>>T. Rowe Price Spectrum Income Fund
>>T. Rowe Price U.S. Treasury Intermediate Bond Fund
>>USAA GNMA Trust
>>USAA Income Fund
>>Wells Fargo Advantage Government Securities Fund-
>>>Institutional Class

>Long-Term Government
>>PIMCO Long-Term U.S. Government Fund-Institutional Class

>High Yield Bond
>>AIM High Yield Fund-Institutional Class
>>Fidelity Capital & Income Fund
>>Fidelity High Income Fund
>>Morgan Stanley Institutional Fund Trust
>>>High Yield Portfolio-Institutional Class
>>PIMCO High Yield Fund-Institutional Class

Hybrid Funds
    Domestic Hybrid
        Calamos Convertible Fund-Class A (closed to new investments 4/30/03)
        Calvert Social Investment Fund Balanced Portfolio-Class A
        Columbia Balanced Fund-Class Z
        Dreyfus Founders Balanced Fund-Class F
        Dreyfus Premier Balanced Fund-Class R
        Fidelity Balanced Fund
        Fidelity Convertible Securities Fund
        Fidelity Puritan® Fund
        Janus Balanced Fund
        Morgan Stanley Institutional Fund Trust
            Balanced Portfolio-Institutional Class
        Vanguard Asset Allocation Fund
        Vanguard Wellesley Income Fund-Admiral Class
        Vanguard Wellington Fund-Admiral Class

    Hybrid Asset Allocation Funds
        Fidelity Freedom Income Fund®
        Fidelity Freedom 2000 Fund®
        Fidelity Freedom 2010 Fund®
        Fidelity Freedom 2020 Fund®
        Fidelity Freedom 2030 Fund®

Large Cap U.S. Stock Funds
    Large Cap Value
        American Century Equity Income Fund-Institutional Class
        American Century Income & Growth Fund-Institutional Class
        American Century Value Fund-Institutional Class
        American Funds® American Mutual Fund®-Class R5
        American Funds® Fundamental Investors Fund-Class R5
        American Funds® Investment Company of America-Class R5
        American Funds® Washington Mutual Investors Fund-Class R5
        Clipper Fund
        Credit Suisse Large Cap Value Fund-Class A
        Dreyfus Premier Strategic Value Fund-Class A
        Fidelity Equity-Income Fund
        Fidelity Equity-Income II Fund
        T. Rowe Price Equity Income Fund
        T. Rowe Price Value Fund
        Vanguard Equity Income Fund-Admiral Class
        Vanguard Windsor Fund-Admiral Class
        Vanguard Windsor II Fund-Admiral Class

    Large Cap Blend
        AIM Large Cap Basic Value Fund-Institutional Class

American Century Equity Growth Fund-Institutional Class
Domini Social Equity Fund-Class R
Dreyfus Appreciation Fund
Dreyfus Disciplined Stock Fund-Class R
Fidelity Disciplined Equity Fund
Fidelity Dividend Growth Fund
Fidelity Export and Multinational Fund
Fidelity Focused Stock Fund
Fidelity Fund
Fidelity Trend Fund
Legg Mason Value Trust, Inc.-Institutional Class
Neuberger Berman Socially Responsive Fund-Investor Class
PIMCO StocksPLUS Fund-Institutional Class
Putnam Investors Fund-Class Y
T. Rowe Price Dividend Growth Fund
Vanguard Growth and Income Fund-Admiral Class
Vanguard PRIMECAP Fund-Admiral Class

Large Cap Growth
AIM Large Cap Growth Fund-Institutional Class
Alger Capital Appreciation Institutional Fund-Institutional Shares
BlackRock Fundamental Growth Fund, Inc.
Credit Suisse Capital Appreciation Fund-Common Class
Dreyfus Founders Growth Fund-Class F
Dreyfus Premier Third Century Fund, Inc.-Class Z
DWS Large Company Growth Fund-Institutional Class
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Fifty$^{®}$
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Morgan Stanley Institutional Fund
        U.S. Large Cap Growth Portfolio-Class A
Pioneer Growth Leader Fund-Class A
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard U.S. Growth Fund-Admiral Class
Wells Fargo Advantage Growth Fund-Institutional Class
Wells Fargo Advantage Large Cap Growth Fund-Investor Class

<u>Medium Cap U.S. Stock Funds</u>
    Medium Cap Value
        Fidelity Value Fund
        Franklin Balance Sheet Investment Fund-Advisor Class

    Medium Cap Blend
        Ariel Appreciation Fund
        Legg Mason Special Investment Trust- Institutional Class
        Wells Fargo Advantage Opportunity Fund-Administrator Class

    Medium Cap Growth
        AIM Dynamics Fund-Institutional Class
        Alger MidCap Growth Institutional Fund-Institutional Class
        Baron Asset Fund
        Columbia Acorn Fund-Class Z
        Credit Suisse Mid-Cap Growth Fund-Common Shares
        Delaware Trend Fund-Institutional Class
        Fidelity Aggressive Growth Fund
        Fidelity Mid-Cap Stock Fund
        Franklin Small-Mid Cap Growth Fund-Advisor Class
        Morgan Stanley Institutional Fund Trust
            Mid Cap Growth Portfolio-Institutional Class
        T. Rowe Price Mid Cap Growth Fund

<u>Small Cap U.S. Stock Funds</u>
    Small Cap Value
        Allianz NFJ Small Cap Value Fund-Institutional Class
        Credit Suisse Small Cap Value Fund-Common Shares

    Small Cap Blend
        Morgan Stanley Institutional Fund Trust
            U.S. Small Cap Value Portfolio-Institutional Class
        Neuberger Berman Genesis Fund-Institutional Class
        T. Rowe Price Small-Cap Stock Fund

    Small Cap Growth
        Alger Small Cap Institutional Fund-Institutional Class
        Allianz CCM Emerging Companies Fund-Institutional Class
        Baron Growth Fund
        Dreyfus Founders Discovery Fund-Class F
        Fidelity Small Cap Independence Fund
        Managers Special Equity Fund-Institutional Class
        Morgan Stanley Institutional Fund
            Small Company Growth Portfolio-Class A

<u>Specialty U.S. Stock Funds</u>
    Specialty-Health Care

T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
T. Rowe Price New Era Fund

Specialty-Real Estate
Cohen & Steers Realty Shares
Fidelity Real Estate Investment Portfolio

Specialty-Technology
Munder Internet Fund-Class Y
Old Mutual Technology & Communications Fund-Class Z

Specialty-Utilities
AIM Utilities Fund-Institutional Class
Fidelity Utilities Fund

International Stock Funds
World Stock
AIM Global Growth Fund-Class A
American Funds® Capital World Growth and Income Fund® -Class R5
American Funds® New Perspective Fund® -Class R5
Dreyfus Premier Worldwide Growth Fund-Class R
Janus Worldwide Fund
Mutual Discovery Fund-Class Z
Putnam Global Equity Fund-Class Y
Templeton Growth Fund-Advisor Class
Templeton World Fund-Advisor Class

Foreign Stock
American Century International Growth Fund-Institutional Class
Credit Suisse International Focus Fund-Common Class
DWS International Equity Fund-Investor Class
Fidelity Aggressive International Fund
Fidelity Diversified International Fund
Fidelity Emerging Markets Fund
Fidelity Global Balanced Fund
Fidelity International Discovery Fund
Fidelity New Markets Income Fund
Fidelity Overseas Fund
J.P. Morgan Fleming International Value Fund-Institutional Class
Lazard Emerging Markets Portfolio-Institutional Class
Lazard International Equity Portfolio-Institutional Class
Managers International Equity Fund
Payden & Rygel Global Fixed Income Fund-Class R
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class
Putnam International Equity Fund-Class Y

> Templeton Developing Markets Trust-Advisor Class
> Templeton Foreign Fund-Advisor Class
> Templeton Institutional Funds-Emerging Markets Series-Institutional Class

Europe Stock
> AIM European Growth Fund-Investor Class
> BlackRock EuroFund-Class I
> Fidelity Europe Capital Appreciation Fund
> Fidelity Europe Fund
> Putnam Europe Equity Fund-Class Y
> T. Rowe Price European Stock Fund

Latin America Stock
> DWS Latin America Fund-Class S
> Fidelity Latin America Fund
> T. Rowe Price Latin America Fund

Pacific Stock
> AIM Asian Pacific Growth Fund-Class A
> DWS Pacific Opportunities Equity Fund-Class S
> Fidelity Pacific Basin Fund
> Fidelity Southeast Asia Fund
> Merrill Lynch Pacific Fund-Class I

Japan Stock
> Fidelity Japan Fund
> The Japan Fund, Inc.-Class S"

2. Effective as of the close of business on September 30, 2007, by substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

## **CORE INVESTMENT OPTIONS**

Short-Term
> Short-Term Investments Fund

Bond
> Bond Index Fund
> Bond Index Fund - Long Duration
> Bond Index Fund - Short Duration

Hybrid

Balanced Index Fund – Aggressive
Balanced Index Fund – Conservative
Balanced Index Fund – Moderate

<u>Large Cap</u>
Equity Index Fund
Equity Index Fund – Growth
Equity Index Fund – Value

<u>Mid Cap</u>
Mid-Cap Equity Index Fund

<u>Small Cap</u>
Small-Cap Equity Index Fund
Small-Cap Equity Index Fund – Growth
Small-Cap Equity Index Fund – Value

<u>International</u>
International Equity Index Fund
International Equity Index Fund – Europe
International Equity Index Fund – Pacific

<u>Company Stock</u>
BP Stock Fund

<u>Stable Value</u>
Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

<u>Short-Term</u>
Fidelity Retirement Money Market Portfolio
Fidelity U.S. Treasury Money Market Fund

<u>Bond Funds</u>
Short-Term Bond
Fidelity Institutional Short-Intermediate Government Fund
Harbor Short Duration Fund
PIMCO Low Duration Fund-Institutional Class

Intermediate-Term Bond
AIM Income Fund-Institutional Class
Dodge & Cox Income Fund
Dreyfus Premier Core Bond Fund-Class A
Fidelity Government Income Fund
Fidelity Investment Grade Bond Fund
Harbor Bond Fund

Janus Flexible Bond Fund
Morgan Stanley Institutional Fund Trust Core Plus
     Fixed Income Portfolio- Institutional Class
PIMCO Total Return Fund-Institutional Class
PIMCO Total Return Fund III-Institutional Class
T. Rowe Price Spectrum Income Fund
T. Rowe Price U.S. Treasury Intermediate Bond Fund
USAA GNMA Trust
USAA Income Fund
Wells Fargo Advantage Government Securities Fund-
     Institutional Class

Long-Term Government
PIMCO Long-Term U.S. Government Fund-Institutional Class

High Yield Bond
AIM High Yield Fund-Institutional Class
Fidelity Capital & Income Fund
Fidelity High Income Fund
Morgan Stanley Institutional Fund Trust
     High Yield Portfolio-Institutional Class
PIMCO High Yield Fund-Institutional Class

## Hybrid Funds
Domestic Hybrid
Calamos Convertible Fund-Class A (closed to new investments 4/30/03)
Calvert Social Investment Fund Balanced Portfolio-Class A
Columbia Balanced Fund-Class Z
Dreyfus Founders Balanced Fund-Class F
Dreyfus Premier Balanced Fund-Class R1
Fidelity Balanced Fund
Fidelity Convertible Securities Fund
Fidelity Puritan® Fund
Janus Balanced Fund
Morgan Stanley Institutional Fund Trust
     Balanced Portfolio-Institutional Class
Vanguard Asset Allocation Fund
Vanguard Wellesley Income Fund-Admiral Class
Vanguard Wellington Fund-Admiral Class

Hybrid Asset Allocation Funds
Fidelity Freedom Income Fund®
Fidelity Freedom 2000 Fund®
Fidelity Freedom 2010 Fund®
Fidelity Freedom 2020 Fund®
Fidelity Freedom 2030 Fund®

<u>Large Cap U.S. Stock Funds</u>

    Large Cap Value

        American Century Equity Income Fund-Institutional Class
        American Century Income & Growth Fund-Institutional Class
        American Century Value Fund-Institutional Class
        American Funds® American Mutual Fund®-Class R5
        American Funds® Investment Company of America-Class R5
        American Funds® Washington Mutual Investors Fund-Class R5
        Credit Suisse Large Cap Value Fund-Class A
        Dreyfus Premier Strategic Value Fund-Class A
        Fidelity Equity-Income Fund
        Fidelity Equity-Income II Fund
        T. Rowe Price Equity Income Fund
        T. Rowe Price Value Fund
        Vanguard Equity Income Fund-Admiral Class
        Vanguard Windsor Fund-Admiral Class
        Vanguard Windsor II Fund-Admiral Class

    Large Cap Blend

        AIM Large Cap Basic Value Fund-Institutional Class
        American Century Equity Growth Fund-Institutional Class
        American Funds® Fundamental Investors Fund-Class R5
        Clipper Fund
        Domini Social Equity Fund-Class R
        Dreyfus Appreciation Fund
        Dreyfus Disciplined Stock Fund-Class R
        Fidelity Disciplined Equity Fund
        Fidelity Dividend Growth Fund
        Fidelity Focused Stock Fund
        Fidelity Fund
        Legg Mason Value Trust, Inc.-Institutional Class
        Neuberger Berman Socially Responsive Fund-Investor Class
        PIMCO StocksPLUS Fund-Institutional Class
        Putnam Investors Fund-Class Y
        T. Rowe Price Dividend Growth Fund
        Vanguard Growth and Income Fund-Admiral Class

    Large Cap Growth

        AIM Large Cap Growth Fund-Institutional Class
        Alger Capital Appreciation Institutional Fund-Institutional Shares
        BlackRock Fundamental Growth Fund, Inc.
        Credit Suisse Large Cap Growth Fund-Common Class
        Dreyfus Premier Third Century Fund, Inc.-Class Z
        DWS Large Company Growth Fund-Institutional Class
        Fidelity Blue Chip Growth Fund
        Fidelity Capital Appreciation Fund
        Fidelity Export and Multinational Fund

Fidelity Fifty[®]
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity Trend Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Morgan Stanley Institutional Fund
    U.S. Large Cap Growth Portfolio-Class A
Pioneer Growth Leader Fund-Class A
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard PRIMECAP Fund-Admiral Class
Vanguard U.S. Growth Fund-Admiral Class
Wells Fargo Advantage Growth Fund-Institutional Class
Wells Fargo Advantage Large Cap Growth Fund-Investor Class

Medium Cap U.S. Stock Funds
    Medium Cap Value
        Fidelity Value Fund
        Franklin Balance Sheet Investment Fund-Advisor Class

    Medium Cap Blend
        Ariel Appreciation Fund
        Credit Suisse Mid-Cap Growth Fund-Common Shares
        Legg Mason Special Investment Trust- Institutional Class
        Wells Fargo Advantage Opportunity Fund-Administrator Class

    Medium Cap Growth
        AIM Dynamics Fund-Institutional Class
        Alger MidCap Growth Institutional Fund-Institutional Class
        Baron Asset Fund
        Columbia Acorn Fund-Class Z
        Delaware Trend Fund-Institutional Class
        Fidelity Aggressive Growth Fund
        Fidelity Mid-Cap Stock Fund
        Franklin Small-Mid Cap Growth Fund-Advisor Class
        Morgan Stanley Institutional Fund Trust
            Mid Cap Growth Portfolio-Institutional Class
        T. Rowe Price Mid Cap Growth Fund

Small Cap U.S. Stock Funds
    Small Cap Value

> Allianz NFJ Small Cap Value Fund-Institutional Class
> Credit Suisse Small Cap Value Fund-Common Shares
> Morgan Stanley Institutional Fund Trust
>> U.S. Small Cap Value Portfolio-Institutional Class

Small Cap Blend
> Managers Special Equity Fund-Institutional Class
> Neuberger Berman Genesis Fund-Institutional Class
> T. Rowe Price Small-Cap Stock Fund

Small Cap Growth
> Alger Small Cap Institutional Fund-Institutional Class
> Allianz CCM Emerging Companies Fund-Institutional Class
> Baron Growth Fund
> Dreyfus Founders Discovery Fund-Class F
> Fidelity Small Cap Independence Fund
> Morgan Stanley Institutional Fund
>> Small Company Growth Portfolio-Class A

Specialty U.S. Stock Funds
> Specialty-Health Care
>> T. Rowe Price Health Sciences Fund

> Specialty-Natural Resources
>> T. Rowe Price New Era Fund

> Specialty-Real Estate
>> Cohen & Steers Realty Shares
>> Fidelity Real Estate Investment Portfolio

> Specialty-Technology
>> Munder Internet Fund-Class Y
>> Old Mutual Technology & Communications Fund-Class Z

> Specialty-Utilities
>> AIM Utilities Fund-Institutional Class
>> Fidelity Utilities Fund

International Stock Funds
> World Stock
>> AIM Global Growth Fund-Class A
>> American Funds[®] Capital World Growth and Income Fund[®]-Class R5
>> American Funds[®] New Perspective Fund[®]-Class R5
>> Dreyfus Premier Worldwide Growth Fund-Class R
>> Janus Worldwide Fund
>> Mutual Discovery Fund-Class Z
>> Putnam Global Equity Fund-Class Y

Templeton Growth Fund-Advisor Class
Templeton World Fund-Advisor Class

Foreign Stock
American Century International Growth Fund-Institutional Class
Credit Suisse International Focus Fund-Common Class
DWS International Fund-Class S
Fidelity Aggressive International Fund
Fidelity Diversified International Fund
Fidelity Emerging Markets Fund
Fidelity Global Balanced Fund
Fidelity International Discovery Fund
Fidelity New Markets Income Fund
Fidelity Overseas Fund
J.P. Morgan Fleming International Value Fund-Institutional Class
Lazard Emerging Markets Portfolio-Institutional Class
Lazard International Equity Portfolio-Institutional Class
Managers International Equity Fund
Putnam International Equity Fund-Class Y
Templeton Developing Markets Trust-Advisor Class
Templeton Foreign Fund-Advisor Class
Templeton Institutional Funds-Emerging Markets Series-Institutional Class

Foreign Bond Funds
Payden & Rygel Global Fixed Income Fund-Class R
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class

Europe Stock
AIM European Growth Fund-Investor Class
BlackRock EuroFund-Class I
Fidelity Europe Capital Appreciation Fund
Fidelity Europe Fund
Putnam Europe Equity Fund-Class Y
T. Rowe Price European Stock Fund

Latin America Stock
DWS Latin America Fund-Class S
Fidelity Latin America Fund
T. Rowe Price Latin America Fund

Pacific Stock
AIM Asian Pacific Growth Fund-Class A
BlackRock Pacific Fund-Class I
Fidelity Pacific Basin Fund
Fidelity Southeast Asia Fund

Japan Stock

Fidelity Japan Fund
The Japan Fund, Inc.-Class S"

\*      \*      \*      \*      \*

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 20th day of December, 2007.

BP CORPORATION NORTH AMERICA INC.

By: _____

Title: _Assistant General Counsel_____

STATE STREET BANK AND TRUST COMPANY

By: _Rosemary McDonald_____

Title: _Vice President_____

21

# FOURTEENTH AMENDMENT

## OF

## BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS

### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS,  BP Corporation North America Inc. (the "Company") maintains several tax-qualified  savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on December 20, 2007, and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS,  pursuant to Section 15 of the Trust, a Designated Officer of the Company, or his delegate, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust in the following particulars:

1.  Effective as of the close of business November 30, 2007, by substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

**CORE INVESTMENT OPTIONS**

Short-Term
  Short-Term Investment Fund

Bond
  Bond Index Fund
  Bond Index Fund - Long Duration
  Bond Index Fund - Short Duration

Hybrid
  Balanced Index Fund – Aggressive
  Balanced Index Fund – Conservative
  Balanced Index Fund – Moderate

Large Cap
  Equity Index Fund
  Equity Index Fund – Growth
  Equity Index Fund – Value

Mid Cap
  Mid-Cap Equity Index Fund

Small Cap
  Small-Cap Equity Index Fund
  Small-Cap Equity Index Fund – Growth
  Small-Cap Equity Index Fund – Value

International
  International Equity Index Fund
  International Equity Index Fund – Europe
  International Equity Index Fund – Pacific

Company Stock
  BP Stock Fund

Stable Value
  Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

Short-Term
  Fidelity Institutional Money Market Fund
  Fidelity U.S. Treasury Money Market Fund

Bond Funds
  Short-Term Bond

2

> Fidelity Institutional Short-Intermediate Government Fund
> Harbor Short Duration Fund
> PIMCO Low Duration Fund-Institutional Class

> Intermediate-Term Bond
> > AIM Income Fund-Institutional Class
> > Dodge & Cox Income Fund
> > Dreyfus Premier Core Bond Fund-Class A
> > Fidelity Government Income Fund
> > Fidelity Investment Grade Bond Fund
> > Harbor Bond Fund
> > Janus Flexible Bond Fund
> > Morgan Stanley Institutional Fund Trust Core Plus
> > > Fixed Income Portfolio- Institutional Class
> > PIMCO Total Return Fund-Institutional Class
> > PIMCO Total Return Fund III-Institutional Class
> > T. Rowe Price Spectrum Income Fund
> > T. Rowe Price U.S. Treasury Intermediate Bond Fund
> > USAA GNMA Trust
> > USAA Income Fund
> > Wells Fargo Advantage Government Securities Fund-
> > > Institutional Class

> Long-Term Government
> > PIMCO Long-Term U.S. Government Fund-Institutional Class

> High Yield Bond
> > AIM High Yield Fund-Institutional Class
> > Fidelity Capital & Income Fund
> > Fidelity High Income Fund
> > Morgan Stanley Institutional Fund Trust
> > > High Yield Portfolio-Institutional Class
> > PIMCO High Yield Fund-Institutional Class

## Hybrid Funds
> Domestic Hybrid
> > Calamos Convertible Fund-Class A (closed to new investments 4/30/03)
> > Calvert Social Investment Fund Balanced Portfolio-Class A
> > Columbia Balanced Fund-Class Z
> > Dreyfus Founders Balanced Fund-Class F
> > Dreyfus Premier Balanced Fund-Class R1
> > Fidelity Balanced Fund
> > Fidelity Convertible Securities Fund
> > Fidelity Puritan® Fund
> > Janus Balanced Fund

Morgan Stanley Institutional Fund Trust
    Balanced Portfolio-Institutional Class
Vanguard Asset Allocation Fund
Vanguard Wellesley Income Fund-Admiral Class
Vanguard Wellington Fund-Admiral Class

Hybrid Asset Allocation Funds
    Fidelity Freedom Income Fund[®]
    Fidelity Freedom 2000 Fund[®]
    Fidelity Freedom 2010 Fund[®]
    Fidelity Freedom 2020 Fund[®]
    Fidelity Freedom 2030 Fund[®]

<u>Large Cap U.S. Stock Funds</u>
    Large Cap Value
        American Century Equity Income Fund-Institutional Class
        American Century Income & Growth Fund-Institutional Class
        American Century Value Fund-Institutional Class
        American Funds[®] American Mutual Fund[®]-Class R5
        American Funds[®] Investment Company of America-Class R5
        American Funds[®] Washington Mutual Investors Fund-Class R5
        Credit Suisse Large Cap Value Fund-Class A
        Dreyfus Premier Strategic Value Fund-Class A
        Fidelity Equity-Income Fund
        Fidelity Equity-Income II Fund
        T. Rowe Price Equity Income Fund
        T. Rowe Price Value Fund
        Vanguard Equity Income Fund-Admiral Class
        Vanguard Windsor Fund-Admiral Class
        Vanguard Windsor II Fund-Admiral Class

    Large Cap Blend
        AIM Large Cap Basic Value Fund-Institutional Class
        American Century Equity Growth Fund-Institutional Class
        American Funds[®] Fundamental Investors Fund-Class R5
        Clipper Fund
        Domini Social Equity Fund-Class R
        Dreyfus Appreciation Fund
        Dreyfus Disciplined Stock Fund-Class R
        Fidelity Disciplined Equity Fund
        Fidelity Dividend Growth Fund
        Fidelity Focused Stock Fund
        Fidelity Fund
        Legg Mason Value Trust, Inc.-Institutional Class
        Neuberger Berman Socially Responsive Fund-Investor Class

4

PIMCO StocksPLUS Fund-Institutional Class
Putnam Investors Fund-Class Y
T. Rowe Price Dividend Growth Fund
Vanguard Growth and Income Fund-Admiral Class

Large Cap Growth
AIM Large Cap Growth Fund-Institutional Class
Alger Capital Appreciation Institutional Fund-Institutional Shares
BlackRock Fundamental Growth Fund, Inc.
Credit Suisse Large Cap Growth Fund-Common Class
Dreyfus Premier Third Century Fund, Inc.-Class Z
DWS Large Company Growth Fund-Institutional Class
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Export and Multinational Fund
Fidelity Fifty®
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity Trend Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Morgan Stanley Institutional Fund
    U.S. Large Cap Growth Portfolio-Class A
Pioneer Growth Leader Fund-Class A
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard PRIMECAP Fund-Admiral Class
Vanguard U.S. Growth Fund-Admiral Class
Wells Fargo Advantage Growth Fund-Institutional Class
Wells Fargo Advantage Large Cap Growth Fund-Investor Class

Medium Cap U.S. Stock Funds
Medium Cap Value
Fidelity Value Fund
Franklin Balance Sheet Investment Fund-Advisor Class

Medium Cap Blend
Ariel Appreciation Fund
Credit Suisse Mid-Cap Growth Fund-Common Shares
Legg Mason Special Investment Trust- Institutional Class

Wells Fargo Advantage Opportunity Fund-Administrator Class

Medium Cap Growth
AIM Dynamics Fund-Institutional Class
Alger MidCap Growth Institutional Fund-Institutional Class
Baron Asset Fund
Columbia Acorn Fund-Class Z
Delaware Trend Fund-Institutional Class
Fidelity Aggressive Growth Fund
Fidelity Mid-Cap Stock Fund
Franklin Small-Mid Cap Growth Fund-Advisor Class
Morgan Stanley Institutional Fund Trust
Mid Cap Growth Portfolio-Institutional Class
T. Rowe Price Mid Cap Growth Fund

Small Cap U.S. Stock Funds
Small Cap Value
Allianz NFJ Small Cap Value Fund-Institutional Class
Credit Suisse Small Cap Value Fund-Common Shares
Morgan Stanley Institutional Fund Trust
U.S. Small Cap Value Portfolio-Institutional Class

Small Cap Blend
Managers Special Equity Fund-Institutional Class
Neuberger Berman Genesis Fund-Institutional Class
T. Rowe Price Small-Cap Stock Fund

Small Cap Growth
Alger Small Cap Institutional Fund-Institutional Class
Allianz CCM Emerging Companies Fund-Institutional Class
Baron Growth Fund
Dreyfus Founders Discovery Fund-Class F
Fidelity Small Cap Independence Fund
Morgan Stanley Institutional Fund
Small Company Growth Portfolio-Class A

Specialty U.S. Stock Funds
Specialty-Health Care
T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
T. Rowe Price New Era Fund

Specialty-Real Estate
Cohen & Steers Realty Shares

Fidelity Real Estate Investment Portfolio

Specialty-Technology
Munder Internet Fund-Class Y
Old Mutual Technology & Communications Fund-Class Z

Specialty-Utilities
AIM Utilities Fund-Institutional Class
Fidelity Utilities Fund

International Stock Funds
World Stock
AIM Global Growth Fund-Class A
American Funds[®] Capital World Growth and Income Fund[®]-Class R5
American Funds[®] New Perspective Fund[®]-Class R5
Dreyfus Premier Worldwide Growth Fund-Class R
Janus Worldwide Fund
Mutual Discovery Fund-Class Z
Putnam Global Equity Fund-Class Y
Templeton Growth Fund-Advisor Class
Templeton World Fund-Advisor Class

Foreign Stock
American Century International Growth Fund-Institutional Class
Credit Suisse International Focus Fund-Common Class
DWS International Fund-Institutional Class
Fidelity Aggressive International Fund
Fidelity Diversified International Fund
Fidelity Emerging Markets Fund
Fidelity Global Balanced Fund
Fidelity International Discovery Fund
Fidelity New Markets Income Fund
Fidelity Overseas Fund
J.P. Morgan Fleming International Value Fund-Institutional Class
Lazard Emerging Markets Portfolio-Institutional Class
Lazard International Equity Portfolio-Institutional Class
Managers International Equity Fund
Putnam International Equity Fund-Class Y
Templeton Developing Markets Trust-Advisor Class
Templeton Foreign Fund-Advisor Class
Templeton Institutional Funds-Emerging Markets Series-Institutional Class

Foreign Bond Funds
Payden & Rygel Global Fixed Income Fund-Class R
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class

Europe Stock
> AIM European Growth Fund-Investor Class
> BlackRock EuroFund-Class I
> Fidelity Europe Capital Appreciation Fund
> Fidelity Europe Fund
> Putnam Europe Equity Fund-Class Y
> T. Rowe Price European Stock Fund

Latin America Stock
> DWS Latin America Fund-Class S
> Fidelity Latin America Fund
> T. Rowe Price Latin America Fund

Pacific Stock
> AIM Asian Pacific Growth Fund-Class A
> BlackRock Pacific Fund-Class I
> Fidelity Pacific Basin Fund
> Fidelity Southeast Asia Fund

Japan Stock
> Fidelity Japan Fund
> The Japan Fund, Inc.-Class S

## INVESTMENT OPTIONS FOR THE
## BP EMPLOYEE SAVINGS PLAN OF PUERTO RICO

Short-Term
> Short-Term Investment Fund

Bond
> Bond Index Fund

Hybrid
> Balanced Index Fund – Aggressive
> Balanced Index Fund – Conservative
> Balanced Index Fund – Moderate

Large-Cap
> Equity Index Fund

Mid-Cap
> Mid-Cap Equity Index Fund

8

Small-Cap
:   Small-Cap Equity Index Fund

International
:   International Equity Index Fund"

2. Effective as of February 1, 2008, by substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

## CORE INVESTMENT OPTIONS

Short-Term
:   Short-Term Investment Fund

Bond
:   Bond Index Fund
    Bond Index Fund - Long Duration
    Bond Index Fund - Short Duration

Hybrid
:   Balanced Index Fund – Aggressive (no longer available after 7/31/08)
    Balanced Index Fund – Conservative (no longer available after 7/31/08)
    Balanced Index Fund – Moderate (no longer available after 7/31/08)
    Target Date Retirement Fund
    Target Date 2010
    Target Date 2015
    Target Date 2020
    Target Date 2025
    Target Date 2030
    Target Date 2035
    Target Date 2040
    Target Date 2045
    Target Date 2050

Large Cap
:   Equity Index Fund
    Equity Index Fund – Growth
    Equity Index Fund – Value

Mid Cap
:   Mid-Cap Equity Index Fund

9

<u>Small Cap</u>
>     Small-Cap Equity Index Fund
>     Small-Cap Equity Index Fund – Growth
>     Small-Cap Equity Index Fund – Value

<u>International</u>
>     International Equity Index Fund
>     International Equity Index Fund – Europe
>     International Equity Index Fund – Pacific

<u>Company Stock</u>
>     BP Stock Fund

<u>Stable Value</u>
>     Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

<u>Short-Term</u>
>     Fidelity Institutional Money Market Fund
>     Fidelity U.S. Treasury Money Market Fund

<u>Bond Funds</u>
>     Short-Term Bond
>         Fidelity Institutional Short-Intermediate Government Fund
>         Harbor Short Duration Fund
>         PIMCO Low Duration Fund-Institutional Class
>
>     Intermediate-Term Bond
>         AIM Income Fund-Institutional Class
>         Dodge & Cox Income Fund
>         Dreyfus Premier Core Bond Fund-Class A
>         Fidelity Government Income Fund
>         Fidelity Investment Grade Bond Fund
>         Harbor Bond Fund
>         Janus Flexible Bond Fund
>         Morgan Stanley Institutional Fund Trust Core Plus
>                 Fixed Income Portfolio- Institutional Class
>         PIMCO Total Return Fund-Institutional Class
>         PIMCO Total Return Fund III-Institutional Class
>         T. Rowe Price Spectrum Income Fund
>         T. Rowe Price U.S. Treasury Intermediate Bond Fund
>         USAA GNMA Trust
>         USAA Income Fund

Wells Fargo Advantage Government Securities Fund-
Institutional Class

Long-Term Government
PIMCO Long-Term U.S. Government Fund-Institutional Class

High Yield Bond
AIM High Yield Fund-Institutional Class
Fidelity Capital & Income Fund
Fidelity High Income Fund
Morgan Stanley Institutional Fund Trust
High Yield Portfolio-Institutional Class
PIMCO High Yield Fund-Institutional Class

Hybrid Funds
Domestic Hybrid
Calamos Convertible Fund-Class A (closed to new investments 4/30/03)
Calvert Social Investment Fund Balanced Portfolio-Class A
Columbia Balanced Fund-Class Z
Dreyfus Founders Balanced Fund-Class F
Dreyfus Premier Balanced Fund-Class R1
Fidelity Balanced Fund
Fidelity Convertible Securities Fund
Fidelity Puritan® Fund
Janus Balanced Fund
Morgan Stanley Institutional Fund Trust
Balanced Portfolio-Institutional Class
Vanguard Asset Allocation Fund
Vanguard Wellesley Income Fund-Admiral Class
Vanguard Wellington Fund-Admiral Class

Hybrid Asset Allocation Funds
Fidelity Freedom Income Fund® (no longer available after 7/31/08)
Fidelity Freedom 2000 Fund® (no longer available after 7/31/08)
Fidelity Freedom 2010 Fund® (no longer available after 7/31/08)
Fidelity Freedom 2020 Fund® (no longer available after 7/31/08)
Fidelity Freedom 2030 Fund® (no longer available after 7/31/08)

Large Cap U.S. Stock Funds
Large Cap Value
American Century Equity Income Fund-Institutional Class
American Century Income & Growth Fund-Institutional Class
American Century Value Fund-Institutional Class
American Funds® American Mutual Fund®-Class R5
American Funds® Investment Company of America-Class R5

American Funds® Washington Mutual Investors Fund-Class R5
Credit Suisse Large Cap Value Fund-Class A
Dreyfus Premier Strategic Value Fund-Class A
Fidelity Equity-Income Fund
Fidelity Equity-Income II Fund
T. Rowe Price Equity Income Fund
T. Rowe Price Value Fund
Vanguard Equity Income Fund-Admiral Class
Vanguard Windsor Fund-Admiral Class
Vanguard Windsor II Fund-Admiral Class

Large Cap Blend

AIM Large Cap Basic Value Fund-Institutional Class
American Century Equity Growth Fund-Institutional Class
American Funds® Fundamental Investors Fund-Class R5
Clipper Fund
Domini Social Equity Fund-Class R
Dreyfus Appreciation Fund
Dreyfus Disciplined Stock Fund-Class R
Fidelity Disciplined Equity Fund
Fidelity Dividend Growth Fund
Fidelity Focused Stock Fund
Fidelity Fund
Legg Mason Value Trust, Inc.-Institutional Class
Neuberger Berman Socially Responsive Fund-Investor Class
PIMCO StocksPLUS Fund-Institutional Class
Putnam Investors Fund-Class Y
T. Rowe Price Dividend Growth Fund
Vanguard Growth and Income Fund-Admiral Class

Large Cap Growth

AIM Large Cap Growth Fund-Institutional Class
Alger Capital Appreciation Institutional Fund-Institutional Shares
BlackRock Fundamental Growth Fund, Inc.
Credit Suisse Large Cap Growth Fund-Common Class
Dreyfus Premier Third Century Fund, Inc.-Class Z
DWS Large Company Growth Fund-Institutional Class
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Export and Multinational Fund
Fidelity Fifty®
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity Trend Fund

Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Morgan Stanley Institutional Fund
     U.S. Large Cap Growth Portfolio-Class A
Pioneer Growth Leader Fund-Class A
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard PRIMECAP Fund-Admiral Class
Vanguard U.S. Growth Fund-Admiral Class
Wells Fargo Advantage Growth Fund-Institutional Class
Wells Fargo Advantage Large Cap Growth Fund-Investor Class

Medium Cap U.S. Stock Funds
    Medium Cap Value
        Fidelity Value Fund
        Franklin Balance Sheet Investment Fund-Advisor Class

    Medium Cap Blend
        Ariel Appreciation Fund
        Credit Suisse Mid-Cap Growth Fund-Common Shares
        Legg Mason Special Investment Trust- Institutional Class
        Wells Fargo Advantage Opportunity Fund-Administrator Class

    Medium Cap Growth
        AIM Dynamics Fund-Institutional Class
        Alger MidCap Growth Institutional Fund-Institutional Class
        Baron Asset Fund
        Columbia Acorn Fund-Class Z
        Delaware Trend Fund-Institutional Class
        Fidelity Aggressive Growth Fund
        Fidelity Mid-Cap Stock Fund
        Franklin Small-Mid Cap Growth Fund-Advisor Class
        Morgan Stanley Institutional Fund Trust
            Mid Cap Growth Portfolio-Institutional Class
        T. Rowe Price Mid Cap Growth Fund

Small Cap U.S. Stock Funds
    Small Cap Value
        Allianz NFJ Small Cap Value Fund-Institutional Class
        Credit Suisse Small Cap Value Fund-Common Shares
        Morgan Stanley Institutional Fund Trust

U.S. Small Cap Value Portfolio-Institutional Class

Small Cap Blend
Managers Special Equity Fund-Institutional Class
Neuberger Berman Genesis Fund-Institutional Class
T. Rowe Price Small-Cap Stock Fund

Small Cap Growth
Alger Small Cap Institutional Fund-Institutional Class
Allianz CCM Emerging Companies Fund-Institutional Class
Baron Growth Fund
Dreyfus Founders Discovery Fund-Class F
Fidelity Small Cap Independence Fund
Morgan Stanley Institutional Fund
Small Company Growth Portfolio-Class A

Specialty U.S. Stock Funds
Specialty-Health Care
T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
T. Rowe Price New Era Fund

Specialty-Real Estate
Cohen & Steers Realty Shares
Fidelity Real Estate Investment Portfolio

Specialty-Technology
Munder Internet Fund-Class Y
Old Mutual Technology & Communications Fund-Class Z

Specialty-Utilities
AIM Utilities Fund-Institutional Class
Fidelity Utilities Fund

International Stock Funds
World Stock
AIM Global Growth Fund-Class A
American Funds[®] Capital World Growth and Income Fund[®] -Class R5
American Funds[®] New Perspective Fund[®] -Class R5
Dreyfus Premier Worldwide Growth Fund-Class R
Janus Worldwide Fund
Mutual Discovery Fund-Class Z
Putnam Global Equity Fund-Class Y
Templeton Growth Fund-Advisor Class

14

Templeton World Fund-Advisor Class

Foreign Stock
American Century International Growth Fund-Institutional Class
Credit Suisse International Focus Fund-Common Class
DWS International Fund-Institutional Class
Fidelity Aggressive International Fund
Fidelity Diversified International Fund
Fidelity Emerging Markets Fund
Fidelity Global Balanced Fund
Fidelity International Discovery Fund
Fidelity New Markets Income Fund
Fidelity Overseas Fund
J.P. Morgan Fleming International Value Fund-Institutional Class
Lazard Emerging Markets Portfolio-Institutional Class
Lazard International Equity Portfolio-Institutional Class
Managers International Equity Fund
Putnam International Equity Fund-Class Y
Templeton Developing Markets Trust-Advisor Class
Templeton Foreign Fund-Advisor Class
Templeton Institutional Funds-Emerging Markets Series-Institutional Class

Foreign Bond Funds
Payden & Rygel Global Fixed Income Fund-Class R
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class

Europe Stock
AIM European Growth Fund-Investor Class
BlackRock EuroFund-Class I
Fidelity Europe Capital Appreciation Fund
Fidelity Europe Fund
Putnam Europe Equity Fund-Class Y
T. Rowe Price European Stock Fund

Latin America Stock
DWS Latin America Fund-Class S
Fidelity Latin America Fund
T. Rowe Price Latin America Fund

Pacific Stock
AIM Asian Pacific Growth Fund-Class A
BlackRock Pacific Fund-Class I
Fidelity Pacific Basin Fund
Fidelity Southeast Asia Fund

Japan Stock
>    Fidelity Japan Fund
>    The Japan Fund, Inc.-Class S

## INVESTMENT OPTIONS FOR THE
## BP EMPLOYEE SAVINGS PLAN OF PUERTO RICO

Short-Term
>    Short-Term Investment Fund

Bond
>    Bond Index Fund

Hybrid
>    Balanced Index Fund – Aggressive (no longer available after 7/31/08)
>    Balanced Index Fund – Conservative (no longer available after 7/31/08)
>    Balanced Index Fund – Moderate (no longer available after 7/31/08)
>    Target Date Retirement Fund
>    Target Date 2010
>    Target Date 2015
>    Target Date 2020
>    Target Date 2025
>    Target Date 2030
>    Target Date 2035
>    Target Date 2040
>    Target Date 2045
>    Target Date 2050

Large-Cap
>    Equity Index Fund

Mid-Cap
>    Mid-Cap Equity Index Fund

Small-Cap
>    Small-Cap Equity Index Fund

International
>    International Equity Index Fund"

3.  Effective as of January 1, 2008, by substituting the following for Exhibit C of the
Trust:

"EXHIBIT C

Trustee Fees effective January 1, 2008:

## I. Trustee/ Custodian Charges:

.10 Basis Points on the month end Net Asset Value

## II. Portfolio Administration, Custody/Accounting:

Core Equity Fund Portfolios:                              $7,500 per portfolio/ year

| | |
|---|---|
| AE02 – Short Term Investment Fund | AE25 – Bond Index Long Duration |
| AE10 – Equity Index Fund | AE26 – Balanced Index Conservative* |
| AE11 – Bond Index Fund | AE27 – Balanced Index Aggressive* |
| AE12 – Balanced Index Moderate* | AE51 – Target Date Retirement Fund** |
| AE13 – Mid Cap Equity Index | AE52 – Target Date 2010 Fund** |
| AE14 – International Equity Index | AE53 – Target Date 2015 Fund** |
| AE16 – Small Cap Equity Index | AE54 – Target Date 2020 Fund** |
| AE18 – Equity Index Growth | AE55 – Target Date 2025 Fund** |
| AE19 – Equity Index Value | AE56 – Target Date 2030 Fund** |
| AE20 – Small Cap Equity Index Value | AE57 – Target Date 2035 Fund** |
| AE21 – Small Cap Equity Index Growth | AE58 – Target Date 2040 Fund** |
| AE22 – International Equity Index Europe | AE59 – Target Date 2045 Fund** |
| AE23 – International Equity Index Pacific | AE60 – Target Date 2050 Fund** |
| AE24 – Bond Index Short Duration | |

Core Income Fund Portfolio:                              $7,500 per portfolio/ year

AE28 – Income Fund

Company Stock Fund:                                       $7,500 per portfolio/ year

AE01 – BP Stock Fund

Participant Directed Window Portfolios:                   $5,000 per portfolio/ year

| | |
|---|---|
| AE33 – BP Employee Savings Plan | AE35 – BP Direct Savings Plan |
| AE34 – BP Partnership Plan | AE43 – BP CAP |

## Portfolio Administration, Custody/Accounting (continued):

Stable Value Fund Portfolios:                             $5,000 per portfolio/ year

AE30 – Loomis

Loan Fund:                                                $5,000 per portfolio/ year

17

AE17 – Loan Fund

<u>Cash Funds:</u>                                    $5,000 per portfolio/ year

AE36 – Fidelity Clearing
AE46 – Operating

## III.  Portfolio Activity:

$6.00 per Depository Trade (DTC, FED, PTC)

## IV. Performance and Analytics:

<u>Core Equity Fund Portfolios:</u>                $650 per portfolio/ year

AE02 – Short Term Investment Fund        AE25 – Bond Index Long Duration
AE10 – Equity Index Fund                 AE26 – Balanced Index Conservative*
AE11 – Bond Index Fund                   AE27 – Balanced Index Aggressive*
AE12 – Balanced Index Moderate*          AE51 – Target Date Retirement Fund**
AE13 – Mid Cap Equity Index              AE52 – Target Date 2010 Fund**
AE14 – International Equity Index         AE53 – Target Date 2015 Fund**
AE16 – Small Cap Equity Index            AE54 – Target Date 2020 Fund**
AE18 – Equity Index Growth               AE55 – Target Date 2025 Fund**
AE19 – Equity Index Value                AE56 – Target Date 2030 Fund**
AE20 – Small Cap Equity Index Value      AE57 – Target Date 2035 Fund**
AE21 – Small Cap Equity Index Growth     AE58 – Target Date 2040 Fund**
AE22 – International Equity Index Europe  AE59 – Target Date 2045 Fund**
AE23 – International Equity Index Pacific AE60 – Target Date 2050 Fund**
AE24 – Bond Index Short Duration

## V. Other Fees:

<u>Short Term Investment Fund:</u>
An administrative/ management fee of 9 basis points for that portion of the Short Term
Investment Fund (AE02) invested in the STIF will be netted out of the yield. For all other
accounts that invest in STIF, an administrative/ management fee of 18 basis points will be
netted out of the yield.

<u>Plan Accounting:</u>
$250.00 per plan annually for each investment option.

<u>Out of Pocket Expenses</u>
Expenses such as courier, postage, transfer fees and other applicable miscellaneous charges
paid by State Street to a third party are borne by the client.

Changes to Trust Structure
This fee agreement will be effective January 1, 2008 and will remain in effect for 5 years unless mutually agreed to extend or change the agreement. Significant changes to the portfolio structure or the administrative functions will result in a revision to the fee agreement (Examples of significant changes include: adding separately managed funds).

* Balanced Index Funds not available as of the close of business July 31, 2008.
** Target Retirement Funds commence on February 1, 2008."

*     *     *     *     *

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 30ᵈ day of January, 2008.

BP CORPORATION NORTH AMERICA INC.

By: _____

Name: Richard J. Dorazil_____

Title: Vice President - HR Total Rewards, Western Hemisphere


STATE STREET BANK AND TRUST COMPANY

By: _____

Name: Rosemary McDonald_____

Title: Vice President_____

19

# FIFTEENTH AMENDMENT
## OF
### BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS
### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS, BP Corporation North America Inc. (the "Company") maintains several tax-qualified savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on January 30, 2008, and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS, pursuant to Section 15 of the Trust, a Designated Officer of the Company, or his delegate, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust, effective as of January 1, 2008, by substituting the following for Exhibit C of the Trust:

"EXHIBIT C

Trustee Fees effective January 1, 2008:

## I. **Trustee/ Custodian Charges:**

.10 Basis Points on the month end Net Asset Value

## II. **Portfolio Administration, Custody/Accounting:**

Core Equity Fund Portfolios:                              $7,500 per portfolio/ year

| AE02 – Short Term Investment Fund | AE25 – Bond Index Long Duration |
| AE10 – Equity Index Fund | AE26 – Balanced Index Conservative* |
| AE11 – Bond Index Fund | AE27 – Balanced Index Aggressive* |
| AE12 – Balanced Index Moderate* | AE51 – Target Date Retirement Fund** |
| AE13 – Mid Cap Equity Index | AE52 – Target Date 2010 Fund** |
| AE14 – International Equity Index | AE53 – Target Date 2015 Fund** |
| AE16 – Small Cap Equity Index | AE54 – Target Date 2020 Fund** |
| AE18 – Equity Index Growth | AE55 – Target Date 2025 Fund** |
| AE19 – Equity Index Value | AE56 – Target Date 2030 Fund** |
| AE20 – Small Cap Equity Index Value | AE57 – Target Date 2035 Fund** |
| AE21 – Small Cap Equity Index Growth | AE58 – Target Date 2040 Fund** |
| AE22 – International Equity Index Europe | AE59 – Target Date 2045 Fund** |
| AE23 – International Equity Index Pacific | AE60 – Target Date 2050 Fund** |
| AE24 – Bond Index Short Duration | |

Core Income Fund Portfolio:                              $7,500 per portfolio/ year

AE28 – Income Fund

Company Stock Fund:                                      $7,500 per portfolio/ year

AE01 – BP Stock Fund

Participant Directed Window Portfolios:                 $5,000 per portfolio/ year

| AE33 – BP Employee Savings Plan | AE35 – BP Direct Savings Plan |
| AE34 – BP Partnership Plan | AE43 – BP CAP |

**Portfolio Administration, Custody/Accounting (continued):**

Stable Value Fund Portfolios:                           $5,000 per portfolio/ year

AE30 – Loomis

Loan Fund:                                              $5,000 per portfolio/ year

AE17 – Loan Fund

Cash Funds:                                             $5,000 per portfolio/ year

AE36 – Fidelity Clearing
AE46 – Operating

### III. Portfolio Activity:

$6.00 per Depository Trade (DTC, FED, PTC)

### IV. Performance and Analytics:

Core Equity Fund Portfolios:                    $650 per portfolio/ year

| | |
|---|---|
| AE01 – BP Stock Fund | AE25 – Bond Index Long Duration |
| AE02 – Short Term Investment Fund | AE26 – Balanced Index Conservative* |
| AE10 – Equity Index Fund | AE27 – Balanced Index Aggressive* |
| AE11 – Bond Index Fund | AE28 – Income Fund |
| AE12 – Balanced Index Moderate* | AE51 – Target Date Retirement Fund** |
| AE13 – Mid Cap Equity Index | AE52 – Target Date 2010 Fund** |
| AE14 – International Equity Index | AE53 – Target Date 2015 Fund** |
| AE16 – Small Cap Equity Index | AE54 – Target Date 2020 Fund** |
| AE18 – Equity Index Growth | AE55 – Target Date 2025 Fund** |
| AE19 – Equity Index Value | AE56 – Target Date 2030 Fund** |
| AE20 – Small Cap Equity Index Value | AE57 – Target Date 2035 Fund** |
| AE21 – Small Cap Equity Index Growth | AE58 – Target Date 2040 Fund** |
| AE22 – International Equity Index Europe | AE59 – Target Date 2045 Fund** |
| AE23 – International Equity Index Pacific | AE60 – Target Date 2050 Fund** |
| AE24 – Bond Index Short Duration | |

### V. Other Fees:

Short Term Investment Fund:
An administrative/ management fee of 9 basis points for that portion of the Short Term Investment Fund (AE02) invested in the STIF will be netted out of the yield. For all other accounts that invest in STIF, an administrative/ management fee of 18 basis points will be netted out of the yield.

Plan Accounting:
$250.00 per plan annually for each investment option.

Out of Pocket Expenses
Expenses such as courier, postage, transfer fees and other applicable miscellaneous charges paid by State Street to a third party are borne by the client.

Changes to Trust Structure
This fee agreement will be effective January 1, 2008 and will remain in effect for 5 years unless mutually agreed to extend or change the agreement. Significant changes to the portfolio structure or the administrative functions will result in a revision to the fee agreement (Examples of significant changes include: adding separately managed funds).

\* Balanced Index Funds not available as of the close of business July 31, 2008.
\*\* Target Retirement Funds commence on February 1, 2008."

\*      \*      \*      \*      \*

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this _12ᵗʰ_ day of September, 2008.

BP CORPORATION NORTH AMERICA INC.

By: _____

Name:  Richard J. Dorazil

Title:  Vice President - HR Total Rewards, Western Hemisphere

STATE STREET BANK AND TRUST COMPANY

By: _____

Name:  Rosemary McDonald

Title:  Vice President

4

# SIXTEENTH AMENDMENT
## OF
## BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS
### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS, BP Corporation North America Inc. (the "Company") maintains several tax-qualified savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on September 16, 2008, and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS, pursuant to Section 15 of the Trust, a Designated Officer of the Company, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust, effective as of December 2, 2008, in the following particulars:

1. By substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

**CORE INVESTMENT OPTIONS**

Short-Term
        Short-Term Investment Fund

<u>Bond</u>
>
> Bond Index Fund (no longer available after 10/14/08)
> Bond Index Fund - Long Duration
> Bond Index Fund - Short Duration (no longer available after 10/14/08)
> U.S. Fixed Income Fund
> U.S. Fixed Income Fund - Short Duration

<u>Hybrid</u>
>
> Balanced Index Fund – Aggressive (no longer available after 7/31/08)
> Balanced Index Fund – Conservative (no longer available after 7/31/08)
> Balanced Index Fund – Moderate (no longer available after 7/31/08)
> Target Date Retirement Fund
> Target Date 2010
> Target Date 2015
> Target Date 2020
> Target Date 2025
> Target Date 2030
> Target Date 2035
> Target Date 2040
> Target Date 2045
> Target Date 2050

<u>Large Cap</u>
>
> Equity Index Fund (no longer available after 10/14/08)
> Equity Index Fund – Growth
> Equity Index Fund – Value
> S&P 500 Index Fund

<u>Mid Cap</u>
>
> Mid-Cap Equity Index Fund

<u>Small Cap</u>
>
> Russell 2000 Index Fund
> Small-Cap Equity Index Fund (no longer available after 10/14/08)
> Small-Cap Equity Index Fund – Growth
> Small-Cap Equity Index Fund – Value

<u>International</u>
>
> International Equity Index Fund
> International Equity Index Fund – Europe
> International Equity Index Fund – Pacific

<u>Company Stock</u>
>
> BP Stock Fund

Stable Value
    Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

Short-Term
    Fidelity Institutional Money Market Fund
    Fidelity U.S. Treasury Money Market Fund

Bond Funds
    Short-Term Bond
        Fidelity Institutional Short-Intermediate Government Fund
        Harbor Short Duration Fund
        PIMCO Low Duration Fund-Institutional Class

    Intermediate-Term Bond
        AIM Income Fund-Institutional Class
        Dodge & Cox Income Fund
        Dreyfus Premier Core Bond Fund-Class A
        Fidelity Government Income Fund
        Fidelity Investment Grade Bond Fund
        Harbor Bond Fund
        Janus Flexible Bond Fund
        Morgan Stanley Institutional Fund Trust Core Plus
            Fixed Income Portfolio- Institutional Class
        PIMCO Total Return Fund-Institutional Class
        PIMCO Total Return Fund III-Institutional Class
        T. Rowe Price Spectrum Income Fund
        T. Rowe Price U.S. Treasury Intermediate Bond Fund
        USAA GNMA Trust
        USAA Income Fund
        Wells Fargo Advantage Government Securities Fund-
            Institutional Class

    Long-Term Government
        PIMCO Long-Term U.S. Government Fund-Institutional Class

    High Yield Bond
        AIM High Yield Fund-Institutional Class
        Fidelity Capital & Income Fund
        Fidelity High Income Fund
        Morgan Stanley Institutional Fund Trust
            High Yield Portfolio-Institutional Class
        PIMCO High Yield Fund-Institutional Class

Hybrid Funds
Domestic Hybrid
Calamos Convertible Fund-Class A (closed to new investments 4/30/03)
Calvert Social Investment Fund Balanced Portfolio-Class A
Columbia Balanced Fund-Class Z
Dreyfus Founders Balanced Fund-Class F
Dreyfus Premier Balanced Fund-Class R1
Fidelity Balanced Fund
Fidelity Convertible Securities Fund
Fidelity Puritan® Fund
Janus Balanced Fund
Morgan Stanley Institutional Fund Trust
Balanced Portfolio-Institutional Class
Vanguard Asset Allocation Fund
Vanguard Wellesley Income Fund-Admiral Class
Vanguard Wellington Fund-Admiral Class

Hybrid Asset Allocation Funds
Fidelity Freedom Income Fund® (no longer available after 7/31/08)
Fidelity Freedom 2000 Fund® (no longer available after 7/31/08)
Fidelity Freedom 2010 Fund® (no longer available after 7/31/08)
Fidelity Freedom 2020 Fund® (no longer available after 7/31/08)
Fidelity Freedom 2030 Fund® (no longer available after 7/31/08)

Large Cap U.S. Stock Funds
Large Cap Value
American Century Equity Income Fund-Institutional Class
American Century Income & Growth Fund-Institutional Class
American Century Value Fund-Institutional Class
American Funds® American Mutual Fund®-Class R5
American Funds® Investment Company of America-Class R5
American Funds® Washington Mutual Investors Fund-Class R5
Credit Suisse Large Cap Value Fund-Class A
Dreyfus Premier Strategic Value Fund-Class A
Fidelity Equity-Income Fund
Fidelity Equity-Income II Fund
T. Rowe Price Equity Income Fund
T. Rowe Price Value Fund
Vanguard Equity Income Fund-Admiral Class
Vanguard Windsor Fund-Admiral Class
Vanguard Windsor II Fund-Admiral Class

Large Cap Blend
AIM Large Cap Basic Value Fund-Institutional Class
American Century Equity Growth Fund-Institutional Class

4

American Funds® Fundamental Investors Fund-Class R5
Clipper Fund
Domini Social Equity Fund-Class R
Dreyfus Appreciation Fund
Dreyfus Disciplined Stock Fund-Class R
Fidelity Disciplined Equity Fund
Fidelity Dividend Growth Fund
Fidelity Focused Stock Fund
Fidelity Fund
Legg Mason Value Trust, Inc.-Institutional Class
Neuberger Berman Socially Responsive Fund-Investor Class
PIMCO StocksPLUS Fund-Institutional Class
Putnam Investors Fund-Class Y
T. Rowe Price Dividend Growth Fund
Vanguard Growth and Income Fund-Admiral Class

Large Cap Growth
AIM Large Cap Growth Fund-Institutional Class
Alger Capital Appreciation Institutional Fund-Institutional Shares
BlackRock Fundamental Growth Fund, Inc.
Credit Suisse Large Cap Growth Fund-Common Class
Dreyfus Premier Third Century Fund, Inc.-Class Z
DWS Large Company Growth Fund-Institutional Class
Fidelity Blue Chip Growth Fund
Fidelity Capital Appreciation Fund
Fidelity Export and Multinational Fund
Fidelity Fifty®
Fidelity Growth Company Fund
Fidelity Independence Fund
Fidelity Large Cap Stock Fund
Fidelity Trend Fund
Fidelity OTC Portfolio
Harbor Capital Appreciation Fund
Janus Fund
Janus Growth and Income Fund
Janus Twenty Fund
Morgan Stanley Institutional Fund
    U.S. Large Cap Growth Portfolio-Class A
Pioneer Growth Leader Fund-Class A
T. Rowe Price Blue Chip Growth Fund
T. Rowe Price Growth Stock Fund
USAA Growth Fund
Vanguard PRIMECAP Fund-Admiral Class
Vanguard U.S. Growth Fund-Admiral Class
Wells Fargo Advantage Growth Fund-Institutional Class

Wells Fargo Advantage Large Cap Growth Fund-Investor Class

Medium Cap U.S. Stock Funds
  Medium Cap Value
    Fidelity Value Fund
    Franklin Balance Sheet Investment Fund-Advisor Class

  Medium Cap Blend
    Ariel Appreciation Fund
    Credit Suisse Mid-Cap Growth Fund-Common Shares
    Legg Mason Special Investment Trust- Institutional Class
    Wells Fargo Advantage Opportunity Fund-Administrator Class

  Medium Cap Growth
    AIM Dynamics Fund-Institutional Class
    Alger MidCap Growth Institutional Fund-Institutional Class
    Baron Asset Fund
    Columbia Acorn Fund-Class Z
    Delaware Trend Fund-Institutional Class
    Fidelity Aggressive Growth Fund
    Fidelity Mid-Cap Stock Fund
    Franklin Small-Mid Cap Growth Fund-Advisor Class
    Morgan Stanley Institutional Fund Trust
        Mid Cap Growth Portfolio-Institutional Class
    T. Rowe Price Mid Cap Growth Fund

Small Cap U.S. Stock Funds
  Small Cap Value
    Allianz NFJ Small Cap Value Fund-Institutional Class
    Credit Suisse Small Cap Value Fund-Common Shares
    Morgan Stanley Institutional Fund Trust
        U.S. Small Cap Value Portfolio-Institutional Class

  Small Cap Blend
    Managers Special Equity Fund-Institutional Class
    Neuberger Berman Genesis Fund-Institutional Class
    T. Rowe Price Small-Cap Stock Fund

  Small Cap Growth
    Alger Small Cap Institutional Fund-Institutional Class
    Allianz CCM Emerging Companies Fund-Institutional Class
    Baron Growth Fund
    Dreyfus Founders Discovery Fund-Class F
    Fidelity Small Cap Independence Fund
    Morgan Stanley Institutional Fund

Small Company Growth Portfolio-Class A

Specialty U.S. Stock Funds
Specialty-Health Care
T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
T. Rowe Price New Era Fund

Specialty-Real Estate
Cohen & Steers Realty Shares
Fidelity Real Estate Investment Portfolio

Specialty-Technology
Munder Internet Fund-Class Y
Old Mutual Technology & Communications Fund-Class Z

Specialty-Utilities
AIM Utilities Fund-Institutional Class
Fidelity Utilities Fund

International Stock Funds
World Stock
AIM Global Growth Fund-Class A
American Funds® Capital World Growth and Income Fund® -Class R5
American Funds® New Perspective Fund® -Class R5
Dreyfus Premier Worldwide Growth Fund-Class R
Janus Worldwide Fund
Mutual Discovery Fund-Class Z
Putnam Global Equity Fund-Class Y
Templeton Growth Fund-Advisor Class
Templeton World Fund-Advisor Class

Foreign Stock
American Century International Growth Fund-Institutional Class
Credit Suisse International Focus Fund-Common Class
DWS International Fund-Institutional Class
Fidelity Aggressive International Fund
Fidelity Diversified International Fund
Fidelity Emerging Markets Fund
Fidelity Global Balanced Fund
Fidelity International Discovery Fund
Fidelity New Markets Income Fund
Fidelity Overseas Fund
J.P. Morgan Fleming International Value Fund-Institutional Class

7

Lazard Emerging Markets Portfolio-Institutional Class
Lazard International Equity Portfolio-Institutional Class
Managers International Equity Fund
Putnam International Equity Fund-Class Y
Templeton Developing Markets Trust-Advisor Class
Templeton Foreign Fund-Advisor Class
Templeton Institutional Funds-Emerging Markets Series-Institutional Class

Foreign Bond Funds
Payden & Rygel Global Fixed Income Fund-Class R
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class

Europe Stock
AIM European Growth Fund-Investor Class
BlackRock EuroFund-Class I
Fidelity Europe Capital Appreciation Fund
Fidelity Europe Fund
Putnam Europe Equity Fund-Class Y
T. Rowe Price European Stock Fund

Latin America Stock
DWS Latin America Fund-Class S
Fidelity Latin America Fund
T. Rowe Price Latin America Fund

Pacific Stock
AIM Asian Pacific Growth Fund-Class A
BlackRock Pacific Fund-Class 1
Fidelity Pacific Basin Fund
Fidelity Southeast Asia Fund

Japan Stock
Fidelity Japan Fund
The Japan Fund, Inc.-Class S

## INVESTMENT OPTIONS FOR THE
## BP EMPLOYEE SAVINGS PLAN OF PUERTO RICO

Short-Term
Short-Term Investment Fund

Bond
Bond Index Fund (no longer available after 10/14/08)
U.S. Fixed Income Fund
U.S. Fixed Income Fund - Short Duration

Hybrid
    Balanced Index Fund – Aggressive (no longer available after 7/31/08)
    Balanced Index Fund – Conservative (no longer available after 7/31/08)
    Balanced Index Fund – Moderate (no longer available after 7/31/08)
    Target Date Retirement Fund
    Target Date 2010
    Target Date 2015
    Target Date 2020
    Target Date 2025
    Target Date 2030
    Target Date 2035
    Target Date 2040
    Target Date 2045
    Target Date 2050

Large-Cap
    Equity Index Fund (no longer available after 10/14/08)
    S&P 500 Index Fund

Mid-Cap
    Mid-Cap Equity Index Fund

Small-Cap
    Russell 2000 Index Fund
    Small-Cap Equity Index Fund (no longer available after 10/14/08)

International
    International Equity Index Fund"

2. By substituting the following for Exhibit C of the Trust:

"EXHIBIT C

Trustee Fees

# I. Trustee/ Custodian Charges:

.10 Basis Points on the month end Net Asset Value

# II. Portfolio Administration, Custody/Accounting:

Core Equity Fund Portfolios:                $7,500 per portfolio/ year

AE02 – Short Term Investment Fund     AE25 – Bond Index Long Duration

AE10 – Equity Index Fund***
AE11 – Bond Index Fund***
AE12 – Balanced Index Moderate*
AE13 – Mid Cap Equity Index
AE14 – International Equity Index
AE16 – Small Cap Equity Index***
AE18 – Equity Index Growth
AE19 – Equity Index Value
AE20 – Small Cap Equity Index Value
AE21 – Small Cap Equity Index Growth
AE22 – International Equity Index Europe
AE23 – International Equity Index Pacific
AE24 – Bond Index Short Duration***
AE62 - Russell 2000 Index Fund****
AE64 - U.S. Fixed Income Fund - Short Duration****

AE26 – Balanced Index Conservative*
AE27 – Balanced Index Aggressive*
AE51 – Target Date Retirement Fund**
AE52 – Target Date 2010 Fund**
AE53 – Target Date 2015 Fund**
AE54 – Target Date 2020 Fund**
AE55 – Target Date 2025 Fund**
AE56 – Target Date 2030 Fund**
AE57 – Target Date 2035 Fund**
AE58 – Target Date 2040 Fund**
AE59 – Target Date 2045 Fund**
AE60 – Target Date 2050 Fund**
AE61 - S&P 500 Index Fund****
AE63 - U.S. Fixed Income Fund****

Core Income Fund Portfolio:                    $7,500 per portfolio/ year

AE28 – Income Fund

Company Stock Fund:                            $7,500 per portfolio/ year

AE01 – BP Stock Fund

Participant Directed Window Portfolios:        $5,000 per portfolio/ year

AE33 – BP Employee Savings Plan               AE35 – BP Direct Savings Plan
AE34 – BP Partnership Plan                    AE43 – BP CAP

**Portfolio Administration, Custody/Accounting (continued):**

Stable Value Fund Portfolios:                  $5,000 per portfolio/ year

AE30 – Loomis

Loan Fund:                                     $5,000 per portfolio/ year

AE17 – Loan Fund

Cash Funds:                                    $5,000 per portfolio/ year

AE36 – Fidelity Clearing
AE46 – Operating

## III. **Portfolio Activity:**

$6.00 per Depository Trade (DTC, FED, PTC)

## IV. Performance and Analytics:

Core Equity Fund Portfolios:                          $650 per portfolio/ year

| | |
|---|---|
| AE01 – BP Stock Fund | AE25 – Bond Index Long Duration |
| AE02 – Short Term Investment Fund | AE26 – Balanced Index Conservative* |
| AE10 – Equity Index Fund*** | AE27 – Balanced Index Aggressive* |
| AE11 – Bond Index Fund*** | AE28 – Income Fund |
| AE12 – Balanced Index Moderate* | AE51 – Target Date Retirement Fund** |
| AE13 – Mid Cap Equity Index | AE52 – Target Date 2010 Fund** |
| AE14 – International Equity Index | AE53 – Target Date 2015 Fund** |
| AE16 – Small Cap Equity Index*** | AE54 – Target Date 2020 Fund** |
| AE18 – Equity Index Growth | AE55 – Target Date 2025 Fund** |
| AE19 – Equity Index Value | AE56 – Target Date 2030 Fund** |
| AE20 – Small Cap Equity Index Value | AE57 – Target Date 2035 Fund** |
| AE21 – Small Cap Equity Index Growth | AE58 – Target Date 2040 Fund** |
| AE22 – International Equity Index Europe | AE59 – Target Date 2045 Fund** |
| AE23 – International Equity Index Pacific | AE60 – Target Date 2050 Fund** |
| AE24 – Bond Index Short Duration*** | AE61 - S&P 500 Index Fund**** |
| AE62 - Russell 2000 Index Fund**** | AE63 - U.S. Fixed Income Fund**** |
| AE64 - U.S. Fixed Income Fund - Short Duration**** | |

## V. Other Fees:

Short Term Investment Fund:
An administrative/ management fee of 9 basis points for that portion of the Short Term Investment Fund (AE02) invested in the STIF will be netted out of the yield. For all other accounts that invest in STIF, an administrative/ management fee of 18 basis points will be netted out of the yield.

Plan Accounting:
$250.00 per plan annually for each investment option.

Out of Pocket Expenses
Expenses such as courier, postage, transfer fees and other applicable miscellaneous charges paid by State Street to a third party are borne by the client.

Changes to Trust Structure
This fee agreement will be effective January 1, 2008 and will remain in effect for 5 years unless mutually agreed to extend or change the agreement. Significant changes to the

portfolio structure or the administrative functions will result in a revision to the fee agreement (Examples of significant changes include: adding separately managed funds).

\*        Balanced Index Funds not available as of the close of business July 31, 2008.
\*\*      Target Retirement Funds commence on February 1, 2008.
\*\*\*    Funds not available as of the close of business on October 14, 2008.
\*\*\*\* Funds commence on December 2, 2008."

\*     \*     \*     \*     \*

        IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this __1st__ day of December, 2008.

BP CORPORATION NORTH AMERICA INC.

By: _____

Name: Richard J. Dorazil

Title: Vice President - HR Total Rewards, Western Hemisphere


STATE STREET BANK AND TRUST COMPANY *AS TRUSTEE*

By: _____

Name: JEANNE LOPEZ

Title: VICE PRESIDENT

## SEVENTEENTH AMENDMENT
## OF
## BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS
### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS,  BP Corporation North America Inc. (the "Company") maintains several tax-qualified  savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on December 2, 2008, and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS,  pursuant to Section 15 of the Trust, a Designated Officer of the Company, or his delegate, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust, effective as of September 1, 2009, in the following particulars:

1.  By substituting the following for Exhibit B of the Trust:

"EXHIBIT B

Investment Funds

### CORE INVESTMENT OPTIONS

Short-Term
        Short-Term Investment Fund

Bond
>Bond Index Fund (frozen on 10/14/08)
>Bond Index Fund - Long Duration (to be frozen on 12/31/09 and eliminated 8/31/10)
>Bond Index Fund - Short Duration (frozen on 10/14/08)
>U.S. Fixed Income Fund
>U.S. Fixed Income Fund – Short Duration
>U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund (available 9/1/09)

Hybrid
>Target Date Retirement Fund
>Target Date 2010 (eliminated on 7/6/09)
>Target Date 2015
>Target Date 2020
>Target Date 2025
>Target Date 2030
>Target Date 2035
>Target Date 2040
>Target Date 2045
>Target Date 2050

Large Cap
>Equity Index Fund (frozen on 10/14/08)
>Equity Index Fund – Growth
>Equity Index Fund – Value
>S&P 500 Index Fund

Mid Cap
>Mid-Cap Equity Index Fund (to be frozen on 12/31/09 and eliminated 8/31/10)

Small Cap
>Russell 2000 Index Fund
>Small-Cap Equity Index Fund (frozen on 10/14/08)
>Small-Cap Equity Index Fund – Growth (to be frozen on 12/31/09 and eliminated 8/31/10)
>Small-Cap Equity Index Fund – Value (to be frozen on 12/31/09 and eliminated 8/31/10)

International
>International Equity Index Fund
>International Equity Index Fund – Europe  (to be frozen on 12/31/09 and eliminated 8/31/10)
>International Equity Index Fund – Pacific (to be frozen on 12/31/09 and eliminated 8/31/10)
>Emerging Markets Index Fund (available 9/1/09)
>World Government Bond Index Fund – ex U.S. (available 9/1/09)

Company Stock
   BP Stock Fund

Stable Value
   Income Fund

## MUTUAL FUND WINDOW INVESTMENT OPTIONS

**The mutual fund window is closed to new investments, ongoing contributions and exchanges, effective December 31, 2009. The mutual fund window will be eliminated as investment options effective August 31, 2010.**

Short-Term

   Fidelity Institutional Money Market Fund

   Fidelity U.S. Treasury Money Market Fund

Bond Funds

   Short-Term Bond

      Fidelity Institutional Short-Intermediate Government Fund

      Harbor Short Duration Fund-Institutional Class

      PIMCO Low Duration Fund-Institutional Class

   Intermediate-Term Bond

      AIM Income Fund-Institutional Class

      Dodge & Cox Income Fund

      Fidelity Government Income Fund

      Fidelity Investment Grade Bond Fund

      Harbor Bond Fund

      Janus Flexible Bond Fund

      Morgan Stanley Institutional Fund Trust Core Plus

         Fixed Income Portfolio-Class I

      PIMCO Total Return Fund-Institutional Class

PIMCO Total Return Fund III-Institutional Class

T. Rowe Price Spectrum Income Fund

T. Rowe Price U.S. Treasury Intermediate Bond Fund

USAA GNMA Trust

USAA Income Fund

Wells Fargo Advantage Government Securities Fund-
Institutional Class

Long-Term Government

PIMCO Long-Term U.S. Government Fund-Institutional Class

High Yield Bond

AIM High Yield Fund-Institutional Class

Fidelity Capital & Income Fund

Fidelity High Income Fund

PIMCO High Yield Fund-Institutional Class I

Hybrid Funds

Domestic Hybrid

Calamos Convertible Fund

Calvert Social Investment Fund Balanced Portfolio-Class A

Columbia Balanced Fund-Class Z

Fidelity Balanced Fund-Class K

Fidelity Convertible Securities Fund

Fidelity Puritan® Fund-Class K

Janus Balanced Fund

Morgan Stanley Institutional Fund Trust
Balanced Portfolio- Class I

Vanguard Asset Allocation Fund-Investor Shares

Vanguard Wellesley Income Fund-Admiral Class

4

Vanguard Wellington Fund-Admiral Class

Large Cap U.S. Stock Funds

    Large Cap Value

American Century Equity Income Fund-Institutional Class

American Century Income & Growth Fund-Institutional Class

American Century Value Fund-Institutional Class

American Funds® American Mutual Fund®-Class R6

American Funds® Investment Company of America-Class R6

American Funds® Washington Mutual Investors Fund-Class R6

Credit Suisse Large Cap Value Fund-Class A

Dreyfus Strategic Value Fund-Class I

Fidelity Equity-Income Fund-Class K

Fidelity Equity-Income II Fund-Class K

T. Rowe Price Equity Income Fund

T. Rowe Price Value Fund

Vanguard Equity Income Fund-Admiral Class

Vanguard Windsor Fund-Admiral Class

Vanguard Windsor II Fund-Admiral Class

    Large Cap Blend

AIM Large Cap Basic Value Fund-Institutional Class

American Century Equity Growth Fund-Institutional Class

American Funds® Fundamental Investors Fund-Class R6

Clipper Fund

Domini Social Equity Fund-Class R

Dreyfus Appreciation Fund

Dreyfus Disciplined Stock Fund

Fidelity Disciplined Equity Fund-Class K

Fidelity Dividend Growth Fund-Class K

Fidelity Focused Stock Fund

Fidelity Fund-Class K

Legg Mason Value Trust, Inc.-Institutional Class

Neuberger Berman Socially Responsive Fund-Investor Class

PIMCO StocksPLUS Fund-Institutional Class

Putnam Investors Fund-Class Y

T. Rowe Price Dividend Growth Fund

Vanguard Growth and Income Fund-Admiral Class

Large Cap Growth

AIM Large Cap Growth Fund-Institutional Class

Alger Capital Appreciation Institutional Fund-Institutional Shares

BlackRock Fundamental Growth Fund, Inc.

Credit Suisse Large Cap Growth Fund-Common Class

Dreyfus Equity Growth Fund-Class I

Dreyfus Third Century Fund, Inc.-Class I

DWS Large Company Growth Fund-Institutional Class

Fidelity Blue Chip Growth Fund-Class K

Fidelity Capital Appreciation Fund-Class K

Fidelity Export and Multinational Fund

Fidelity Fifty®

Fidelity Growth Company Fund-Class K

Fidelity Independence Fund-Class K

Fidelity Large Cap Stock Fund

Fidelity Trend Fund

Fidelity OTC Portfolio-Class K

Harbor Capital Appreciation Fund

Janus Fund

Janus Growth and Income Fund

Janus Twenty Fund

Morgan Stanley Institutional Fund
      Capital Growth Fund-Class I

Pioneer Growth Leader Fund-Class A

T. Rowe Price Blue Chip Growth Fund

T. Rowe Price Growth Stock Fund

USAA Growth Fund

Vanguard PRIMECAP Fund-Admiral Class

Vanguard U.S. Growth Fund-Admiral Class

Wells Fargo Advantage Growth Fund-Institutional Class

Wells Fargo Advantage Large Cap Growth Fund-Investor Class

## Medium Cap U.S. Stock Funds

Medium Cap Value

    Fidelity Value Fund-Class K

    Franklin Balance Sheet Investment Fund- Advisor Class

Medium Cap Blend

    Ariel Appreciation Fund

    Credit Suisse Mid-Cap Core Fund-Common Shares

    Legg Mason Special Investment Trust-Institutional Class

    Wells Fargo Advantage Opportunity Fund-Admin Class

Medium Cap Growth

    AIM Dynamics Fund-Institutional Class

    Alger MidCap Growth Institutional Fund-Institutional Class

    Baron Asset Fund

    Columbia Acorn Fund-Class Z

    Delaware Trend Fund-Institutional Class

    Fidelity Growth Strategies Fund-Class K

    Fidelity Mid-Cap Stock Fund-Class K

Franklin Small-Mid Cap Growth Fund-Advisor Class

Morgan Stanley Institutional Fund Trust

Mid Cap Growth Portfolio- Class I

T. Rowe Price Mid Cap Growth Fund

## Small Cap U.S. Stock Funds

Small Cap Value

Allianz NFJ Small Cap Value Fund-Institutional Class

Morgan Stanley Institutional Fund Trust

U.S. Small Cap Value Portfolio-Class I

Small Cap Blend

Credit Suisse US Equity Flexible Income

Managers Special Equity Fund-Institutional Class

Neuberger Berman Genesis Fund-Institutional Class

T. Rowe Price Small-Cap Stock Fund

Small Cap Growth

Alger Small Cap Growth Institutional Fund-Institutional Class

Allianz CCM Emerging Companies Fund-Institutional Class

Baron Growth Fund

Dreyfus Founders Discovery Fund-Class I

Fidelity Small Cap Independence Fund

Morgan Stanley Institutional Fund

Small Company Growth Portfolio-Class I

## Specialty U.S. Stock Funds

Specialty-Health Care

T. Rowe Price Health Sciences Fund

Specialty-Natural Resources
>    T. Rowe Price New Era Fund

Specialty-Real Estate
>    Cohen & Steers Realty Shares
>    Fidelity Real Estate Investment Portfolio

Specialty-Technology
>    Munder Internet Fund-Class Y
>    Old Mutual Technology & Communications Fund-Institutional Class

Specialty-Utilities
>    AIM Utilities Fund-Institutional Class
>    Fidelity Telecom and Utilities Fund

International Stock Funds

World Stock
>    AIM Global Growth Fund-Class I
>    American Funds® Capital World Growth and Income Fund® -Class R6
>    American Funds® New Perspective Fund® -Class R6
>    Dreyfus Worldwide Growth Fund-Class I
>    Janus Worldwide Fund
>    Mutual Global Discovery Fund-Class Z
>    Putnam Global Equity Fund-Class Y
>    Templeton Growth Fund-Advisor Class
>    Templeton World Fund-Advisor Class

Foreign Stock and Bond Funds
>    American Century International Growth Fund-Institutional Class

DWS International Equity Fund-Institutional Class

Fidelity International Capital Appreciation Fund

Fidelity Diversified International Fund-Class K

Fidelity Emerging Markets Fund-Class K

Fidelity Global Balanced Fund

Fidelity International Discovery Fund-Class K

Fidelity New Markets Income Fund

Fidelity Overseas Fund-Class K

J.P. Morgan Fleming International Value Fund-Institutional Class

Lazard Emerging Markets Portfolio-Institutional Class

Lazard International Equity Portfolio-Institutional Class

Managers International Equity Fund

Payden & Rygel Global Fixed Income Fund

PIMCO Foreign Bond Fund (U.S. Dollar-Hedged)-Institutional Class

Putnam International Equity Fund-Class Y

Templeton Foreign Fund-Advisor Class

Templeton Institutional Funds, Inc.-Emerging Markets Series-Institutional Class

Europe Stock

AIM European Growth Fund-Investor Class

BlackRock EuroFund-Class I

Fidelity Europe Capital Appreciation Fund

Fidelity Europe Fund

Putnam Europe Equity Fund-Class Y

T. Rowe Price European Stock Fund

Latin America Stock

DWS Latin America Fund-Class S

Fidelity Latin America Fund

T. Rowe Price Latin America Fund

Pacific Stock

AIM Asia Pacific Growth Fund-Class A

Fidelity Pacific Basin Fund

Fidelity Southeast Asia Fund

BlackRock Pacific Fund-Class I

Japan Stock

Fidelity Japan Fund

The Japan Fund, Inc.- Class S

## INVESTMENT OPTIONS FOR THE
## BP EMPLOYEE SAVINGS PLAN OF PUERTO RICO

Short-Term
Short-Term Investment Fund

Bond
Bond Index Fund (frozen on 10/14/08)
U.S. Fixed Income Fund
U.S. Fixed Income Fund – Short Duration
U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund (available
9/1/09)

Hybrid
Target Date 2010 (eliminated 7/6/09)
Target Date 2015
Target Date 2020
Target Date 2025
Target Date 2030
Target Date 2035
Target Date 2040
Target Date 2045
Target Date 2050
Target Date Retirement Fund

Large-Cap
Equity Index Fund (frozen on10/14/08)
S&P 500 Index Fund

Equity Index Fund – Value (available 9/1/09)
Equity Index Fund – Growth (available 9/1/09)

<u>Mid-Cap</u>
Mid-Cap Equity Index Fund (to be frozen on 12/31/09 and eliminated 8/31/2010)

<u>Small-Cap</u>
Russell 2000 Index Fund
Small-Cap Equity Index Fund (frozen on 10/14/08)

<u>International</u>
International Equity Index Fund
Emerging Markets Index Fund (available 9/1/09)
World Government Bond Index Fund – ex U.S. (available 9/1/09)"


2. By substituting the following for Exhibit C of the Trust:

"EXHIBIT C

Trustee Fees

## I. **Trustee/Custodian Charges:**

.10 Basis Points on the month end Net Asset Value


## II. **Portfolio Administration, Custody/Accounting:**

| Core Equity Fund Portfolios: | $7,500 per portfolio/year |
|---|---|
| AE02 – Short Term Investment Fund | AE25 – Bond Index Long Duration**** |
| AE10 – Equity Index Fund* | AE11 – Bond Index Fund* |
| AE51 – Target Date Retirement Fund | |
| AE13 – Mid Cap Equity Index**** | AE52 – Target Date 2010 Fund** |
| AE14 – International Equity Index | AE53 – Target Date 2015 Fund |
| AE16 – Small Cap Equity Index* | AE54 – Target Date 2020 Fund |
| AE18 – Equity Index Growth | AE55 – Target Date 2030 Fund |
| AE20 – Small Cap Equity Index Value**** | AE57 – Target Date 2035 Fund |
| AE21 – Small Cap Equity Index Growth**** | AE58 – Target Date 2040 Fund |
| AE22 – International Equity Index Europe**** | AE59 – Target Date 2045 Fund |
| AE23 – International Equity Index Pacific**** | AE60- Target Date 2050 Fund |

AE24 – Bond Index Short Duration*          AE61 – S&P 500 Index Fund

AE62 – Russell 2000 Index Fund            AE63 – U.S. Fixed Income Fund

AE64- U.S. Fixed Income Fund – Short Duration

AE65 – U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund***

AE66 – World Government Bond Index Fund – ex U.S.***

AE67 – Emerging Markets Index Fund***


Core Income Fund Portfolio:               $7,500 per portfolio/ year

AE28 – Income Fund

Company Stock Fund:                       $7,500 per portfolio/ year

AE01 – BP Stock Fund

Participant Directed Window Portfolios:    $5,000 per portfolio/ year

AE33 – BP Employee Savings Plan           AE35 – BP Direct Savings Plan

AE34 – BP Partnership Plan                AE43 – BP CAP

**Portfolio Administration, Custody/Accounting (continued):**

Stable Value Fund Portfolios:             $5,000 per portfolio/ year

AE30 – Loomis

Loan Fund:                                $5,000 per portfolio/ year

AE17 – Loan Fund

Cash Funds:                               $5,000 per portfolio/ year

AE36 – Fidelity Clearing

AE46 – Operating

## III.  **Portfolio Activity**:

$6.00 per Depository Trade (DTC, FED, PTC)

## IV. **Performance and Analytics:**

Core Equity Fund Portfolios:                    $650 per portfolio/ year

AE01 – BP Stock Fund                            AE25 – Bond Index Long Duration****
AE02 – Short Term Investment Fund               AE10 – Equity Index Fund*
AE11 – Bond Index Fund*                         AE28 – Income Fund
                                                AE51 – Target Date Retirement Fund
AE13 – Mid Cap Equity Index****                 AE52 – Target Date 2010 Fund••
AE14 – International Equity Index               AE53 – Target Date 2015 Fund
AE16 – Small Cap Equity Index*                  AE54 – Target Date 2020 Fund
AE18 – Equity Index Growth                      AE55 – Target Date 2025 Fund
AE19 – Equity Index Value                       AE56 – Target Date 2030 Fund
AE20 – Small Cap Equity Index Value****         AE57 – Target Date 2035 Fund
AE21 – Small Cap Equity Index Growth****        AE58 – Target Date 2040 Fund
AE22 – International Equity Index Europe****     AE59 – Target Date 2045 Fund
AE23 – International Equity Index Pacific****    AE60 – Target Date 2050 Fund
AE24 – Bond Index Short Duration*               AE61 – S&P 500 Index Fund
AE62 – Russell 2000 Index Fund                  AE63 – U.S. Fixed Income Fund
AE64 – U.S. Fixed Income Fund – Short Duration
AE65 – U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund***
AE66 – World Government Bond Index Fund – ex U.S.***
AE67 – Emerging Markets Index Fund***

## V. **Other Fees:**

Short Term Investment Fund:
An administrative/management fee of 9 basis points for that portion of the Short Term Investment Fund (AE02) invested in the STIF will be netted out of the yield. For all other accounts that invest in STIF, an administrative/management fee of 18 basis points will be netted out of the yield.

Plan Accounting:
$250.00 per plan annually for each investment option.

Out of Pocket Expenses
Expenses such as courier, postage, transfer fees and other applicable miscellaneous charges paid by State Street to a third party are borne by the client.

Changes to Trust Structure
This fee agreement will be effective January 1, 2008 and will remain in effect for 5 years unless mutually agreed to extend or change the agreement. Significant changes to the portfolio structure or the administrative functions will result in a revision to the fee agreement (Examples of significant changes include: adding separately managed funds).

\*      Funds frozen to new contributions on October 14, 2008.
\*\*     Eliminated July 6, 2009.
\*\*\*    Funds commence on September 1, 2009.
\*\*\*\*   Fund frozen to new contribution and exchanges December 31, 2009 and eliminated
August 31, 2010."

\*      \*      \*      \*      \*

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 27 day of August, 2009.

BP CORPORATION NORTH AMERICA INC.

By: _____

Name: Richard J. Dorazil _____

Title: Vice President - HR Total Reward, Western Hemisphere _____

STATE STREET BANK AND TRUST COMPANY
AS TRUSTEE

By: _____

Name: Carey Loftus _____

Title: Vice President _____

15

# EIGHTEENTH AMENDMENT
## OF
## BP MASTER TRUST FOR EMPLOYEE SAVINGS PLANS
### (As Amended and Restated Effective as of April 6, 2000)

WHEREAS, BP Corporation North America Inc. (the "Company") maintains several tax-qualified savings plans, which plans are funded through the BP Master Trust for Employee Savings Plans (the "Trust");

WHEREAS, the Trust was last amended on September 1, 2009 and further amendment of the Trust is now considered desirable;

WHEREAS, pursuant to Section 17 of the Trust, the Trust can be amended upon the agreement of the Company and the Trustee;

WHEREAS, pursuant to Section 15 of the Trust, a Designated Officer of the Company, or his delegate, has the authority to amend the Trust on behalf of the Company; and

WHEREAS, in all other respects, the Trust, as amended, will continue in full force and effect.

NOW, THEREFORE, the Company and the Trustee hereby amend the Trust, effective as of September 1, 2010, in the following particulars:

1. By substituting the following for Exhibit B of the Trust:

"EXHIBIT B"

Investment Funds

## CORE INVESTMENT OPTIONS

Short-Term
        Short-Term Investment Fund

Bond

    U.S. Fixed Income Fund
    U.S. Fixed Income Fund – Short Duration
    U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund

Hybrid

    Target Date Retirement Fund
    Target Date 2015
    Target Date 2020
    Target Date 2025
    Target Date 2030
    Target Date 2035
    Target Date 2040
    Target Date 2045
    Target Date 2050
    Target Date 2055 (to be added as soon as operationally feasible)

Large Cap

    Equity Index Fund – Growth
    Equity Index Fund – Value
    S&P 500 Index Fund

Small Cap

    Russell 2000 Index Fund

International

    International Equity Index Fund
    Emerging Markets Index Fund
    World Government Bond Index Fund – ex U.S.

Company Stock

    BP Stock Fund

Stable Value

    Income Fund

## INVESTMENT OPTIONS FOR THE
## BP EMPLOYEE SAVINGS PLAN OF PUERTO RICO

Short-Term

    Short-Term Investment Fund

BPGOM ERISA 0001892

<u>Bond</u>
  U.S. Fixed Income Fund
  U.S. Fixed Income Fund – Short Duration
  U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund

<u>Hybrid</u>
  Target Date 2015
  Target Date 2020
  Target Date 2025
  Target Date 2030
  Target Date 2035
  Target Date 2040
  Target Date 2045
  Target Date 2050
  Target Date 2055 (to be added as soon as operationally feasible)
  Target Date Retirement Fund

<u>Large-Cap</u>
  S&P 500 Index Fund
  Equity Index Fund – Growth
  Equity Index Fund   Value

<u>Small-Cap</u>
  Russell 2000 Index Fund

<u>International</u>
  International Equity Index Fund
  Emerging Markets Index Fund
  World Government Bond Index Fund – ex U.S.

2. By substituting the following for Exhibit C of the Trust:

"EXHIBIT C"

Trustee Fees

**I. <u>Trustee/Custodian Charges:</u>**

 .10 Basis Points on the month end Net Asset Value

3

BPGOM ERISA 0001893

## II. **Portfolio Administration, Custody/Accounting**:

<u>Core Equity Fund Portfolios:</u>                    $7,500 per portfolio/year

| | |
|---|---|
| AE02 – Short Term Investment Fund | AE63 – U.S. Fixed Income Fund |
| AE14   International Equity Index | AE64- U.S. Fixed Income Fund – Short Duration |
| AE18 – Equity Index - Growth | AE65 – U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund |
| AE19 – Equity Index - Value | AE66 – World Government Bond Index Fund – ex U.S. |
| AE61 – S&P 500 Index Fund | AE67 – Emerging Markets Index Fund |
| AE62 – Russell 2000 Index Fund | AE51 – Target Date Retirement Fund |
| AE53 – Target Date 2015 Fund | AE54 – Target Date 2020 Fund |
| AE55 – Target Date 2025 Fund | AE56 – Target Date 2030 Fund |
| AE57   Target Date 2035 Fund | AE58 – Target Date 2040 Fund |
| AE59 – Target Date 2045 Fund | AE60- Target Date 2050 Fund |
| TBD – Target Date 2055 Fund (to be added as soon as operational feasible) | |

<u>Core Income Fund Portfolio:</u>                    $7,500 per portfolio/ year

AE28 – Income Fund

<u>Company Stock Fund:</u>                    $7,500 per portfolio/ year

AE01 – BP Stock Fund

<u>Stable Value Fund Portfolios:</u>                    $5,000 per portfolio/ year

AE30 – Loomis

<u>Loan Fund:</u>                    $5,000 per portfolio/ year

AE17 – Loan Fund

<u>Cash Funds:</u>                    $5,000 per portfolio/ year

AE36 – Fidelity Clearing
AE46 – Operating

## III. **Portfolio Activity**:

$6.00 per Depository Trade (DTC, FED, PTC)

4

BPGOM ERISA 0001894

## IV. Performance and Analytics:

Core Equity Fund Portfolios:                    $650 per portfolio/ year

| | |
|---|---|
| AE01 – BP Stock Fund | AE28 – Income Fund |
| AE02 – Short Term Investment Fund | AE63 – U.S. Fixed Income Fund |
| AE14 – International Equity Index | AE64- U.S. Fixed Income Fund – Short Duration |
| AE18 – Equity Index - Growth | AE65 – U.S. Treasury Inflation Protected Securities (TIPS) Bond Fund |
| AE19 – Equity Index - Value | AE66 – World Government Bond Index Fund – ex U.S. |
| AE61 – S&P 500 Index Fund | AE67 – Emerging Markets Index Fund |
| AE62 – Russell 2000 Index Fund | AE51 – Target Date Retirement Fund |
| AE53 – Target Date 2015 Fund | AE54 – Target Date 2020 Fund |
| AE55 – Target Date 2025 Fund | AE56 – Target Date 2030 Fund |
| AE57 – Target Date 2035 Fund | AE58 – Target Date 2040 Fund |
| AE59   Target Date 2045 Fund | AE60- Target Date 2050 Fund |
| TBD – Target Date 2055 Fund (to be added as soon as operational feasible) | |

## V. Other Fees:

Short Term Investment Fund:
An administrative/management fee of 9 basis points for that portion of the Short Term Investment Fund (AE02) invested in the STIF will be netted out of the yield. For all other accounts that invest in STIF, an administrative/management fee of 18 basis points will be netted out of the yield.

Plan Accounting:
$250.00 per plan annually for each investment option.

Out of Pocket Expenses
Expenses such as courier, postage, transfer fees and other applicable miscellaneous charges paid by State Street to a third party are borne by the client.

Changes to Trust Structure
This fee agreement will be effective January 1, 2008 and will remain in effect for 5 years unless mutually agreed to extend or change the agreement. Significant changes to the portfolio structure or the administrative functions will result in a revision to the fee agreement (Examples of significant changes include: adding separately managed funds).

BPGOM ERISA 0001895

\*     \*     \*     \*     \*

IN WITNESS WHEREOF, the Company and the Trustee have caused this amendment to be executed this 27ᵗʰ day of August, 2010.

BP CORPORATION NORTH AMERICA INC.

By: _____

Name: Richard J. Dorazil

Title: Vice President - HR Total Rewards, Western Hemisphere


STATE STREET BANK AND TRUST COMPANY
AS TRUSTEE

By: _____

Name: Carey Loftus

Title: Vice President

6