EXHIBIT P

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 6-K

Report of Foreign Private Issuer

**Pursuant to Rule 13a-16 or 15d-16 of
the Securities Exchange Act of 1934**

for the period ended 31 March 2011
Commission File Number 1-06262

# BP p.l.c.
(Translation of registrant's name into English)

1 ST JAMES'S SQUARE, LONDON, SW1Y 4PD, ENGLAND
(Address of principal executive offices)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☑     Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): _____

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): _____

Indicate by check mark whether by furnishing the information contained in this Form, the registrant is also thereby furnishing the information to the Commission pursuant to Rule 12g3-2(b) under the Securities Exchange Act of 1934.

Yes ☐     No ☑

If "Yes" is marked, indicate below the file number assigned to the registrant in connection with Rule 12g3-2(b): 82- _____

THIS REPORT ON FORM 6-K SHALL BE DEEMED TO BE INCORPORATED BY REFERENCE IN THE PROSPECTUS INCLUDED IN THE REGISTRATION STATEMENT ON FORM F-3 (FILE NO. 333-157906) OF BP CAPITAL MARKETS p.l.c. AND BP p.l.c.; THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-79399) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-67206) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-103924) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-102583) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-123482) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-123483) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-131583) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-131584) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-132619) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-146868) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-146870) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-146873) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-149778) OF BP p.l.c., THE REGISTRATION STATEMENT ON FORM S-8 (FILE NO. 333-173136) OF BP p.l.c., AND TO BE A PART THEREOF FROM THE DATE ON WHICH THIS REPORT IS FURNISHED, TO THE EXTENT NOT SUPERSEDED BY DOCUMENTS OR REPORTS SUBSEQUENTLY FILED OR FURNISHED.

## Group income statement

| $ million | First quarter 2011 | First quarter 2010 |
|---|---:|---:|
| Sales and other operating revenues (Note 4) | **85,329** | 73,071 |
| Earnings from jointly controlled entities — after interest and tax | **262** | 403 |
| Earnings from associates — after interest and tax | **1,409** | 763 |
| Interest and other income | **124** | 142 |
| Gains on sale of businesses and fixed assets | **1,188** | 38 |
| **Total revenues and other income** | **88,312** | 74,417 |
| Purchases | **61,721** | 51,641 |
| Production and manufacturing expenses(a) | **6,508** | 5,740 |
| Production and similar taxes (Note 5) | **1,831** | 1,276 |
| Depreciation, depletion and amortization | **2,835** | 2,996 |
| Impairment and losses on sale of businesses and fixed assets | **59** | 164 |
| Exploration expense | **399** | 120 |
| Distribution and administration expenses | **2,907** | 3,020 |
| Fair value (gain) loss on embedded derivatives | **545** | (146) |
| **Profit before interest and taxation** | **11,507** | 9,606 |
| Finance costs | **308** | 238 |
| Net finance income relating to pensions and other post-retirement benefits | **(69)** | (10) |
| **Profit before taxation** | **11,268** | 9,378 |
| Taxation(a) | **4,083** | 3,190 |
| **Profit for the period** | **7,185** | 6,188 |
| **Attributable to** | | |
|   BP shareholders | **7,124** | 6,079 |
|   Minority interest | **61** | 109 |
| | **7,185** | 6,188 |
| **Earnings per share — cents (Note 6)** | | |
| Profit for the period attributable to BP shareholders | | |
| Basic | **37.86** | 32.39 |
| Diluted | **37.42** | 31.99 |

(a) See Note 2 on pages 23 — 28 for further details of the impact of the Gulf of Mexico oil spill on the income statement line items.

14

## Group balance sheet

| $ million | 31 March 2011 | 31 December 2010 |
|---|---:|---:|
| **Non-current assets** | | |
| Property, plant and equipment | 111,476 | 110,163 |
| Goodwill | 8,764 | 8,598 |
| Intangible assets | 14,439 | 14,298 |
| Investments in jointly controlled entities | 12,604 | 12,286 |
| Investments in associates | 14,727 | 13,335 |
| Other investments | 1,462 | 1,191 |
| **Fixed assets** | 163,472 | 159,871 |
| Loans | 882 | 894 |
| Other receivables | 6,055 | 6,298 |
| Derivative financial instruments | 4,309 | 4,210 |
| Prepayments | 1,544 | 1,432 |
| Deferred tax assets | 566 | 528 |
| Defined benefit pension plan surpluses | 2,430 | 2,176 |
| | 179,258 | 175,409 |
| **Current assets** | | |
| Loans | 254 | 247 |
| Inventories | 28,657 | 26,218 |
| Trade and other receivables | 42,751 | 36,549 |
| Derivative financial instruments | 4,741 | 4,356 |
| Prepayments | 4,291 | 1,574 |
| Current tax receivable | 234 | 693 |
| Other investments | 1,439 | 1,532 |
| Cash and cash equivalents | 18,726 | 18,556 |
| | 101,093 | 89,725 |
| Assets classified as held for sale (Note 3) | 6,241 | 7,128 |
| | 107,334 | 96,853 |
| **Total assets** | 286,592 | 272,262 |
| **Current liabilities** | | |
| Trade and other payables | 51,345 | 46,329 |
| Derivative financial instruments | 4,309 | 3,856 |
| Accruals | 5,273 | 5,612 |
| Finance debt | 14,255 | 14,626 |
| Current tax payable | 3,490 | 2,920 |
| Provisions | 9,258 | 9,489 |
| | 87,930 | 82,832 |
| Liabilities directly associated with assets classified as held for sale (Note 3) | 1,013 | 1,047 |
| | 88,943 | 83,879 |
| **Non-current liabilities** | | |
| Other payables | 12,672 | 14,285 |
| Derivative financial instruments | 4,054 | 3,677 |
| Accruals | 426 | 637 |
| Finance debt | 32,847 | 30,710 |
| Deferred tax liabilities | 12,419 | 10,908 |
| Provisions | 22,254 | 22,418 |
| Defined benefit pension plan and other post-retirement benefit plan deficits | 9,794 | 9,857 |
| | 94,466 | 92,492 |
| **Total liabilities** | 183,409 | 176,371 |
| **Net assets** | 103,183 | 95,891 |
| **Equity** | | |
| BP shareholders' equity | 102,208 | 94,987 |
| Minority interest | 975 | 904 |
| | 103,183 | 95,891 |

16

## Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**BP p.l.c.**
**(Registrant)**

| | |
|---|---|
| **Dated: 27 April 2011** | /s/ D J Pearl<br>**D J PEARL**<br>Deputy Company Secretary |

40