# EXHIBIT Q

## BP Financial Performance

*All Figures Reported in Millions (US $) unless otherwise noted*

| | Operating Revenues | Total Revenues | Expenses (Net of Gulf Oil Spill) | One Time Expense - Gulf Oil Spill | Earnings Before Interest and Taxes (EBIT) | Interest Expense/Gain | Taxes | Net Income/Loss (Earnings) | Net Income (Earnings) per Share** | High Share Price ($) | Low Share Price ($) | Assets | Liabilities | Net Assets (Shareholders' Equity) | Dividends Paid (cents/share)*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1 2011 (Quarterly Performance) | 85,329 | 88,312 | 76,805 | N/A | 11,507 | 239 | 4,083 | 7,185 | 37.86 | 49.25 | 43.25 | 286,592 | 183,409 | 103,183 | 7.00 |
| 2010 | 297,107 | 308,928 | 271,695 | 40,935 | 3,702 | 1,123 | 1,501 | 3,324 | 19.81 | 62.38 | 26.75 | 272,262 | 176,371 | 95,891 | 14.00**** |
| 2009 | 239,272 | 246,138 | 219,712 | N/A | 26,426 | 1,302 | 8,365 | 16,759 | 88.49 | 60.00 | 33.71 | 235,968 | 133,855 | 102,113 | 56.00 |
| 2008 | 361,143 | 367,053 | 331,814 | N/A | 35,239 | 956 | 12,617 | 21,666 | 112.59 | 77.69 | 37.57 | 228,238 | 136,129 | 92,109 | 55.05 |
| 2007 | 284,365 | 291,438 | 259,086 | N/A | 32,352 | 741 | 10,442 | 21,169 | 108.76 | 79.77 | 58.62 | 236,076 | 141,424 | 94,652 | 42.30 |
| 2006 | 265,906 | 274,316 | 238,658 | N/A | 35,658 | 516 | 12,516 | 22,626 | 111.41 | 76.85 | 63.52 | 217,601 | 132,136 | 85,465 | 38.40 |

*Notes:*

\* The class period alleged in the complaint is January 16, 2007 - June 24, 2010.

\*\* Earnings Per Share (EPS) measure displayed is Basic (vs. Diluted) EPS = [Net Income] / [Weighted Average of Total Shares of Common Stock Outstanding]. BP holds relatively small minority interests in affiliated oil companies; According to BP's 2010 Annual Report, this interest is valued at 0.49% ($500 mm) of BP's equity; the balance of the company's equity ($101.6 bn) is owned by BP shareholders.

\*\*\* BP announces and pays dividends quarterly, in the months of March, June, September, and December of each year. The amounts listed in this column are the total dividends paid per share over the course of each year.

\*\*\*\* "Following the Gulf of Mexico oil spill and the agreement to establish the $20-billion trust fund, the BP board reviewed its dividend policy and decided to cancel the previously announced first-quarter 2010 ordinary share dividend scheduled for payment on 21 June 2010, and further decided that no ordinary share dividends would be paid in respect of the second and third quarters of 2010. On 1 February 2011, BP announced the resumption of quarterly dividend payments. The quarterly dividend to be paid on 28 March 2011 is 7 cents per ordinary share ($0.42 per American Depositary Share (ADS))." 2010 Ann. Rep. at 149.

*Sources:*

SEC Forms 20-F (Report of Foreign Private Issuer), for the years 2006, 2007, 2008, 2009, and 2010; 2010 Annual Report, available at http://www.bp.com/sectionbodycopy.do?categoryId=9035798&contentId=7066618; and BP p.l.c. Group results, First quarter 2011 (released Apr. 27, 2011), available at http://www.bp.com/liveassets/bp_internet/globalbp/STAGING/global_assets/downloads/B/bp_first_quarter_2011_results.pdf