# EXHIBIT R

| Date | BP | | American Oil Index | | Dow Jones Industrial Average | | S&P 500 | |
|---|---|---|---|---|---|---|---|---|
| | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 |
| 6/24/10 | 28.74 | 0.00 | 925.04 | 0.00 | 10152.80 | 0.00 | 1073.69 | 0.00 |
| 6/25/10 | 27.02 | -5.98 | 922.31 | -0.30 | 10143.91 | -0.09 | 1076.76 | 0.29 |
| 6/28/10 | 27.05 | -5.88 | 915.91 | -0.99 | 10138.52 | -0.14 | 1074.57 | 0.08 |
| 6/29/10 | 27.67 | -3.72 | 890.15 | -3.77 | 9870.30 | -2.78 | 1041.24 | -3.02 |
| 6/30/10 | 28.88 | 0.49 | 883.62 | -4.48 | 9774.02 | -3.73 | 1030.71 | -4.00 |
| 7/1/10 | 29.39 | 2.26 | 879.71 | -4.90 | 9732.53 | -4.14 | 1027.37 | -4.31 |
| 7/2/10 | 29.35 | 2.12 | 879.38 | -4.94 | 9686.48 | -4.59 | 1022.58 | -4.76 |
| 7/6/10 | 31.91 | 11.03 | 891.25 | -3.65 | 9743.62 | -4.03 | 1028.06 | -4.25 |
| 7/7/10 | 33.19 | 15.48 | 923.45 | -0.17 | 10018.28 | -1.32 | 1060.27 | -1.25 |
| 7/8/10 | 33.74 | 17.40 | 941.03 | 1.73 | 10138.99 | -0.14 | 1070.25 | -0.32 |
| 7/9/10 | 34.05 | 18.48 | 946.07 | 2.27 | 10198.03 | 0.45 | 1077.96 | 0.40 |
| 7/12/10 | 36.76 | 27.91 | 951.65 | 2.88 | 10216.27 | 0.63 | 1078.75 | 0.47 |
| 7/13/10 | 36.88 | 28.32 | 967.67 | 4.61 | 10363.02 | 2.07 | 1095.34 | 2.02 |
| 7/14/10 | 36.18 | 25.89 | 961.90 | 3.98 | 10366.72 | 2.11 | 1095.17 | 2.00 |
| 7/15/10 | 38.92 | 35.42 | 971.83 | 5.06 | 10359.31 | 2.03 | 1096.48 | 2.12 |
| 7/16/10 | 37.10 | 29.09 | 945.36 | 2.20 | 10097.90 | -0.54 | 1064.88 | -0.82 |
| 7/19/10 | 35.75 | 24.39 | 942.82 | 1.92 | 10154.43 | 0.02 | 1071.25 | -0.23 |
| 7/20/10 | 35.20 | 22.48 | 953.87 | 3.12 | 10229.96 | 0.76 | 1083.48 | 0.91 |
| 7/21/10 | 36.13 | 25.71 | 940.11 | 1.63 | 10120.53 | -0.32 | 1069.59 | -0.38 |
| 7/22/10 | 36.23 | 26.06 | 963.04 | 4.11 | 10322.30 | 1.67 | 1093.67 | 1.86 |
| 7/23/10 | 36.86 | 28.25 | 969.86 | 4.85 | 10424.62 | 2.68 | 1102.66 | 2.70 |
| 7/26/10 | 38.65 | 34.48 | 984.91 | 6.47 | 10525.43 | 3.67 | 1115.01 | 3.85 |
| 7/27/10 | 38.00 | 32.22 | 981.07 | 6.06 | 10537.69 | 3.79 | 1113.84 | 3.74 |
| 7/28/10 | 37.71 | 31.21 | 972.85 | 5.16 | 10497.88 | 3.40 | 1106.13 | 3.02 |
| 7/29/10 | 38.47 | 33.86 | 977.78 | 5.70 | 10467.16 | 3.10 | 1101.53 | 2.59 |
| 7/30/10 | 38.47 | 33.86 | 978.64 | 5.79 | 10465.94 | 3.08 | 1101.60 | 2.60 |
| 8/2/10 | 39.42 | 37.16 | 1013.96 | 9.61 | 10674.38 | 5.14 | 1125.86 | 4.86 |
| 8/3/10 | 40.00 | 39.18 | 1017.75 | 10.02 | 10636.38 | 4.76 | 1120.46 | 4.36 |
| 8/4/10 | 39.39 | 37.06 | 1024.47 | 10.75 | 10680.43 | 5.20 | 1127.24 | 4.99 |
| 8/5/10 | 40.68 | 41.54 | 1029.20 | 11.26 | 10674.98 | 5.14 | 1125.81 | 4.85 |
| 8/6/10 | 41.33 | 43.81 | 1020.38 | 10.31 | 10653.56 | 4.93 | 1121.64 | 4.47 |
| 8/9/10 | 40.86 | 42.17 | 1026.94 | 11.02 | 10698.75 | 5.38 | 1127.79 | 5.04 |
| 8/10/10 | 40.11 | 39.56 | 1018.07 | 10.06 | 10644.25 | 4.84 | 1121.06 | 4.41 |
| 8/11/10 | 38.79 | 34.97 | 984.83 | 6.46 | 10378.83 | 2.23 | 1089.47 | 1.47 |
| 8/12/10 | 38.38 | 33.54 | 978.85 | 5.82 | 10319.95 | 1.65 | 1083.61 | 0.92 |
| 8/13/10 | 38.93 | 35.46 | 977.60 | 5.68 | 10303.15 | 1.48 | 1079.25 | 0.52 |
| 8/16/10 | 38.40 | 33.61 | 976.63 | 5.58 | 10302.01 | 1.47 | 1079.38 | 0.53 |
| 8/17/10 | 38.05 | 32.39 | 986.05 | 6.60 | 10405.85 | 2.49 | 1092.54 | 1.76 |
| 8/18/10 | 37.30 | 29.78 | 977.67 | 5.69 | 10415.54 | 2.59 | 1094.16 | 1.91 |
| 8/19/10 | 36.24 | 26.10 | 959.93 | 3.77 | 10271.21 | 1.17 | 1075.63 | 0.18 |
| 8/20/10 | 36.40 | 26.65 | 948.68 | 2.56 | 10213.62 | 0.60 | 1071.69 | -0.19 |
| 8/23/10 | 36.12 | 25.68 | 947.02 | 2.38 | 10174.41 | 0.21 | 1067.36 | -0.59 |
| 8/24/10 | 34.92 | 21.50 | 931.42 | 0.69 | 10040.45 | -1.11 | 1051.87 | -2.03 |
| 8/25/10 | 35.25 | 22.65 | 930.15 | 0.55 | 10060.06 | -0.91 | 1055.33 | -1.71 |
| 8/26/10 | 35.42 | 23.24 | 922.70 | -0.25 | 9985.81 | -1.64 | 1047.22 | -2.47 |
| 8/27/10 | 35.56 | 23.73 | 944.60 | 2.11 | 10150.65 | -0.02 | 1064.59 | -0.85 |
| 8/30/10 | 35.26 | 22.69 | 928.45 | 0.37 | 10009.73 | -1.41 | 1048.92 | -2.31 |
| 8/31/10 | 34.83 | 21.19 | 925.89 | 0.09 | 10014.72 | -1.36 | 1049.33 | -2.27 |
| 9/1/10 | 36.16 | 25.82 | 963.51 | 4.16 | 10269.47 | 1.15 | 1080.29 | 0.61 |
| 9/2/10 | 36.57 | 27.24 | 976.22 | 5.53 | 10320.10 | 1.65 | 1090.10 | 1.53 |
| 9/3/10 | 37.43 | 30.24 | 989.85 | 7.01 | 10447.93 | 2.91 | 1104.51 | 2.87 |
| 9/7/10 | 37.19 | 29.40 | 969.31 | 4.79 | 10340.69 | 1.85 | 1091.84 | 1.69 |
| 9/8/10 | 38.37 | 33.51 | 982.65 | 6.23 | 10387.01 | 2.31 | 1098.87 | 2.35 |
| 9/9/10 | 38.02 | 32.29 | 983.66 | 6.34 | 10415.24 | 2.58 | 1104.18 | 2.84 |
| 9/10/10 | 38.22 | 32.99 | 991.12 | 7.14 | 10462.77 | 3.05 | 1109.55 | 3.34 |
| 9/13/10 | 38.35 | 33.44 | 998.32 | 7.92 | 10544.13 | 3.85 | 1121.90 | 4.49 |
| 9/14/10 | 38.52 | 34.03 | 1000.15 | 8.12 | 10526.49 | 3.68 | 1121.10 | 4.42 |
| 9/15/10 | 38.18 | 32.85 | 1000.84 | 8.19 | 10572.73 | 4.14 | 1125.07 | 4.79 |
| 9/16/10 | 38.27 | 33.16 | 998.25 | 7.91 | 10594.83 | 4.35 | 1124.66 | 4.75 |
| 9/17/10 | 38.03 | 32.32 | 988.52 | 6.86 | 10607.85 | 4.48 | 1125.59 | 4.83 |
| 9/20/10 | 38.68 | 34.59 | 1009.44 | 9.12 | 10753.62 | 5.92 | 1142.71 | 6.43 |
| 9/21/10 | 38.59 | 34.27 | 1008.89 | 9.06 | 10761.03 | 5.99 | 1139.78 | 6.16 |
| 9/22/10 | 38.09 | 32.53 | 1000.73 | 8.18 | 10739.31 | 5.78 | 1134.28 | 5.64 |
| 9/23/10 | 38.13 | 32.67 | 992.10 | 7.25 | 10662.42 | 5.02 | 1124.83 | 4.76 |
| 9/24/10 | 38.46 | 33.82 | 1014.60 | 9.68 | 10860.26 | 6.97 | 1148.67 | 6.98 |
| 9/27/10 | 38.71 | 34.69 | 1011.89 | 9.39 | 10812.04 | 6.49 | 1142.16 | 6.38 |
| 9/28/10 | 39.29 | 36.71 | 1020.40 | 10.31 | 10858.14 | 6.95 | 1147.70 | 6.89 |
| 9/29/10 | 40.00 | 39.18 | 1028.21 | 11.15 | 10835.28 | 6.72 | 1144.73 | 6.62 |
| 9/30/10 | 41.17 | 43.25 | 1032.70 | 11.64 | 10788.05 | 6.26 | 1141.20 | 6.29 |

| Date | BP | | American Oil Index | | Dow Jones Industrial Average | | S&P 500 | |
|---|---|---|---|---|---|---|---|---|
| | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 |
| 10/1/10 | 41.95 | 45.96 | 1052.06 | 13.73 | 10829.68 | 6.67 | 1146.24 | 6.76 |
| 10/4/10 | 40.82 | 42.03 | 1037.96 | 12.21 | 10751.27 | 5.89 | 1137.03 | 5.90 |
| 10/5/10 | 41.33 | 43.81 | 1064.44 | 15.07 | 10944.72 | 7.80 | 1160.75 | 8.11 |
| 10/6/10 | 41.61 | 44.78 | 1071.95 | 15.88 | 10967.65 | 8.03 | 1159.97 | 8.04 |
| 10/7/10 | 41.52 | 44.47 | 1070.40 | 15.71 | 10948.58 | 7.84 | 1158.06 | 7.86 |
| 10/8/10 | 41.92 | 45.86 | 1080.25 | 16.78 | 11006.48 | 8.41 | 1165.15 | 8.52 |
| 10/11/10 | 41.24 | 43.49 | 1080.56 | 16.81 | 11010.34 | 8.45 | 1165.32 | 8.53 |
| 10/12/10 | 41.26 | 43.56 | 1077.37 | 16.47 | 11020.40 | 8.55 | 1169.77 | 8.95 |
| 10/13/10 | 41.41 | 44.08 | 1086.49 | 17.45 | 11096.08 | 9.29 | 1178.10 | 9.72 |
| 10/14/10 | 41.02 | 42.73 | 1086.50 | 17.45 | 11094.57 | 9.28 | 1173.81 | 9.32 |
| 10/15/10 | 40.62 | 41.34 | 1088.47 | 17.67 | 11062.78 | 8.96 | 1176.19 | 9.55 |
| 10/18/10 | 41.49 | 44.36 | 1100.07 | 18.92 | 11143.69 | 9.76 | 1184.71 | 10.34 |
| 10/19/10 | 40.94 | 42.45 | 1068.24 | 15.48 | 10978.62 | 8.13 | 1165.90 | 8.59 |
| 10/20/10 | 41.10 | 43.01 | 1082.36 | 17.01 | 11107.97 | 9.41 | 1178.17 | 9.73 |
| 10/21/10 | 40.65 | 41.44 | 1078.17 | 16.55 | 11146.57 | 9.79 | 1180.26 | 9.93 |
| 10/22/10 | 40.50 | 40.92 | 1087.11 | 17.52 | 11132.56 | 9.65 | 1183.08 | 10.19 |
| 10/25/10 | 40.21 | 39.91 | 1087.17 | 17.53 | 11164.05 | 9.96 | 1185.62 | 10.42 |
| 10/26/10 | 40.65 | 41.44 | 1088.44 | 17.66 | 11169.46 | 10.01 | 1185.64 | 10.43 |
| 10/27/10 | 40.10 | 39.53 | 1080.26 | 16.78 | 11126.28 | 9.59 | 1182.45 | 10.13 |
| 10/28/10 | 40.60 | 41.27 | 1084.19 | 17.20 | 11113.95 | 9.47 | 1183.78 | 10.25 |
| 10/29/10 | 40.80 | 41.96 | 1079.56 | 16.70 | 11118.49 | 9.51 | 1183.26 | 10.20 |
| 11/1/10 | 40.77 | 41.86 | 1082.75 | 17.05 | 11124.62 | 9.57 | 1184.38 | 10.31 |
| 11/2/10 | 41.42 | 44.12 | 1096.61 | 18.55 | 11188.72 | 10.20 | 1193.57 | 11.17 |
| 11/3/10 | 42.37 | 47.43 | 1101.40 | 19.07 | 11215.13 | 10.46 | 1197.96 | 11.57 |
| 11/4/10 | 43.91 | 52.78 | 1133.43 | 22.53 | 11343.84 | 11.73 | 1221.06 | 13.73 |
| 11/5/10 | 43.79 | 52.37 | 1136.07 | 22.81 | 11444.08 | 12.72 | 1225.85 | 14.17 |
| 11/8/10 | 43.23 | 50.42 | 1130.47 | 22.21 | 11406.84 | 12.35 | 1223.25 | 13.93 |
| 11/9/10 | 43.00 | 49.62 | 1118.22 | 20.88 | 11346.75 | 11.76 | 1213.40 | 13.01 |
| 11/10/10 | 43.53 | 51.46 | 1134.26 | 22.62 | 11357.04 | 11.86 | 1218.71 | 13.51 |
| 11/11/10 | 43.68 | 51.98 | 1141.91 | 23.44 | 11283.10 | 11.13 | 1213.54 | 13.03 |
| 11/12/10 | 42.99 | 49.58 | 1128.94 | 22.04 | 11192.58 | 10.24 | 1199.21 | 11.69 |
| 11/15/10 | 43.04 | 49.76 | 1125.39 | 21.66 | 11201.97 | 10.33 | 1197.75 | 11.55 |
| 11/16/10 | 41.78 | 45.37 | 1097.71 | 18.67 | 11023.50 | 8.58 | 1178.34 | 9.75 |
| 11/17/10 | 41.60 | 44.75 | 1098.71 | 18.77 | 11007.88 | 8.42 | 1178.59 | 9.77 |
| 11/18/10 | 42.21 | 46.87 | 1121.83 | 21.27 | 11181.23 | 10.13 | 1196.69 | 11.46 |
| 11/19/10 | 42.03 | 46.24 | 1124.42 | 21.55 | 11203.55 | 10.35 | 1199.73 | 11.74 |
| 11/22/10 | 41.64 | 44.89 | 1120.09 | 21.09 | 11178.58 | 10.10 | 1197.84 | 11.56 |
| 11/23/10 | 40.89 | 42.28 | 1099.15 | 18.82 | 11036.37 | 8.70 | 1180.73 | 9.97 |
| 11/24/10 | 41.47 | 44.29 | 1114.72 | 20.51 | 11187.28 | 10.19 | 1198.35 | 11.61 |
| 11/26/10 | 40.93 | 42.41 | 1101.52 | 19.08 | 11092.00 | 9.25 | 1189.40 | 10.78 |
| 11/29/10 | 40.59 | 41.23 | 1100.23 | 18.94 | 11052.49 | 8.86 | 1187.76 | 10.62 |
| 11/30/10 | 40.00 | 39.18 | 1093.86 | 18.25 | 11006.02 | 8.40 | 1180.55 | 9.95 |
| 12/1/10 | 40.62 | 41.34 | 1125.47 | 21.67 | 11255.78 | 10.86 | 1206.07 | 12.33 |
| 12/2/10 | 41.32 | 43.77 | 1145.01 | 23.78 | 11362.41 | 11.91 | 1221.53 | 13.77 |
| 12/3/10 | 41.49 | 44.36 | 1147.70 | 24.07 | 11382.09 | 12.11 | 1224.71 | 14.07 |
| 12/6/10 | 42.81 | 48.96 | 1153.09 | 24.65 | 11362.19 | 11.91 | 1223.12 | 13.92 |
| 12/7/10 | 42.89 | 49.23 | 1158.48 | 25.24 | 11359.16 | 11.88 | 1223.75 | 13.98 |
| 12/8/10 | 43.27 | 50.56 | 1155.31 | 24.89 | 11372.48 | 12.01 | 1228.28 | 14.40 |
| 12/9/10 | 42.79 | 48.89 | 1156.31 | 25.00 | 11370.06 | 11.99 | 1233.00 | 14.84 |
| 12/10/10 | 43.24 | 50.45 | 1165.41 | 25.98 | 11410.32 | 12.39 | 1240.40 | 15.53 |
| 12/13/10 | 43.43 | 51.11 | 1173.01 | 26.81 | 11428.56 | 12.57 | 1240.46 | 15.53 |
| 12/14/10 | 44.44 | 54.63 | 1174.94 | 27.02 | 11476.54 | 13.04 | 1241.59 | 15.64 |
| 12/15/10 | 43.86 | 52.61 | 1163.00 | 25.72 | 11457.47 | 12.85 | 1235.23 | 15.05 |
| 12/16/10 | 43.75 | 52.23 | 1170.07 | 26.49 | 11499.25 | 13.26 | 1242.87 | 15.76 |
| 12/17/10 | 43.25 | 50.49 | 1164.71 | 25.91 | 11491.91 | 13.19 | 1243.91 | 15.85 |
| 12/20/10 | 43.68 | 51.98 | 1171.71 | 26.67 | 11478.13 | 13.05 | 1247.08 | 16.15 |
| 12/21/10 | 43.54 | 51.50 | 1185.59 | 28.17 | 11533.16 | 13.60 | 1254.60 | 16.85 |
| 12/22/10 | 43.61 | 51.74 | 1189.90 | 28.63 | 11559.49 | 13.86 | 1258.84 | 17.24 |
| 12/23/10 | 44.00 | 53.10 | 1192.26 | 28.89 | 11573.49 | 13.99 | 1256.77 | 17.05 |
| 12/27/10 | 43.97 | 52.99 | 1189.18 | 28.55 | 11555.03 | 13.81 | 1257.54 | 17.12 |
| 12/28/10 | 44.11 | 53.48 | 1194.41 | 29.12 | 11575.54 | 14.01 | 1258.51 | 17.21 |
| 12/29/10 | 43.95 | 52.92 | 1205.24 | 30.29 | 11585.38 | 14.11 | 1259.78 | 17.33 |
| 12/30/10 | 43.89 | 52.71 | 1211.49 | 30.97 | 11569.71 | 13.96 | 1257.88 | 17.15 |
| 12/31/10 | 44.17 | 53.69 | 1213.16 | 31.15 | 11577.51 | 14.03 | 1257.64 | 17.13 |
| 1/3/11 | 45.15 | 57.10 | 1225.81 | 32.51 | 11670.75 | 14.95 | 1271.87 | 18.46 |
| 1/4/11 | 46.26 | 60.96 | 1224.56 | 32.38 | 11691.18 | 15.15 | 1270.20 | 18.30 |
| 1/5/11 | 46.50 | 61.80 | 1225.28 | 32.46 | 11722.89 | 15.46 | 1276.56 | 18.89 |
| 1/6/11 | 46.23 | 60.86 | 1216.71 | 31.53 | 11697.31 | 15.21 | 1273.85 | 18.64 |
| 1/7/11 | 46.08 | 60.33 | 1216.79 | 31.54 | 11674.76 | 14.99 | 1271.50 | 18.42 |
| 1/10/11 | 46.03 | 60.16 | 1210.33 | 30.84 | 11637.45 | 14.62 | 1269.75 | 18.26 |
| 1/11/11 | 46.83 | 62.94 | 1230.06 | 32.97 | 11671.88 | 14.96 | 1274.48 | 18.70 |
| 1/12/11 | 47.69 | 65.94 | 1245.41 | 34.63 | 11755.44 | 15.79 | 1285.96 | 19.77 |
| 1/13/11 | 47.54 | 65.41 | 1248.65 | 34.98 | 11731.90 | 15.55 | 1283.76 | 19.57 |
| 1/14/11 | 49.25 | 71.36 | 1266.06 | 36.87 | 11787.38 | 16.10 | 1293.24 | 20.45 |
| 1/18/11 | 49.23 | 71.29 | 1275.27 | 37.86 | 11837.93 | 16.60 | 1295.02 | 20.61 |
| 1/19/11 | 48.20 | 67.71 | 1259.85 | 36.19 | 11825.29 | 16.47 | 1281.92 | 19.39 |
| 1/20/11 | 47.57 | 65.52 | 1249.52 | 35.08 | 11822.80 | 16.45 | 1280.26 | 19.24 |
| 1/21/11 | 47.61 | 65.66 | 1261.00 | 36.32 | 11871.84 | 16.93 | 1283.35 | 19.53 |
| 1/24/11 | 48.08 | 67.29 | 1264.86 | 36.74 | 11980.52 | 18.00 | 1290.84 | 20.22 |
| 1/25/11 | 47.21 | 64.27 | 1259.29 | 36.13 | 11977.19 | 17.97 | 1291.18 | 20.26 |

| Date | BP Daily Price at Closing | BP % change from 6/24/10 | American Oil Index Daily Price at Closing | American Oil Index % change from 6/24/10 | Dow Jones Industrial Average Daily Price at Closing | Dow Jones Industrial Average % change from 6/24/10 | S&P 500 Daily Price at Closing | S&P 500 % change from 6/24/10 |
|---|---|---|---|---|---|---|---|---|
| 1/26/11 | 46.76 | 62.70 | 1275.81 | 37.92 | 11985.44 | 18.05 | 1296.63 | 20.76 |
| 1/27/11 | 46.68 | 62.42 | 1276.42 | 37.99 | 11989.83 | 18.09 | 1299.54 | 21.03 |
| 1/28/11 | 46.21 | 60.79 | 1268.01 | 37.08 | 11823.70 | 16.46 | 1276.34 | 18.87 |
| 1/31/11 | 47.47 | 65.17 | 1293.40 | 39.82 | 11891.93 | 17.13 | 1286.12 | 19.79 |
| 2/1/11 | 47.98 | 66.95 | 1321.60 | 42.87 | 12040.16 | 18.59 | 1307.59 | 21.78 |
| 2/2/11 | 47.13 | 63.99 | 1319.25 | 42.62 | 12041.97 | 18.61 | 1304.03 | 21.45 |
| 2/3/11 | 46.58 | 62.07 | 1308.63 | 41.47 | 12062.26 | 18.81 | 1307.10 | 21.74 |
| 2/4/11 | 46.03 | 60.16 | 1300.64 | 40.60 | 12092.15 | 19.10 | 1310.87 | 22.09 |
| 2/7/11 | 46.54 | 61.93 | 1309.06 | 41.51 | 12161.63 | 19.79 | 1319.05 | 22.85 |
| 2/8/11 | 46.79 | 62.80 | 1309.20 | 41.53 | 12233.15 | 20.49 | 1324.57 | 23.37 |
| 2/9/11 | 45.83 | 59.46 | 1291.68 | 39.64 | 12239.89 | 20.56 | 1320.88 | 23.02 |
| 2/10/11 | 45.93 | 59.81 | 1299.14 | 40.44 | 12229.29 | 20.45 | 1321.87 | 23.11 |
| 2/11/11 | 45.80 | 59.36 | 1300.28 | 40.56 | 12273.26 | 20.89 | 1329.15 | 23.79 |
| 2/14/11 | 46.69 | 62.46 | 1322.40 | 42.96 | 12268.19 | 20.84 | 1332.32 | 24.09 |
| 2/15/11 | 47.05 | 63.71 | 1313.75 | 42.02 | 12226.64 | 20.43 | 1328.01 | 23.69 |
| 2/16/11 | 47.30 | 64.58 | 1331.57 | 43.95 | 12288.17 | 21.03 | 1336.32 | 24.46 |
| 2/17/11 | 48.10 | 67.36 | 1348.41 | 45.77 | 12318.14 | 21.33 | 1340.43 | 24.84 |
| 2/18/11 | 47.93 | 66.77 | 1357.24 | 46.72 | 12391.25 | 22.05 | 1343.01 | 25.08 |
| 2/22/11 | 47.03 | 63.64 | 1328.21 | 43.58 | 12212.79 | 20.29 | 1315.44 | 22.52 |
| 2/23/11 | 47.58 | 65.55 | 1352.88 | 46.25 | 12105.48 | 19.23 | 1307.40 | 21.77 |
| 2/24/11 | 47.38 | 64.86 | 1337.62 | 44.60 | 12038.50 | 18.57 | 1306.10 | 21.65 |
| 2/25/11 | 48.10 | 67.36 | 1354.55 | 46.43 | 12130.45 | 19.48 | 1319.88 | 22.93 |
| 2/28/11 | 48.47 | 68.65 | 1365.09 | 47.57 | 12226.34 | 20.42 | 1327.22 | 23.61 |
| 3/1/11 | 47.60 | 65.62 | 1345.50 | 45.45 | 12058.02 | 18.77 | 1306.33 | 21.67 |
| 3/2/11 | 47.74 | 66.11 | 1352.27 | 46.19 | 12066.80 | 18.85 | 1308.44 | 21.86 |
| 3/3/11 | 48.21 | 67.75 | 1375.54 | 48.70 | 12258.20 | 20.74 | 1330.97 | 23.96 |
| 3/4/11 | 48.56 | 68.96 | 1368.93 | 47.99 | 12169.88 | 19.87 | 1321.15 | 23.05 |
| 3/7/11 | 48.15 | 67.54 | 1360.63 | 47.09 | 12090.03 | 19.08 | 1310.13 | 22.02 |
| 3/8/11 | 47.81 | 66.35 | 1347.49 | 45.67 | 12214.38 | 20.31 | 1321.82 | 23.11 |
| 3/9/11 | 47.41 | 64.96 | 1341.10 | 44.98 | 12213.09 | 20.29 | 1320.02 | 22.94 |
| 3/10/11 | 45.66 | 58.87 | 1295.84 | 40.08 | 11984.61 | 18.04 | 1295.11 | 20.62 |
| 3/11/11 | 45.75 | 59.19 | 1314.89 | 42.14 | 12044.40 | 18.63 | 1304.28 | 21.48 |
| 3/14/11 | 45.07 | 56.82 | 1315.83 | 42.25 | 11993.16 | 18.13 | 1296.39 | 20.74 |
| 3/15/11 | 43.77 | 52.30 | 1298.45 | 40.37 | 11855.42 | 16.77 | 1281.87 | 19.39 |
| 3/16/11 | 43.25 | 50.49 | 1275.16 | 37.85 | 11613.30 | 14.39 | 1256.88 | 17.06 |
| 3/17/11 | 44.68 | 55.46 | 1310.86 | 41.71 | 11774.59 | 15.97 | 1273.72 | 18.63 |
| 3/18/11 | 45.11 | 56.96 | 1310.54 | 41.67 | 11858.52 | 16.80 | 1279.20 | 19.14 |
| 3/21/11 | 45.80 | 59.36 | 1345.67 | 45.47 | 12036.53 | 18.55 | 1298.38 | 20.93 |
| 3/22/11 | 45.74 | 59.15 | 1344.61 | 45.36 | 12018.63 | 18.38 | 1293.77 | 20.50 |
| 3/23/11 | 46.23 | 60.86 | 1349.32 | 45.87 | 12086.02 | 19.04 | 1297.54 | 20.85 |
| 3/24/11 | 46.81 | 62.87 | 1356.56 | 46.65 | 12170.56 | 19.87 | 1309.66 | 21.98 |
| 3/25/11 | 46.87 | 63.08 | 1373.49 | 48.48 | 12220.59 | 20.37 | 1313.80 | 22.36 |
| 3/28/11 | 46.04 | 60.19 | 1360.72 | 47.10 | 12197.88 | 20.14 | 1310.19 | 22.03 |
| 3/29/11 | 44.78 | 55.81 | 1372.12 | 48.33 | 12279.01 | 20.94 | 1319.44 | 22.89 |
| 3/30/11 | 44.58 | 55.11 | 1380.91 | 49.28 | 12350.61 | 21.65 | 1328.26 | 23.71 |
| 3/31/11 | 44.14 | 53.58 | 1378.83 | 49.06 | 12319.73 | 21.34 | 1325.83 | 23.48 |
| 4/1/11 | 45.66 | 58.87 | 1391.62 | 50.44 | 12376.72 | 21.90 | 1332.41 | 24.10 |
| 4/4/11 | 45.89 | 59.67 | 1389.32 | 50.19 | 12400.03 | 22.13 | 1332.87 | 24.14 |
| 4/5/11 | 46.73 | 62.60 | 1394.12 | 50.71 | 12393.90 | 22.07 | 1332.63 | 24.12 |
| 4/6/11 | 46.86 | 63.05 | 1384.93 | 49.72 | 12426.75 | 22.40 | 1335.54 | 24.39 |
| 4/7/11 | 46.95 | 63.36 | 1384.84 | 49.71 | 12409.49 | 22.23 | 1333.51 | 24.20 |
| 4/8/11 | 46.74 | 62.63 | 1392.77 | 50.56 | 12380.05 | 21.94 | 1328.17 | 23.70 |
| 4/11/11 | 46.67 | 62.39 | 1367.23 | 47.80 | 12381.11 | 21.95 | 1324.46 | 23.36 |
| 4/12/11 | 45.30 | 57.62 | 1326.24 | 43.37 | 12263.58 | 20.79 | 1314.16 | 22.40 |
| 4/13/11 | 45.40 | 57.97 | 1327.40 | 43.50 | 12270.99 | 20.86 | 1314.41 | 22.42 |
| 4/14/11 | 45.54 | 58.46 | 1333.82 | 44.19 | 12285.15 | 21.00 | 1314.52 | 22.43 |
| 4/15/11 | 44.96 | 56.44 | 1340.65 | 44.93 | 12341.83 | 21.56 | 1319.68 | 22.91 |
| 4/18/11 | 44.47 | 54.73 | 1312.08 | 41.84 | 12201.59 | 20.18 | 1305.14 | 21.56 |
| 4/19/11 | 46.68 | 62.42 | 1325.64 | 43.31 | 12266.75 | 20.82 | 1312.62 | 22.25 |
| 4/20/11 | 45.91 | 59.74 | 1358.18 | 46.82 | 12453.54 | 22.66 | 1330.36 | 23.91 |
| 4/21/11 | 46.03 | 60.16 | 1363.99 | 47.45 | 12505.99 | 23.18 | 1337.38 | 24.56 |
| 4/25/11 | 45.98 | 59.99 | 1359.90 | 47.01 | 12479.88 | 22.92 | 1335.25 | 24.36 |
| 4/26/11 | 46.32 | 61.17 | 1370.91 | 48.20 | 12595.37 | 24.06 | 1347.24 | 25.48 |
| 4/27/11 | 46.53 | 61.90 | 1375.19 | 48.66 | 12690.96 | 25.00 | 1355.66 | 26.26 |
| 4/28/11 | 46.28 | 61.03 | 1377.00 | 48.86 | 12763.31 | 25.71 | 1360.48 | 26.71 |
| 4/29/11 | 46.14 | 60.54 | 1402.96 | 51.66 | 12810.54 | 26.18 | 1363.61 | 27.00 |
| 5/2/11 | 45.92 | 59.78 | 1393.99 | 50.70 | 12807.36 | 26.15 | 1361.22 | 26.78 |
| 5/3/11 | 44.80 | 55.88 | 1359.19 | 46.93 | 12807.51 | 26.15 | 1356.62 | 26.35 |
| 5/4/11 | 44.38 | 54.42 | 1335.10 | 44.33 | 12723.58 | 25.32 | 1347.32 | 25.49 |
| 5/5/11 | 43.48 | 51.29 | 1301.69 | 40.72 | 12584.17 | 23.95 | 1335.10 | 24.35 |
| 5/6/11 | 44.28 | 54.07 | 1308.09 | 41.41 | 12638.74 | 24.49 | 1340.20 | 24.82 |
| 5/9/11 | 44.87 | 56.12 | 1329.20 | 43.69 | 12684.68 | 24.94 | 1346.29 | 25.39 |
| 5/10/11 | 44.98 | 56.51 | 1337.81 | 44.62 | 12760.36 | 25.68 | 1357.16 | 26.40 |
| 5/11/11 | 43.96 | 52.96 | 1299.10 | 40.44 | 12630.03 | 24.40 | 1342.08 | 25.00 |
| 5/12/11 | 43.58 | 51.64 | 1292.18 | 39.69 | 12695.92 | 25.05 | 1348.65 | 25.61 |
| 5/13/11 | 42.93 | 49.37 | 1282.53 | 38.65 | 12595.17 | 24.06 | 1337.77 | 24.60 |
| 5/16/11 | 42.46 | 47.74 | 1271.56 | 37.46 | 12548.37 | 23.60 | 1329.47 | 23.82 |
| 5/17/11 | 42.80 | 48.92 | 1272.09 | 37.52 | 12479.58 | 22.92 | 1328.98 | 23.78 |
| 5/18/11 | 43.27 | 50.56 | 1289.86 | 39.44 | 12560.18 | 23.71 | 1340.68 | 24.87 |

| Date | BP | | American Oil Index | | Dow Jones Industrial Average | | S&P 500 | |
|---|---|---|---|---|---|---|---|---|
| | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 | Daily Price at Closing | % change from 6/24/10 |
| 5/19/11 | 43.89 | 52.71 | 1290.86 | 39.55 | 12605.32 | 24.16 | 1343.60 | 25.14 |
| 5/20/11 | 45.00 | 56.58 | 1288.68 | 39.31 | 12512.04 | 23.24 | 1333.27 | 24.18 |
| 5/23/11 | 44.03 | 53.20 | 1269.43 | 37.23 | 12381.26 | 21.95 | 1317.37 | 22.70 |
| 5/24/11 | 44.37 | 54.38 | 1286.42 | 39.07 | 12356.21 | 21.70 | 1316.28 | 22.59 |
| 5/25/11 | 44.71 | 55.57 | 1298.19 | 40.34 | 12394.66 | 22.08 | 1320.69 | 23.00 |
| 5/26/11 | 45.38 | 57.90 | 1308.24 | 41.43 | 12402.76 | 22.16 | 1325.69 | 23.47 |
| 5/27/11 | 45.54 | 58.46 | 1315.40 | 42.20 | 12441.58 | 22.54 | 1331.10 | 23.97 |
| 5/31/11 | 46.24 | 60.89 | 1332.19 | 44.01 | 12569.79 | 23.81 | 1345.20 | 25.29 |
| 6/1/11 | 45.34 | 57.76 | 1299.23 | 40.45 | 12290.14 | 21.05 | 1314.55 | 22.43 |
| 6/2/11 | 45.00 | 56.58 | 1294.43 | 39.93 | 12248.55 | 20.64 | 1312.94 | 22.28 |
| 6/3/11 | 44.63 | 55.29 | 1293.54 | 39.84 | 12151.26 | 19.68 | 1300.16 | 21.09 |
| 6/6/11 | 43.94 | 52.89 | 1267.75 | 37.05 | 12089.96 | 19.08 | 1286.17 | 19.79 |
| 6/7/11 | 44.00 | 53.10 | 1269.63 | 37.25 | 12070.81 | 18.89 | 1284.94 | 19.68 |
| 6/8/11 | 43.49 | 51.32 | 1270.17 | 37.31 | 12048.94 | 18.68 | 1279.56 | 19.17 |
| 6/9/11 | 44.24 | 53.93 | 1286.22 | 39.04 | 12124.36 | 19.42 | 1289.00 | 20.05 |
| 6/10/11 | 43.08 | 49.90 | 1262.58 | 36.49 | 11951.91 | 17.72 | 1270.98 | 18.37 |
| 6/13/11 | 42.69 | 48.54 | 1250.45 | 35.18 | 11952.97 | 17.73 | 1271.83 | 18.45 |
| 6/14/11 | 43.47 | 51.25 | 1276.69 | 38.01 | 12076.11 | 18.94 | 1287.87 | 19.95 |
| 6/15/11 | 41.95 | 45.96 | 1244.39 | 34.52 | 11897.27 | 17.18 | 1265.42 | 17.86 |
| 6/16/11 | 41.80 | 45.44 | 1244.98 | 34.59 | 11961.52 | 17.81 | 1267.64 | 18.06 |
| 6/17/11 | 42.16 | 46.69 | 1244.30 | 34.51 | 12004.36 | 18.24 | 1271.50 | 18.42 |
| 6/20/11 | 41.84 | 45.58 | 1245.05 | 34.59 | 12080.38 | 18.99 | 1278.36 | 19.06 |
| 6/21/11 | 43.40 | 51.01 | 1272.83 | 37.60 | 12190.01 | 20.07 | 1295.52 | 20.66 |
| 6/22/11 | 41.00 | 42.66 | 1266.73 | 36.94 | 12109.67 | 19.27 | 1287.14 | 19.88 |
| 6/23/11 | 42.58 | 48.16 | 1250.33 | 35.16 | 12050.00 | 18.69 | 1283.50 | 19.54 |
| 6/24/11 | 41.90 | 45.79 | 1228.17 | 32.77 | 11934.58 | 17.55 | 1268.45 | 18.14 |
| 6/27/11 | 42.25 | 47.01 | 1236.01 | 33.62 | 12043.56 | 18.62 | 1280.10 | 19.22 |
| 6/28/11 | 42.76 | 48.78 | 1265.07 | 36.76 | 12188.69 | 20.05 | 1296.67 | 20.77 |
| 6/29/11 | 43.47 | 51.25 | 1282.64 | 38.66 | 12261.42 | 20.77 | 1307.41 | 21.77 |
| 6/30/11 | 44.29 | 54.11 | 1304.31 | 41.00 | 12414.34 | 22.28 | 1320.64 | 23.00 |
| 7/1/11 | 44.62 | 55.25 | 1318.38 | 42.52 | 12582.77 | 23.93 | 1339.67 | 24.77 |
| 7/5/11 | 44.21 | 53.83 | 1322.14 | 42.93 | 12569.87 | 23.81 | 1337.88 | 24.61 |
| 7/6/11 | 43.91 | 52.78 | 1315.74 | 42.24 | 12626.02 | 24.36 | 1339.22 | 24.73 |
| 7/7/11 | 44.54 | 54.98 | 1335.96 | 44.42 | 12719.49 | 25.28 | 1353.22 | 26.03 |
| 7/8/11 | 44.51 | 54.87 | 1325.57 | 43.30 | 12657.2 | 24.67 | 1343.80 | 25.16 |
| 7/11/11 | 43.84 | 52.54 | 1292.13 | 39.68 | 12505.76 | 23.18 | 1319.49 | 22.89 |
| 7/12/11 | 43.41 | 51.04 | 1284.78 | 38.89 | 12446.88 | 22.60 | 1313.64 | 22.35 |
| 7/13/11 | 43.74 | 52.19 | 1290.86 | 39.55 | 12491.61 | 23.04 | 1317.72 | 22.73 |
| 7/14/11 | 44.34 | 54.28 | 1288.98 | 39.34 | 12437.12 | 22.50 | 1308.87 | 21.90 |
| 7/15/11 | 44.33 | 54.24 | 1311.87 | 41.82 | 12479.73 | 22.92 | 1316.14 | 22.58 |
| 7/18/11 | 44.31 | 54.18 | 1303.83 | 40.95 | 12385.16 | 21.99 | 1305.44 | 21.58 |
| 7/19/11 | 44.96 | 56.44 | 1322.65 | 42.98 | 12587.42 | 23.98 | 1326.73 | 23.57 |
| 7/20/11 | 45.76 | 59.22 | 1319.98 | 42.64 | 12571.91 | 23.83 | 1325.84 | 23.48 |
| 7/21/11 | 46.04 | 60.19 | 1345.3 | 45.43 | 12724.41 | 25.33 | 1343.80 | 25.16 |
| 7/22/11 | 46.20 | 60.75 | 1344.12 | 45.30 | 12681.16 | 24.90 | 1345.02 | 25.27 |
| 7/25/11 | 46.77 | 62.73 | 1341.34 | 45.00 | 12592.8 | 24.03 | 1337.43 | 24.56 |