# EXHIBIT S

