UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE: BP ERISA LITIGATION** | MDL No. 2185 <br><br> Civil Action No. 4:10-cv-04214 <br><br> Hon. Keith P. Ellison |

## ORDER

Pending before this Court is a Motion to Dismiss the Consolidated Complaint submitted by defendants BP Corporation North America, Inc., BP p.l.c., BP America Inc., BP Corporation North America, Inc.'s Board of Directors, the Savings Plan Investment Oversight Committee, Lord John Browne, Corey Correnti, Richard J. Dorazil, James Dupree, Patrick Gower, Anthony Hayward, Jeanne M. Johns, Robert A. Malone, Lamar McKay, Stephanie C. Moore, Stephen J. Riney, Brian D. Smith, Neil Shaw, Thomas L. Taylor, and Gregory T. Williamson (collectively, "Defendants").

Upon consideration of the filings of the parties, it is this _____ day of _____, 2011, hereby

**ORDERED** that the Defendants' Motion to Dismiss the Consolidated Complaint with prejudice be, and hereby is, **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE