UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-CV-04214 |
|---|---|---|---|
| IN RE: BP p.l.c., SECURITIES LITIGATION | | | |
| *versus* | | | |

United States District Court
Southern District of Texas
FILED

OCT 2 5 2011

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Todd L. Kammerman<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel: (212) 594-5300<br>Licensed: NY 4147260 |
|---|---|
| Seeks to appear for this party: | Charis Moule, Jerry T. McGuire and Maureen S. Riely |
| Dated: 8/22/2010 | Signed: *Todd [signature]* |

New York

| The state bar reports that the applicant's status is: currently registered |
|---|
| Dated: 10/24/2011   Clerk's signature: [signature] |

Order                        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States District Judge