UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | | Case Number | 4:10-CV-04214 |
|---|---|---|---|---|
| IN RE: BP p.l.c., SECURITIES LITIGATION | | | | |
| | | *versus* | | |
| | | | | |

United States District Court
Southern District of Texas
FILED

OCT 2 5 2011

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Todd L. Kammerman<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel: (212) 594-5300<br>Licensed: NY 4147260 |
|---|---|
| Seeks to appear for this party: | Charis Moule, Jerry T. McGuire and Maureen S. Riely |
| Dated: 8/22/2010 | Signed: *Todd Kamm* |

New York

| The state bar reports that the applicant's status is: currently registered | |
|---|---|
| Dated: 10/26/2011 | Clerk's signature: *Juan Davenport* |

| Order |
|---|

This lawyer is admitted *pro hac vice.*

Dated: 26 October 2011 _____

_____
United States District Judge