UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-CV-04214 |
|---|---|---|---|
| IN RE: BP p.l.c., SECURITIES LITIGATION | | | |
| | versus | | |
| | | | |

United States District Court
Southern District of Texas
FILED
OCT 25 2011
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Scott Foglietta<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel: (212) 594-5300<br>Licensed: NY 4888780 |
|---|---|
| Seeks to appear for this party: | Charis Moule, Jerry T. McGuire and Maureen S. Riely |
| Dated: 8/22/11 | Signed: [signature] |

New York

The state bar reports that the applicant's status is: currently registered

| Dated: 10/26/2011 | Clerk's signature: [signature] |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: 26 October 2011

_____
United States District Judge