UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil | Case Number | 4:10-CV-04214 |
|---|---|---|---|
| IN RE: BP p.l.c., SECURITIES LITIGATION | | | |
| | *versus* | | |
| | | | |

United States District Court
Southern District of Texas
FILED
OCT 25 2011
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer Sosa<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Tel: (212) 594-5300<br>Licensed: NY 4407698 |
|---|---|
| Seeks to appear for this party: | Charis Moule, Jerry T. McGuire and Maureen S. Riely |
| Dated: 8·22·2011 | Signed: Jennifer J. Sosa |

New York

| The state bar reports that the applicant's status is: currently registered |
|---|
| Dated: 10/26/2011 | Clerk's signature: Jean Davenport |

Order

This lawyer is admitted *pro hac vice*.

Dated: 26 October 2011

United States District Judge