UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Ralph Whitley, et al.

                Plaintiff,

v.                                    Case No.: 4:10–cv–04214
                                         Judge Keith P Ellison

BP P.L.C., et al.

                Defendant.

TYPE OF CASE:      Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/20/12

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date:    November 9, 2011

                                                                   David J. Bradley, Clerk