UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: BP p.l.c. SECURITIES LITIGATION | § § § | MDL No. 10-md-2185 |
| | § | Civil Action No. 4:10-cv-4214 |
| IN RE: BP p.l.c. ERISA LITIGATION | § § § § § | HON. KEITH P. ELLISON |

## ORDER

Pending before the Court is Defendants' Motion to Enter Final Judgment (MDL Doc. No. 343; Civ. Doc. No. 117). Also pending before the Court is Plaintiffs' Motion for Leave to File Amended Complaint (MDL Doc. No. 344; Civ. Doc. No. 118). Given that the parties have not completed briefing on Plaintiffs' motion and that the Court has yet to fully consider the issue, Defendants' Motion to Enter Final Judgment (MDL Doc. No. 343; Civ. Doc. No. 117) must be **DENIED WITHOUT PREJUDICE** at this time. Should the Court ultimately deny Plaintiffs' request for leave to amend, Defendants may re-file their motion for entry of final judgment.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 18th day of April, 2012.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE