# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Patrice Lyn Bishop
Stull, Stull & Brody
10940 Wilshire Blvd.
Suite 2300
Los Angeles CA 90024

United States District Court
Southern District of Texas
FILED

APR 3 0 2012

David J. Bradley, Clerk of Court

---

Case: 4:10-cv-04214   Instrument: 120   (1 pages)   aty
Date: Apr 19, 2012
Control: 120411416
Notice: The attached order has been entered.

---

NOTICE: After September 30, 2010, attorneys registered for electronic filing will no longer receive copies of Court notices, orders and judgments from the District Court for the Southern District of Texas by facsimile or first-class mail. All attorneys admitted to the bar of this Court, as well as those admitted pro hac vice, are required to register for electronic filing. Registration constitutes consent to electronic service of all documents as provided in the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases and in accordance with Fed. R. Civ. P. 5(b)(2)(E) and Fed. R. Crim. P. 49. For more information, visit our web site: www.txs.uscourts.gov

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED

APR 30 2012

David J. Bradley, Clerk of Court



Hasler

0124622020049
Mailed From 77002
04/20/2012
$00.450
US POSTAGE

77208@1010

NIXIE          900 DE 1    00 04/25/12
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 772081010                *2988-02590-20-46