```
          UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
                 HOUSTON DIVISION
```

May 11, 2012

Notice regarding CM/ECF User Account

Dear Ronald S Kravitz:

We have received a CM/ECF notice returned to us as undeliverable from nross@linerlaw.com on the CM/ECF account of Ronald S Kravitz.

Case number(s): 4:10-cv-04214
Date(s): 5/11/2012

Reason: 550 5.1.1 RESOLVER.ADR.RecipNotFound; not found

**The referenced email address has been deleted from your CM/ECF account.**

Please review your CM/ECF account as soon as possible and make any changes as needed using the steps below:

1. Log into your CM/ECF electronic filing account;
2. Choose Utilities > Your Account > Maintain Your Account;
3. Modify your address or phone number information, if needed.
4. Click on the Email Information button near the bottom of the screen;
5. Click on the incorrect email address link on the left side of the screen which will cause the email address to display in a text field on the right side of the screen;
6. Modify your email address in the text field immediately;
   NOTE: When modifying your primary email address, if you remove the incorrect primary email address and click anywhere outside of the text field while a complete email address is not in the text field, all of your configurations and secondary email addresses will be removed;
7. When done, click the Return to Person Information Screen button on the left side of screen;
8. Click the Submit button. If a screen displays with the message "Select the cases to be updated," select **Update All**, and then click the Submit button.

Contact the ECF Helpdesk at <u>district_ecf_helpdesk@txs.uscourts.gov</u> if you have any questions.

David J. Bradley, Clerk

By: T Ferguson, Deputy Clerk