# EXHIBIT 15



SEARCH

Home   News Viewer   Markets   Investing   Personal Finance   Industries   Economy/Politics   Trading Deck   Jobs   |   My MarketWatch   Portfolio   Alerts   Games

Home › Collections

# Hit to BP's market cap gushes past $100 billion

June 25, 2010 | Steve Goldstein, MarketWatch

Like  18      Tweet  7      Share          Email          Print

**Excavator Drilling Rigs**
Excavator Mounted Oil and Gas Drilling Rigs
www.hmc-us.com

**Oil Companies**
Royal Purple's oil extends engine life and saves
money on fuel costs.
www.royalpurple.com

**Peak Oil is Past Tense**
Learn About the true state of the oil market, and how
you can profit
EnergyandCapital.com/Oil-Companies

**BP Recovery Settlements**
Have you been affected by the Oil Spill? Find out if
BP owes you MONEY
http://getareeljob.com



With you when
*you need a Financial Advisor
fully invested in you*

Together we'll go far

LONDON (MarketWatch) -- BP shares dropped as much as 9% in London on Friday, putting the drop the oil major's market capitalization at more than $100 billion since the Gulf of Mexico oil spill began, as an analyst suggested the company needs to sell stock to assure counterparties of its financial health.

As U.S.-listed BP shares (US:BP)(UK:BP) dropped more than 3% in early trading, the hit to its market capitalization since April 20 grew to roughly $102 billion as the oil giant plumbed a fresh 14-year low.

Nomura analyst Alastair Syme said in a note published Friday that the company's funding could be threatened as the ill-fated Macondo well continues to leak oil.

He said that the roughly $15 billion of current liquidity looks adequate to deal with committed acquisitions, spill cleanup costs and the phased funding of the $20 billion escrow account.

"But a sharp rise in liabilities or alternatively a collapse in oil prices could leave the funding much tighter. Consider too that BP has an estimated $2 billion to $2.5 billion of one-year commercial paper to roll over, needed to fund day-to-day trading activities and working capital, which will likely be much harder (and more expensive) to do in this environment," Syme said.

Issuing debt is expensive, and selling off assets takes time -- so the analyst suggests the company sell roughly $10 billion of equity, backed possibly by sovereign wealth funds.

'BP feels like an oil tanker with no rudder or captain on the bridge.'
*Stephen Pope, Cantor Fitzgerald*
Besides the stock market drop, credit-default swaps on the oil giant widened as well, reflecting bond market worries.

The company Friday said costs of cleaning up the spill had grown to $2.35 billion. Its market capitalization has dropped several times more on expectations the cost of cleaning up will grow further, on potential legal liabilities, on the Gulf of Mexico drilling moratorium and on reputation damage.

Several analysts -- including Syme -- nonetheless have buy ratings on the stock, arguing the drop is too steep.

Stephen Pope, chief global equity strategist at Cantor Fitzgerald, has a sell rating on BP.

"BP has so many problems and the costs of the compensation fund and the environmental cleanup fund are unknown. The containment program is not going well and BP feels like an oil tanker with no rudder or captain on the bridge," he said in a note to clients.

Besides the worries about funding and cleanup costs, weather-related jitters weighed as the onset of Caribbean hurricanes and tropical storms could make it more difficult for BP to cap the spill.

Peter Hitchens, oil analyst at London brokerage Panmure Gordon, said the market was worried that the onset of hurricane season in the Gulf of Mexico could create problems for BP.

However, "the reaction is probably a little bit too strong," Hitchens said.

**BP Recovery Settlements**
Have you been affected by the Oil Spill? Find out if
BP owes you MONEY
http://getareeljob.com

**Do You Carry Concealed?**
Learn to Protect & Defend Yourself! Join the US
Concealed Carry Assoc.
USConcealedCarry.net

**Currency Trading**
Free $50,000 practice account with charts, news,
research & analysis
www.Forex.com

**Free Investment Guidance**
Get Proven Investment & Stock Market Advice. Free
SignUp For Newsletter
www.profitconfidential.com

## Partner Center »


*Scottrade*   Open. Fund. Trade with Scottrade


TD Ameritrade  GO   Trade free for 60 days with TD Ameritrade

## Compare Brokers

MarketWatch Broker Center VISIT NOW

## From The Archives

Mutual funds look to bank on BP
July 9, 2010

BP shares still limping after Gulf spill
April 20, 2011

London gains after U.S. GDP data; Tullow, BP shares fall
August 27, 2010

**Oil Dividend Stock**
Our new free report has Brian Hick's top dividend bakken stock.
EnergyandCapital.com/Oil_Companies

**Concealed Carry Info**
Do You Know Your Rights? Get Your Free Concealed Carry Report Today.
USConcealedCarry.net

**Street Signs**
Personalized street signs , the perfect gift
www.MrStreetSigns.com

## Featured Articles



10 reasons Wall Street will hit bottom, crash



J.P. Morgan is Exhibit A for Volcker Rule need



Money moves 5 doomsayers are making now

More:

Insurance you don't need: Skip this, buy that

Facebook IPO date uncertain: report

Fiscal cliff poses a Greek moment for the U.S.

J.P. Morgan's losses reveal market chaos

Stocks to watch Monday: J.P. Morgan

SAC sacks Apple, buys up AMD, Cisco, Oracle



Copyright 2012 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy - UPDATED 10/18/2011.
Index by Keyword | Index by Date

Intraday Data provided by SIX Telekurs and subject to terms of use. Historical and current end-of-day data provided by SIX Telekurs. Intraday data delayed per exchange requirements. Dow Jones Indexes (SM) from Dow Jones & Company, Inc. All quotes are local exchange rate. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Dow Jones IndexesSM from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Telekurs and is at least 60-minutes delayed. All quotes are in local exchange time.