# EXHIBIT 19

**Document Properties**

| Description | Security | Fonts | Initial View | Custom | Advanced |

**Description**

- File: NetBen_WebFNL.aspx
- Title: BPH-1007 NetBenefitsBUB
- Author:
- Subject:
- Keywords:
- Created: 1/22/2007 6:02:08 PM
- Modified:
- Application: QuarkXPress(tm) 6.5

[Additional Metadata...]

**Advanced**

- PDF Producer: QuarkXPress(tm) 6.5
- PDF Version: 1.3 (Acrobat 4.x)
- File Size: 897.16 KB (918,690 Bytes)
- Page Size: 8.00 x 11.63 in
- Tagged PDF: No
- Number of Pages: 28
- Fast Web View: No

[Help]   [OK]   [Cancel]