UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: BP p.l.c. SECURITIES LITIGATION | Civil Action No. 4:10-md-2185 |
| In re: BP ERISA LITIGATION | Civil Action No. 4:10-cv-4214 |
| | Honorable Keith P. Ellison |

## NOTICE OF APPEAL

Notice is hereby given that ERISA Plaintiffs, on behalf of themselves and a class of persons similarly situated, hereby appeal to the United States Court of Appeals for the Fifth Circuit, specifically from: (i) the Final Judgment entered in this action on September 4, 2012 (D.E. 134)[1]; (ii) the Memorandum and Order filed August 27, 2012 (D.E. 132), denying ERISA Plaintiffs' Motion for Leave to File an Amended Complaint; (iii) the Memorandum and Order filed March 30, 2012 (D.E. 115), granting Defendants' Motion to Dismiss the Consolidated Class Action Complaint; and (iv) all other orders and rulings therein and each and every part thereof.

Dated: September 25, 2012

---

[1] Docket numbers refer to papers filed in Cause No. 4:10-cv-4214, *In re: BP ERISA Litigation*, In the United States District Court for the Southern District of Texas, Houston Division.

| | |
|---|---|
| /s/ Thomas R. Ajamie | /s/ W. Mark Lanier |
| Thomas Robert Ajamie | W. Mark Lanier |
| Texas Bar No. 00952400 | Texas Bar No. 11934600 |
| Dona Szak | Evan M. Janush (*pro hac vice*) |
| Texas Bar No. 19597500 | THE LANIER LAW FIRM |
| John W. Clay | 6810 FM 1960 West |
| Texas Bar No. 00796366 | Houston, TX  77069 |
| AJAMIE LLP | Tel: (713) 659-5200 |
| 711 Louisiana, Suite 2150 | Fax: (713) 659-2204 |
| Houston, TX  77002 | |
| Tel: (713) 860-1600 | |
| Fax: (713) 860-1699 | |

*Attorneys for Plaintiff David M. Humphries and Interim Co-Liaison Counsel*

| | |
|---|---|
| Ronald S. Kravitz | Evan M. Janush (*pro hac vice*) |
| Texas Bar No. 00795147 | THE LANIER LAW FIRM |
| Kim Zeldin (*pro hac vice*) | 126 East 56th Street, 6th Floor |
| LINER GRODE STEIN YANKELEVITZ | New York, NY  10022 |
| SUNSHINE REGEINSTREIF & TAYLOR LLP | Tel: (212) 860-1600 |
| | Fax: (713) 860-7699 |
| 199 Fremont Street, 20th Floor | |
| San Francisco, CA  94105 | *Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely and Interim Co-Liaison Counsel* |
| Tel: (415) 489-7700 | |
| Fax: (415) 278-7701 | |

*Attorneys for Plaintiff David M. Humphries and Interim Co-Lead Counsel*

| | |
|---|---|
| Stephen J. Fearon, Jr. (*pro hac vice*) | Sanford P. Dumain (*pro hac vice*) |
| Olga Anna Posmyk (*pro hac vice*) | Lori G. Feldman (*pro hac vice*) |
| SQUITIERI & FEARON LLP | Arvind B. Khurana (*pro hac vice*) |
| 32 East 57th Street, 12th Floor | MILBERG LLP |
| New York, NY  10022 | One Pennsylvania Plaza |
| Tel: (212) 421-6492 | New York, NY  10119 |
| | Tel: (212) 594-5300 |
| *Attorneys for Plaintiffs Ralph Whitley and Frankie Ramirez and Interim Counsel -- Executive Committee* | Fax:  (212) 868-1229 |
| | *Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely and Interim Co-Lead Counsel* |

| | |
|---|---|
| Gregory M. Egleston *(pro hac vice)* <br> EGLESTON LAW FIRM <br> 440 Park Avenue South, 5th Floor <br> New York, NY  10016 <br> Tel: (212) 683-3400 <br><br> *Attorneys for Plaintiff Ralph Whitley* | Robert I. Harwood *(pro hac vice)* <br> Jeffrey M. Norton *(pro hac vice)* <br> Tanya Korkhov *(pro hac vice)* <br> HARWOOD FEFFER LLP <br> 488 Madison Avenue, Suite 801 <br> New York, NY  10022 <br> (212) 935-7400 |
| Edwin J. Mills <br> Michael J. Klein <br> STULL STULL & BRODY <br> 6 East 45th Street <br> New York, NY  10017 <br> (212) 687-7230 <br><br> *Attorneys for Plaintiff Edward Mineman* | *Attorneys for Plaintiffs Charis Moule, Jerry T. McGuire and Maureen S. Riely and Interim Counsel -- Executive Committee* |
| Robert A. Izard *(pro hac vice)* <br> IZARD NOBEL LLP <br> 29 South Main Street Suite 215 <br> West Hartford, CT  06107 <br> Tel: (860) 493-6292 <br> Fax: (860) 493-6290 <br><br> *Attorneys for Plaintiff Arshadullah Syed* | Thomas J. McKenna *(pro hac vice)* <br> GAINEY AND McKENNA <br> 440 Park Avenue South, 5th Floor <br> New York, NY  10016 <br> Tel: (212) 983-1300 <br><br> *Attorneys for Plaintiff Thomas P. Soesman* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of Texas, using the Court's ECF system, and service was made through the ECF system.

                                          */s/ Thomas R. Ajamie*
                                             Thomas R. Ajamie