IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

DEC 17 2015

David J. Bradley, Clerk

No. 15-20282

4:10-CV-4214

RALPH WHITLEY, Individually and on behalf of others similarly situated; FRANKIE RAMIREZ; DAVID HUMPHRIES; CHARIS MOULE; EDWARD F. MINEMAN; SYED ARSHADULLAH; JERRY T. MCGUIRE; MAUREEN S. RIELY; THOMAS P. SOESMAN,

      Plaintiffs - Appellees

v.

BP, P.L.C.; ANTHONY HAYWARD; SAVINGS PLAN INVESTMENT OVERSIGHT COMMITTEE; RICHARD J. DORAZIL; COREY CORRENTI; MARVIN DAMSMA; JAMES DUPREE; PATRICK GOWER; JEANNE M. JOHNS; PATRICIA H. MILLER; STEPHEN J. RINEY; BRIAN D. SMITH; LORD JOHN BROWNE; STEPHANIE C. MOORE; BP CORPORATION NORTH AMERICA, INCORPORATED; BP AMERICA, INCORPORATED; LAMAR MCKAY; GREGORY T. WILLIAMSON; NEIL SHAW; THOMAS L. TAYLOR; BP CORPORATION NORTH AMERICA, INCORPORATED'S BOARD OF DIRECTORS; ROBERT A. MALONE,

      Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Houston

O R D E R:

    IT IS ORDERED that Amicus Curiaes' unopposed motion for an extension of 30 days, or, to and including January 27, 2016 to file a brief is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion for an extension of 33 days, or, to and including February 29, 2016 for Appellants' to file a reply brief is GRANTED.

          ____/s/ Edith Brown Clement_____
          EDITH BROWN CLEMENT
          UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 17, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-20282    Ralph Whitley, et al v. BP, P.L.C., et al  
                          USDC No. 4:10-CV-4214

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Angelique D. Batiste, Deputy Clerk  
                              504-310-7715

Mr. Thomas R. Ajamie  
Mr. David J. Bradley  
Mr. Eirik James Cheverud  
Mr. John Withers Clay  
Ms. Emily Seymour Costin  
Ms. Lori G. Feldman  
Mr. H. Douglas Hinson  
Ms. Morgan D. Hodgson  
Mr. Arvind Khurana  
Mr. Ronald Scott Kravitz  
Mr. Thomas James McKenna  
Mr. Paul J. Ondrasik Jr.  
Mr. Eric Serron  
Ms. Mary Ellen E. Signorille